UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VIP AUTO GLASS, INC.**, individually, as assignee, and on behalf of all those similarly situated,

       Plaintiff,

vs

**GEICO GENERAL INSURANCE COMPANY**,

       Defendant.

_____/

**CLASS REPRESENTATION**

Case No.:    8:16cv02012-MSS-JSS

## JOINT MOTION FOR REDESIGNATION FROM TRACK 2 TO TRACK 3

The Parties have agreed on a proposed case management schedule pursuant to Fed. R. Civ. P. 26(f) and Local Rule 3.05(c), submitting their proposed Case Management Report dated August 19, 2016, (Doc. 16), and now jointly move to redesignate this proposed class action from a "Track Two" to a "Track Three" case pursuant to Local Rule 3.05(a). Based on the Case Management Report, and the proposed schedule inclusive of a briefing schedule for class certification, the parties respectfully request a Track Three schedule. *See* Local Rule 3.05(b)(3)("Track Three Cases shall include those cases involving class action claims").

**WHEREFORE**, the Parties jointly move and respectfully request that the Court redesignate this proposed class action from a Track Two to a Track Three case pursuant to Local Rule 3.05(a).

**[Attorney's signature appears on the following page.]**

| | |
|---|---|
| /s/ *J. Daniel Clark*<br>J. Daniel Clark, FBN 0106471<br>dclark@clarkmartino.com<br>Matthew A. Crist, FBN 0035539<br>mcrist@clarkmartino.com<br>**CLARK ♦ MARTINO, P.A.**<br>3407 W. Kennedy Blvd.<br>Tampa, Florida  33609<br>Telephone: (813) 879-0700<br>Facsimile:  (813) 879-5498<br><br>and<br><br>David M. Caldevilla, FBN 654248<br>dcaldevilla@dgfirm.com<br>Donald C. P. Greiwe, FBN 118238<br>dgreiwe@dgfirm.com<br>**de la PARTE & GILBERT, P.A.**<br>P.O. Box 2350<br>Tampa, FL  33601-2350<br>Telephone: (813) 229-2775<br>Facsimile:   (813) 229-2712<br><br>**COUNSEL FOR PLAINTIFF** | /s/ *Edward K. Cottrell*<br>John P. Marino          FBN 814539<br>jmarino@sgrlaw.com<br>Lindsey R. Trowell    FBN 678783<br>ltrowell@sgrlaw.com<br>Edward K. Cottrell    FBN 13579<br>ecottrell@sgrlaw.com<br>**SMITH, GAMBRELL & RUSSELL, LLP**<br>50 North Laura Street<br>Suite 2600<br>Jacksonville, Florida 32202<br>Phone: (904) 598-6100<br>Facsimile: (904) 598- 6204<br><br>**COUNSEL FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on August 19, 2016, I electronically filed the foregoing with the Clerk of Court by using this Court's CM/ECF system that will send a notice of electronic filing to all counsel of record.

>*/s/ J. Daniel Clark*
>J. Daniel Clark