UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VIP AUTO GLASS, INC.**, individually, as assignee, and on behalf of all those similarly situated,

    Plaintiff,

Case No.: 8:16cv02012-MSS-JSS

vs

**GEICO GENERAL INSURANCE COMPANY**,

    Defendant.
_____/

## NOTICE OF FILING PROFFER OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff, VIP Auto Glass, Inc., hereby gives notice of filing the following, its Proffer of Evidence in support of Plaintiff's Motion for Class Certification filed May 19, 2017:

| Tab | | Bate No. | Date | Description | File Under Seal |
|---|---|---|---|---|---|
| 1. | | | | Florida Department of Insurance Regulation – Fast Facts | |
| 2. | | | | Declaration of Melvin Figueroa In Support of Class Certification | |
| | | | | Ex A - Summary of VIP Auto Glass Invoices – paid in full | |
| | A-1 | | 4/13/16 | Government Employees Ins. Co. | |
| | A-2 | | 9/28/15 | Infinity Insurance Co. | |
| | A-3 | | 5/12/16 | Infinity Insurance Co. | |
| | A-4 | | 8/22/16 | Stillwater Insurance Co. | |
| | A -5 | | 5/21/15 | Chubb Insurance Co. | |
| | A -6 | | 5/22/15 | Security National Ins. | |
| | A -7 | | 5/12/15 | Security National Ins. | |
| | A -8 | | 3/13/15 | Auto Club South Company | |
| | A -9 | | 6/23/15 | Auto Club South Company | |
| | A-10 | | 12/18/14 | Liberty Mutual | |
| | A-11 | | | AMICA | |
| | A-12 | | | Horace Mann & Casualty Ins. | |
| | A-13 | | 2/11/16 | Florida Commercial Auto Ins. | |
| | A-14 | | 1/22/16 | Florida Farm Bureau | |

1

|   |      |   |          | |   |
|---|------|---|----------|---|---|
|   | A-15 |   |          | Mercury Indemnity Co. |   |
|   | A-16 |   | 5/9/16   | Florida Farm Bureau |   |
|   | A-17 |   |          | Mercury Indemnity Company |   |
|   | A-18 |   | 2/18/16  | Direct Insurance Company |   |
|   | A-19 |   | 8/19/16  | Direct General Insurance Co. |   |
|   | A-20 |   | 5/17/16  | Mendota Insurance Co. |   |
|   | A-21 |   | 8/7/15   | 21st Century Ins. Co. |   |
|   | A-22 |   |          | 21st Century Ins. Co. |   |
|   | A-23 |   |          | Metropolitan Casualty Ins. Co. |   |
|   | A-24 |   |          | Metropolitan Casualty Ins. Co. |   |
|   | A-25 |   | 1/18/16  | National Liability & Fire Ins. Co. |   |
|   | A-26 |   | 1/27/15  | The Hartford |   |
|   | A-27 |   | 11/19/15 | The Hartford |   |
|   | A-28 |   | 3/5/15   | Windhaven Ins. Co. |   |
|   | A-29 |   | 10/1/15  | Windhaven Ins. Co. |   |
|   | A-30 |   | 3/2/17   | Allstate Insurance |   |
| 3. |     |   |          | Webpage www.safelite.com/about-safelite/safelite-autoglass-companies |   |
| 4. |     |   | 11/15/16 | Deposition of Ronnie Lee Foskey, Jr. |   |
|   | -1  |   |          | Exh. 1 - Second Amended Notice of Taking Videotaped Deposition Duces Tecum via Video-Teleconference |   |
|   | -2  |   |          | Exh 2 - Class Action Complaint and Demand for Jury Trial |   |
|   | -3  |   |          | Exh 3 - Defendant GEICO General Insurance Company's Answer and Affirmative Defenses |   |
|   | -4  |   |          | Exh 4 - Defendant GEICO General Insurance Company's Notice of Pendency of Other Actions |   |
|   | -5  |   |          | Exh 5 - Declaration of David Antonacci |   |
|   | -6  |   |          | Exh 6 - Defendant GEICO General Insurance Company's Rule 26 Initial Disclosures |   |
|   | -7  |   |          | Exh 7 - Defendant GEICO General Insurance Company's Responses to Plaintiff's First Set of Interrogatories |   |
|   | -8  |   |          | Exh 8 - Defendant GEICO General Insurance Company's Response to Plaintiff's First Request for Production of Documents |   |
|   | -9  |   |          | Exh 9 - Defendant GEICO General Insurance Company's Responses to Plaintiff's Second Set of Interrogatories |   |
|   | -10 |   |          | Exh 10 - Defendant GEICO General Insurance Company's Response to Plaintiff's Second Request for Production of Documents |   |
|   | -11 |   |          | Exh 11 - Defendant GEICO General Insurance Company's Response to Plaintiff's Third Request for Production of Documents |   |
|   | -12 |   |          | Exh 12 - Declarations Page, Policy No. 4130-92-4-04, coverage period 11/21/15 through |   |

|   |     |                                   |        | 5/21/16                                                                                     |   |
|---|-----|-----------------------------------|--------|---------------------------------------------------------------------------------------------|---|
|   | -13 |                                   |        | Exh 13 - Florida Family Automobile Insurance Policy                                         |   |
|   | -14 | GG/VIP000057                      |        | Exh 14 - Document Bates-labeled GG/VIP000057                                                |   |
|   | -15 | GG/VIP000056                      |        | Exh 15 - Document Bates-labeled GG/VIP000056                                                |   |
|   | -16 |                                   |        | Exh 16 - 16 SGC Network Invoice Detail, Referral date 2/10/16                               |   |
|   | -17 |                                   |        | Exh 17 - SGC Network search results                                                         |   |
|   | -18 |                                   |        | Exh 18 - Safelite Solutions referral number 299898                                          |   |
|   | -19 | GG/VIP000059-62                   |        | Exh 19 - Documents Bates-labeled GG/VIP000059 through GG/VIP000062                          |   |
|   | -20 | GG/VIP000058                      |        | Exh 20 - Document Bates-labeled GG/VIP000058                                                |   |
|   | -21 | GG/VIP000063                      |        | Exh 21 - Document Bates-labeled GG/VIP000063                                                |   |
|   | -22 | GG/VIP000108-114                  |        | Exh 22 - Documents Bates-labeled GG/VIP000108 through GG/VIP000114 - CONFIDENTIAL           |   |
|   | -23 |                                   |        | Exh 23 - Document titled "GEICO Policies"                                                   |   |
|   | -24 | GG/VIP000065-81                   |        | Exh 24 - Florida Family Automobile Insurance Policy, Bates-labeled GG/VIP000065 through GG/VIP000081 |   |
|   | -25 | GG/VIP000082-100                  |        | Exh 25 - Florida Family Automobile Insurance Policy, Bates-labeled GG/VIP000082 through GG/VIP000100 |   |
|   | -26 |                                   |        | Exh 26 - GEICO glass pricing agreement dated 9/11/08                                        |   |
|   | -27 | GG/VIP000115-122                  |        | Exh 27 - Documents Bates-labeled GG/VIP000115 through GG/VIP000122                          |   |
|   | -28 |                                   |        | Exh 28 - Excerpt from Florida Statutes, Chapter 627                                         |   |
|   | -29 |                                   |        | Exh 29 - Case Law on GEICO Policy                                                           |   |
|   | -30 |                                   |        | Exh 30 - Affidavit of Steven Blome in Support of GEICO's Motion for Summary Judgment        |   |
| 5.  |    | GG/VIP000140-142; 187; 262-328    | 2015   | 2015 Training Manual - CONFIDENTIAL                                                         |   |
| 6.  |    | GG/VIP000387-389; 429; 447-448; 450-502 | 2016 | 2016 Training Manual - CONFIDENTIAL                                                       |   |
| 7.  |    |                                   | 9/2/16 | Declaration of David Antonacci [Dkt. #21]                                                   |   |
| 8.  |    | GG/VIP001061-1091                 | 2008   | 2008 Provider Agreement - CONFIDENTIAL                                                      |   |
| 9.  |    | GG/VIP001092-1122                 | 2013   | 2013 Provider Agreement - CONFIDENTIAL                                                      |   |
| 10. |    | GG/VIP001123-1125                 | 2016   | 2016 Provider Agreement - CONFIDENTIAL                                                      |   |

| | | | | | |
|---|---|---|---|---|---|
| 11. | | | 5/19/16 | Motion for Class Certification, pages 6-7, Redacted - CONFIDENTIAL | |
| | 11-A | | 3/12/17 | Geico General Insurance Company's Privilege Log for Documents Produced per the Court's Orders Dated March 7 and March 31, 2017 - CONFIDENTIAL | |
| 12. | | | 9/2008 | Safelite Network Participation Agreement | |
| 13. | | | 1/31/12 | Exemplar Glass Pricing Agreement Letters | |
| | -1 | GG/VIP000115 | 2012 | Affiliate letter for county code C | |
| | -2 | GG/VIP000116 | 2012 | Affiliate letter for county codes D/E | |
| | -3 | GG/VIP000117 | 2012 | Non-Affiliate letter for county code A/B | |
| | -4 | GG/VIP000118 | 2012 | Non-Affiliate letter for county code C | |
| | -5 | GG/VIP000119 | 2012 | Non-Affiliate letter for county code D/E | |
| | -6 | GG/VIP000120 | 2008 | Affiliate letter, all counties (repairs, molding) | |
| | -7 | GG/VIP000121 | 2008 | Non-Affiliate letter, all counties (repairs, molding) | |
| | -8 | GG/VIP000122 | 2008 | Non-affiliate letter for county code A/B | |
| 14. | | | 9/14/16 | Defendant's Reponses to First Set of Interrogatories | |
| 15. | | | 3/16/17 | Declaration of Lee Foskey | |
| | -1 | | | Exhibit A – GEICO Insurance F&R Program - CONFIDENTIAL | |
| | -2 | | | Exhibit B – Affiliate Rates by Company – CONFIDENTIAL | |
| 16. | | | | Affidavit of Bryan Yarborough | |
| 17. | | | | Affidavit of Daniel Knowlton | |
| 18. | | | 7/28/16 | Final Judgment for Plaintiff in *Superior Auto Glass of Tampa Bay, Inc. v. GEICO Gen. Ins. Co.*, No. 16-CC-7306 (Hillsborough Cty. Ct. July 28, 2016 (Berkowitz, J.)) | |
| 19. | | | 5/16/17 | Order Denying Motion to Dismiss Or In The Alternative, to Stay and Compel Appraisal in *Lloyd's of Shelton Auto Glass, LLC v. Progressive Select Ins. Co.*, 16-CC-41610 (Hillsborough Cty. Ct. May 16, 2017 (Berkowitz, J.)) | |
| 20. | | | 9/14/16 | Defendants; Response to First Request for Production of Documents | |
| 21. | | | 6/9/16 | *Government Employees Ins. Co., et al. v. Jason Fry, et al.*, 8:16-cv-01489 (M.D. Fla. June 9, 2016) (Scriven, J.) – filed without exhibits | |
| 22. | | | 8/5/16 | *Government Employees Ins. Co., et al. v. Clear Vision Windshield Repair, LLC, et al.*, 8:16-cv-02241 (M.D. Fla. August 5, 2016) (Kovachevich, J.) – filed without exhibits | |
| 23. | | | | Declaration of J. Daniel Clark | |
| 24. | | | | Declaration of Matthew A. Crist | |
| 25. | | | | Declaration of David M. Caldevilla | |

Respectfully submitted,

/s/ *J. Daniel Clark*
J. Daniel Clark, FBN 0106471
dclark@clarkmartino.com
Christina Ramirez (Of Counsel), FBN 0954497
Ramirez.nina@gmail.com
**CLARK ♦ MARTINO, P.A.**
3407 W. Kennedy Blvd.
Tampa, Florida 33609
Telephone: (813) 879-0700
Facsimile: (813) 879-5498

David M. Caldevilla, FBN 654248
dcaldevilla@dgfirm.com
Donald C. P. Greiwe, FBN 118238
dgreiwe@dgfirm.com
**de la PARTE & GILBERT, P.A.**
P.O. Box 2350
Tampa, FL 33601-2350
Telephone: (813) 229-2775
Facsimile: (813) 229-2712

Matthew A. Crist, FBN 0035539
cristm@cristlegal.com
**CRIST LEGAL | PA**
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
Telephone: (813) 575-5200
Facsimile: (813) 575-2520

**Attorneys For Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on May 19, 2017, I electronically filed the foregoing with the Clerk of Court by using this Court's CM/ECF system that will send a notice of electronic filing to all counsel of record.

/s/ *J. Daniel Clark*
J. Daniel Clark