**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VIP AUTO GLASS, INC., individually, as
assignee, and on behalf of all those similarly
situated

      Plaintiff,                       **CASE NO.:  8:16-CV-02012-MSS-JSS**

      vs.                           CLASS ACTION

GEICO GENERAL INSURANCE
COMPANY,

      Defendant.

_____/

**NOTICE OF FILING PROFFER OF EVIDENCE**
**IN SUPPORT OF DEFENDANT'S OPPOSITION**
**TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant, GEICO General Insurance Company, gives notice of filing the following

Proffer of Evidence in Support of Defendant's Opposition to Plaintiff's Motion for Class

Certification filed June 13, 2017:

| Exhibit | | Date | Description |
|---|---|---|---|
| 1. | | 5/26/17 | Affidavit of Derryl Jones |
| 2. | | 6/6/17 | Affidavit of Kimberly K. Riley |
| 3. | | 6/6/17 | Affidavit of Richard P. Riley |
| 4. | | 6/12/17 | Affidavit of Denise Bushee |
| 5. | | 6/13/17 | Declaration of Susanna Eberling |
| | -1 | | Composite Exhibit – Assignment of Benefit Exemplars |
| 6. | | 5/26/17 | Deposition of Melvin Figueroa Rivera – Non-Confidential |
| | -1 | | Amended Notice of Taking Deposition of the Corporate Representative of VIP Auto Glass, Inc. |

| | -2 | | First Amended Class Action Complaint and Demand for Jury Trial |
|---|---|---|---|
| | -3 | | Notice of Service of Supplemental Answers to Interrogatories |
| | -4 | | Plaintiff's Response to Request for Production |
| | -5 | | Copy of Work Order sent to VIP Auto Glass, Inc. |
| | -6 | | Copy of Work Order sent to VIP Auto Glass, Inc. |
| | -7 | | Copy of Work Order sent to VIP Auto Glass, Inc. |
| | -8 | | Work Order and Invoice (containing purported assignment) for Derryl Jones |
| | -9 | | Work Order sent to VIP Auto Glass, Inc. on behalf of Shauna Jones |
| 7. | | 5/18/17 | Plaintiff's Supplemental Answers to Defendant's Interrogatories |
| 8. | | 6/8/17 | Deposition of Derryl Jones |
| | -1 | | Work Order and Invoice (containing purported assignment) for Derryl Jones |
| | -2 | | Affidavit of Derryl Jones |
| | -3 | | Photocopy of Derryl Jones' Driver's License (Redacted) |
| | -4 | | Adjuster's Alog Notes |

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Edward K. Cottrell (FBN 013579)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6100

Facsimile: (904) 598-6204
jmarino@sgrlaw.com
ltrowell@sgrlaw.com
ecottrell@sgrlaw.com

*Attorneys for Defendant*
*GEICO General Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on June 13, 2017, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system that will send a notice of electronic filing to all

counsel of record.

*/s/ John P. Marino*
Attorney