# AFFIDAVIT OF DERRYL JONES

STATE OF FLORIDA       )
                          )

COUNTY OF POLK       )

Before me, the undersigned authority, personally appeared Derryl L. Jones, who being first duly sworn upon oath, deposes and says as follows:

1. My full name is Derryl L. Jones. I reside at 849 N. Kunkle Ave, Fort Meade, FL 33841. I am over 18, of sound mind and capable of making this affidavit, and have personal knowledge of the facts stated in this affidavit.

2. I, along with my wife Shauna Jones, procured a policy of insurance with GEICO General Insurance Company ("GEICO") to insure my vehicle against loss. The Policy Number is 4130-92-18-04.

3. On or about February 8, 2016, I took my 2013 Honda Accord to Courtesy Toyota of Brandon because there was a crack on my vehicle's windshield and I knew that VIP Auto Glass, which had service employees stationed at the dealership, was available to repair or replace my windshield.

4. On or about February 8, 2016 my windshield was replaced by VIP Auto Glass.

5. VIP Auto Glass never advised me how much it was charging for the windshield replacement, and I never saw an estimate or invoice with pricing on it. VIP never advised me that it planned to charge my insurance company more than the insurance company had indicated to VIP Auto Glass that it was willing to pay.

6. Based on my interaction with VIP Auto Glass, it was my understanding that I would not be responsible to VIP Auto Glass for any amount of money for the windshield replacement and that the repair would not cost me anything.

7.  I was recently shown the two attached documents that appear to be related to the windshield replacement to my Honda Accord on February 8, 2016. I had never previously seen either document.

8.  The signature which appears on the bottom of the first page of the attachment, below an apparent assignment of benefits, is not my signature. The correct spelling of my name is D-E-R-R-Y-L. I have never signed my name with one "R." Also, the initials "DJ" on that page were not made by me. I never authorized anyone to sign my name or initials on that document. To the extent the signature on the Invoice is represented as my signature, it is a forgery.

FURTHER AFFIANT SAYETH NOT.

_____
Derryl L. Jones

Sworn to and subscribed before me on this __26__ day of May, 2017 by _Derryl L Jones_ who_____ is personally known to me or __✔__ produced identification.


_____
Notary Public
My commission expires:
[AFFIX NOTARIAL SEAL OR STAMP]

MELANIE WHITE
Notary Public, State of Florida
Commission# FF 911723
My comm. expires Aug. 23, 2019

# V I P AUTO GLASS INC

8909 WATERWAY DR
TAMPA, FL 33635
Phone: 813-280-9021 Fax: 813-280-9118

| Customer Service Rep: | Installer: | | Location:<br>In-Shop | W/O #<br>5872 | W/O Date:<br>2/8/2016 | Today's Date:<br>2/8/2016 | Paid Date: |
|---|---|---|---|---|---|---|---|

| BILL TO:<br>GEICO INSURANCE COMPANY<br><br>W: 800-841-3000, F: 202-354-5295 | CUSTOMER:<br>JONES, DERYL<br><br>H: | AGRSS INFO:<br>emperature:<br>Humidity:<br>Safe drive-<br>away time: |
|---|---|---|

## INSURANCE INFORMATION

| Agent: | Policy #: | Loss Date: 2/8/2016 |
|---|---|---|
| Contact: | Claim #: | Loss Type: |
| Dispatch #: | Deductible: $ 0.00 | Region/Dist: |

## VEHICLE INFORMATION

| Year: 2013 | VIN: | PO #: |
|---|---|---|
| Make: Honda | Odometer: 0 | RO #: |
| Model: Accord | License #: | Stock #: |
| Body: 4 Door Sedan | | |

| Qty | Part/Service | Description | List Price | Dsc % | Net Price | Labor | Total |
|---|---|---|---|---|---|---|---|
| 1 | FW03647GTNN<br>DOT #: | (W/Third Visor Frit)/Green Tint<br>Adhesive Type: | | | Lot #: | | |
| 1 | HAH000448 | 2.0 Adhesive (Fast-Cure<br>Urethane/Dam/Primer) | | | | | |
| 1 | MW03647 BLT | Moulding | | | | | |

**Customer Signature:**

Assignment of benifits:I hereby assign any and all insurance rights,benefits and proceeds under any applicable insurance policies to V I P AUTO GLASS INC.I make this assignment in consideration of V I P AUTO GLASS INC agreement to perform services and supply materials and otherwise perform its obligations under this contract,including not requiring full payment at the time or service.If payment made directly to insured,owner,and or agent by an insurer,it shall be endorse over to V I P AUTO GLASS INC with in three days.V I P AUTO GLASS INC promises to relase the insured from any obligations to pay the difference between the amounts the insurer agreed to pay pursuant to the terms and conditions of the policy and applicable law,and prices charged by    V I P AUTO GLASS INC.I hereby direct my insurance carrier to release any and all information requested by V I P AUTO GLASS INC and to accept notice of claim from V I P AUTO GLASS INC.

PLEASE READ CAREFULLY. CHECK ONE OF THE STATEMENTS BELOW AND SIGN

_____ I REQUEST A WRITTEN ESTIMATE

_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST  DO NOT EXCEED

$_____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITH OUT WRITTEN OR ORAL APPROVAL.

(✓) I DO NOT REQUEST A WRITTEN ESTIMATE

I acknowledge the above assignment and that the good and / or service have been provide to my complete satisfaction

Signature _Deryl Jones_                    Date _2/8/16_

Page 1 of 2

# V I P AUTO GLASS INC

8909 WATERWAY DR
TAMPA, FL 33635
Phone: 813-280-9021  Fax: 813-280-9118
Federal Tax ID: 46-3449785

| Customer Service Rep: | Installer: | Location: In-Shop | Invoice # 5872 | Invoice Date: 2/8/2016 | Today's Date: 2/8/2016 | Paid Date: |
|---|---|---|---|---|---|---|

| BILL TO: | CUSTOMER: | AGRSS INFO: |
|---|---|---|
| GEICO INSURANCE COMPANY | JONES, DERYL | Temperature: |
| | | Humidity: |
| | | Safe drive-away time: |
| W: 800-841-3000, F: 202-354-5295 | H: | |

## INSURANCE INFORMATION

| Agent: | Policy #: | Loss Date: 2/8/2016 |
|---|---|---|
| Contact: | Claim #: | Loss Type: |
| Dispatch #: | Deductible: $ 0.00 | Region/Dist: |

## VEHICLE INFORMATION

| Year: | 2013 | VIN: | | PO #: | |
|---|---|---|---|---|---|
| Make: | Honda | Odometer: | 0 | RO #: | |
| Model: | Accord | License #: | | Stock #: | |
| Body: | 4 Door Sedan | | | | |

| Qty | Part/Service | Description | List Price | Disc % | Net Price | Labor | Total |
|---|---|---|---|---|---|---|---|
| 1 | FW03647GTNN | (W/Third Visor Frit)/Green Tint | $ 481.60 | 0 | $ 481.60 | $ 331.50 | $813.10 |
| | DOT #: | Adhesive Type: | | Lot #: | | | |
| 1 | HAH000448 | 2.0 Adhesive (Fast-Cure Urethane/Dam/Primer) | $ 96.00 | -48 | $ 50.00 | $ 0.00 | $50.00 |
| 1 | MW03647 BLT | Moulding | $ 12.01 | 0 | $ 12.01 | $ 0.00 | $12.01 |

|  |  |
|---|---|
| Total Parts: | $543.61 |
| Total Labor: | $331.50 |
| Subtotal: | $875.11 |
| FL SALES TAX @ 7.000%: | $61.26 |
| Total: | $936.37 |
| Less Deductible: | 0.00 |
| Amount Due: | $936.37 |

06/01/2016 3:54 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 70