# CERTIFIED WINDSHIELD
REPLACEMENT & REPAIR
3410 Scherzie St, Suite A, Tampa FL 33534
P: 813-922-9010 / F: 813-925-0276
CertifiedWindshield.com

**Notes for Installer:** @ cost 40 pay!!
01288

Participant of Ref. Program? OORCDC Specify which
IS THIS VEHICLE A HYBRID:  YES  OR  NO  (circle one)

Sales Person: Justin Miller

Sales Location: Countryside   Date Paid:

Customer Name: Johnathan Mai          Email Address:

Home Phone #:                              Cell Ph #:

Home Address:

Insurance Company: Geico General     Policy #:                PH#:

Windshield Replacement (YES) NO    Windshield Repair:  YES  (NO)    Cash Job:    Deductible:

SCHEDULING INFORMATION:  (Circle each of the following)         Work Address if Applicable

Go to: (HOME) or WORK    Date: 2-3-14    Company Name: Trade Winds

Date of Install: (MON) TUES WED THURS FRI SAT    Address: 5600 Gulf Blvd

Time of Install: 9 to 11  10 to 12  11 to 1  1 to 3  2 to 4  (3 to 5)  City/State/Zip

Dispatch/Referral #: 705662          Work Phone Number

| Year 2006 | Manufacturer Nisson | Model 350Z | Shaded Windshield Black | Color of Vehicle Maroon |
|---|---|---|---|---|
| 4 Door Hatchback | 4 dr sedan | FOR TRUCKS: | 2 door standard cab | 4 door crew cab |
| 2 Door Coupe | 4 dr hatchback | 2 door extended cab | F150 Logo  Ram Logo | Pony Logo |
| 4 Door Convertible | 2 Door SUV | 4 Door SUV  MINIVAN | Mileage: | TAG #: |
| Remote Start | Built in Navigation | CIRCLE ALL OPTIONS IN GLASS | Sunroof | Lane Departure Warning Sys. |
| Radio Antenna | Heads up Display | Heated    Rain Sensor | Electrochromic Mirror | 3rd Visor |

VIN NUMBER FOR VEHICLE:  Please put/stick above all letters!        Date of Loss: 1-23-14

Vehicle Glass Part #: FW2348GTBN (MVT)  Molding Part #: 2348 (PLK)

*No charge for shop supplies, waste, or disposal
*All parts are new and priced according to NAGS
*All labor is hourly based on established NAGS hours
*All estimates and diagnostics are free

PLEASE READ STATEMENT CAREFULLY, CHECK ONE
OF THE STATEMENTS BELOW AND SIGN:

__ I understand that , under state law, I am entitled to a written estimate if my
total bill will exceed $100.00.

X__ I REQUEST A WRITTEN STATEMENT
__ I DO NOT REQUEST A WRITTEN STATEMENT AS LONG
AS THE REPAIR COSTS DO NOT EXCEED $0.00, THE SHOP
MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR
ORAL APPROVAL.

__ I DO NOT REQUEST A WRITTEN ESTIMATE

SIGNATURE: X _____

DATE: 2/3/14

**ASSIGNMENT OF BENEFITS:**

I hereby assign any and all insurance rights, benefits and proceeds
under any applicable insurance policies to Certified Windshield LLC. I
make this assignment in consideration of Certified Windshield LLC
agreement to perform services and supply materials and otherwise
perform its obligations under this contract, including but not requiring
full payment at the time of service.  If payment is made directly to owner
agent of insurer it shall be endorsed over to Certified Windshield LLC
within three days.  I agree that any portion of work not covered by
insurance must be paid by the undersigned on or before the completion.
I hereby direct my auto insurance carrier listed above to release any and
all information requested by Certified Windshield LLC, and to accept
notice of this claim from Certified Windshield LLC, as it was being noticed
by myself.

Authorized Signature _____    Date 2/3/14

Printed Name: _____

## WARRANTY INFO:

CERTIFIED WINDSHIELD LLC HAS A *LIFETIME* WARRANTY ON ALL WINDSHIELD REPLACEMENTS FOR ANY LEAKS, WORKMANSHIP, OR
DEFECTS FOR THE LIFETIME THAT YOU OWN THE VEHICLE.

Title XXXVII Insurance Chapter 627 Insurance rates and contracts 627.7288 comprehensive coverage; deductible not to apply to motor
vehicle glass. The deductible provisions of any policy of motor vehicle insurance, delivered or issued in this state by an authorized
insurer, providing comprehensive coverage or combined additional coverage shall not be applicable to damage to the windshield of any
motor vehicle covered under such policy. History-s. 1, ch. 79-241; s. 2, ch. 81-318;ss. 847,862,800 (2nd). ch. 82-243; s. 79, ch. 81-305; s.
5, ch. 80-119; s. 114, ch. 92-318; o. 5, ch. 97-178.   Note Former s. 627.7578

LICENSE #:
MV83053







# Work Order

**Auto Glass America LLC**
MV87594
8553 East San Alberto Drive
Scottsdale, AZ 85258
TAX ID#: 45-3522428

Phone: (602) 272-2533
Fax: (480) 772-4873

Date: 11/24/2015
Work Order #: 4432788

Store: Aut-6418

Written By: Dustin Van Zwol
Sales Rep: Matthew Tweel
Technician: Mike Maurer

Scheduled Date: 11/28/15 8:04

| Customer: | Johnathan Finehirst | Insurance/Fleet: | Policy #4051349944 |
|---|---|---|---|

GEICO - MARS SAFELITE

Fax:
Phone2:                    Mobile:

**Automobile Information**   VIN   3D7MX49A47GB42318
Year: 2007         Color:
Make: Dodge        Mileage:
Model: Pickup      License:          State:
Style: 4 Door Extended Crew

**Service Address**

Mobile:

Phone: 6148022120
Claim #: 213299
Loss Date: 11/23/2015

**Fleet Information**
Fleet PO#:
Driver Name:
Driver Lic.:
Card #:

Authorization #:
Cause:
Unit #:

Exp Date:

| Service Address Notes | Work Order Notes | Technician Job Requirements |
|---|---|---|
| | 11/28 8-12 | ✗ Get/VERIFY VIN   ✗ Get Photos |
| | Send cruise promo to service address | ✗ Get/Verify License Plate |

| MFG Part | Description | | Qty | Unit | List | O$ | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| DW01512GBNN | Windshield | GB, | 1 | Each | | | | |
| DW01512GBNN | Windshield | Labor | 5.4 | Hrs | | | | |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Each | | | | |
| OTHRA3451GS | Accessories-Miscellaneous | OTHR A3451GS | 1 | Each | | | | |

**Damage Location**

Glass DOT #: _____
Adhesive LOT#: _____
Adhesive Exp. Date: _____
Adhesive Brand: _____

| | Owner | Insurance |
|---|---|---|
| Sub Total | | |
| Tax | | |
| Gross Total | | |
| Deductible | | |
| Net Total | | |

*AMOUNT TO COLLECT*   **$0.00**

Technician Notes: _____

PLEASE DO NOT DRIVE VEHICLE FOR AT LEAST 1 HOUR AFTER WORK IS COMPLETE!

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to my repair facility Auto Glass America LLC. I hereby authorize direct payment of any benefits or proceeds to be made to my repair facility Auto Glass America LLC, as compensation for the repair or replacement of glass on my automobile. In this regard, I waive my privacy rights. If glass coverage is included in my insurance policy I will not be responsible for any costs not covered by my policy. PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN.

I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $ 100.
_____ I REQUEST A WRITTEN ESTIMATE.
_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $
        This shop may not exceed this amount without my written or oral approval.
_____ DO NOT REQUEST A WRITTEN ESTIMATE unless conditions indicated

INSPECTED AND APPROVED

Signature: _____   Date: _____

**Auto Glass America LLC**
14848 N Cave Creek Rd Ste # 9

# Work Order

| | |
|---|---|
| Date: | November 21, 2013 |
| Work Order # | 3493003 |
| Store: | Aut-6418 |

Phoenix, AZ 85032
*Phone:* (602) 272-2533 *Fax:* (480) 772-4873
Federal ID# 45-3622428

**Bill To:**

GEICO - MARS SAFELITE

*Phone* (614) 802-2120   *Fax*

**Customer:**

Ruth Uleviciene

Job Scheduled For: November 29, 2013  7:15 am
Written By:   Dustin VanZwol
Technician:   Tampa Installer

Sales Rep: Steffin Arnfeld

**Automobile Information**

Year:   2000
Make:   Chrysler
Model:   Voyager
Style:   Mini Van

Mileage:

**Insurance Information**

Agent:
Loss Date:   10/21/2013
Cause:
Authorization # : 09043

| Part# | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| DW01457 | Windshield | GB | 1 | Each | | Y | | |
| DW01457 | Windshield | Labor | 2.9 | Hrs | | Y | | |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Each | | Y | | |

**Service Address**

**Work Order Notes**

CALL WHEN IN ROUTE
DISCOUNT CARD X 2
SALE BY MAC

| | |
|---|---|
| Sub Total | |
| Tax | |
| Gross Total | |
| Deductible | |
| Net Total | |

*Secondary Phone:*
*Mobile Phone:*

Amount To Collect:   $0.00

Vehicle Notes:_____

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to my repair facility Auto Glass America LLC. I hereby authorize direct payment of any benefits or proceeds to be made to my repair facility Auto Glass America LLC, as consideration for the repair or replacement of glass on my automobile. In this regard, I waive my privacy rights. If glass coverage is included in my insurance policy I will not be responsible for any costs not covered by my policy. PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN:

I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.
_____  I REQUEST A WRITTEN ESTIMATE.
_____  I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $
          The shop may not exceed this amount without my written or oral approval.
_____  I DO NOT REQUEST A WRITTEN ESTIMATE.

Signature x _____      Date: 11-29-13

Page 2 of 3    Customer Copy

**SUPERIOR AUTO GLASS OF TAMPA BAY, INC.**
**1612 STONEHAVEN WAY**
**www.SuperiorAutoGlassofTampaBay.com**
**TARPON SPRINGS, FL 34689-3060**
**PH:(727) 939-2328 FAX:(727) 940-4827**

Federal Tax ID: 26-2720584
Florida MV#:    81221

| P/O#: | Cust State Tax ID: | **Workorder:** W006768 |
|---|---|---|
| Taken By: Linda | Cust Fed Tax ID: | **Date:**    10/16/2013 |
| Installer: 102 | Ship Via: | |
| SalesRep: | Adv. Code: | |

**Bill To: Geico**

Geico Insurance (Safelite)
PO BOX 182276
COLUMBUS, OH 43218

CAROL VOISIN

(800) 510-2291

### Insurance Proof Of Loss

| | | |
|---|---|---|
| Insurance Company : Geico Insurance (Safelite) | Insurance Phone : (800) 510-2291 | |
| Claim # : 303952 | Policy : | |
| Verified : | Name : CAROL VOISIN | |
| Loss Date : 10/10/2013 | Effective Date : | Expires : |
| Cause : | Agent : | Phone : |
| Location : | Agent Name : HONDA | **Deductible** :$0.00 |

### Vehicle Information

| | | |
|---|---|---|
| Make: Honda | Model Style: Civic 4 Door Sedan | Year: 2012 |
| Odometer: | VIN: | License: |

**Qty  Part Number          Description**

Thank You for Your Business.

All parts warranted against defects in materials for one year.  Replacement of fixed glass parts is warranted against air or water leakage for as long as the vehicle owner owns the motor vehicle.  Mechanical operating parts within movable glass installation are warranted for 30 days against mechanical failure.  Warranty provisions expire with change of ownership of the customer vehicle.  Glass breakage that is not the result of the installation is not warranted.

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to my repair facility, Superior Auto Glass of Tampa Bay, Inc.. I hereby authorize direct payment of any benefits or proceeds to my repair facility, Superior Auto Glass of Tampa Bay, Inc., as consideration for any repairs made by Superior Auto Glass of Tampa Bay, Inc.. I hereby direct my insurance carrier to release any and all information requested by my repair facility,  Superior Auto Glass of Tampa Bay, Inc., its representative, or its Attorney for the direct purpose of obtaining actual benefits to be paid by my insurance carrier to my repair facility for services rendered or to be rendered for my appropriate property damage.  In this regard, I waive my privacy rights.

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:

_ I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

_ I REQUEST A WRITTEN ESTIMATE.

_ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $ .
THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

/ I DO NOT REQUEST A WRITTEN ESTIMATE.

SAFE DRIVE AWAY TIME: _____12:30_____

INSUREDS' SIGNATURE: _____

X  *[signature]*

*A*

**SUPERIOR AUTO GLASS OF TAMPA BAY, INC.**
**1612 STONEHAVEN WAY**
www.SuperiorAutoGlassofTampaBay.com
TARPON SPRINGS, FL 34689-3060
PH:(727) 939-2328 FAX:(727) 940-4827

Federal Tax ID:   26-2720584
Florida MV#:      81221

| | | |
|---|---|---|
| P/O#: | Cust State Tax ID: | **Workorder: W006909** |
| Taken By:  Linda | Cust Fed Tax ID: | Date:   12/13/2013 |
| Installor:  102 | Ship Via: | |

SalesRep:                          Adv. Code:

Bill To: Geico

Geico Insurance (Safelite)                    DAVID GILBO
PO BOX 82276
COLUMBUS, OH 43218

(800) 510-2291                              (727) 858-3923

**Insurance Proof Of Loss**

Insurance Company : Geico Insurance (Safelite)     Insurance Phone :   (800) 510-2291
Claim # :                                Policy :
Verified :                               Name :   DAVID GILBO
Loss Date :                              Effective Date :             Expires :
Cause :                                  Agent :                      Phone :
Location :                               Agent Name :  SUN TOYOTA    Deductible :   $0.00

**Vehicle Information**

Make:  Toyota          Model Style:  Tundra Pickup 4 Door Crew Cab          Year:  2008
Odometer:                                                           License:

Qty   Part Number       Description

Thank You for Your Business.

All parts warranted against defects in materials for one year.  Replacement of fixed glass parts is warranted against air or water leakage for as long as the vehicle owner owns the motor vehicle.  Mechanical operating parts within movable glass installation are warranted for 30 days against mechanical failure.  Warranty provisions expire with change of ownership of the customer vehicle.  Glass breakage that is not the result of the installation is not warranted.

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to my repair facility, Superior Auto Glass of Tampa Bay, Inc.. I hereby authorize direct payment of any benefits or proceeds to my repair facility, Superior Auto Glass of Tampa Bay, Inc., as consideration for any repairs made by Superior Auto Glass of Tampa Bay, Inc.. I hereby direct my insurance carrier to release any and all information requested by my repair facility, Superior Auto Glass of Tampa Bay, Inc., its representative, or its Attorney for the direct purpose of obtaining actual benefits to be paid by my insurance carrier to my repair facility for services rendered or to be rendered for my appropriate property damage. In this regard, I waive my privacy rights.

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:
_ I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.
_ I REQUEST A WRITTEN ESTIMATE.
_ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $ . THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
/ I DO NOT REQUEST A WRITTEN ESTIMATE.
SAFE DRIVE AWAY TIME:    4:20
INSUREDS' SIGNATURE: _____

X _____

*A*

## AUTO GLASS WIZARDS, INC
### AUTOGLASSWIZARDS11@YAHOO.COM
### 1628 NW 208TH WAY
### PEMBROKE PINES FL 33029
### (954)451-9977
### Tax# 47-2189593

**Order: 1726**

**Date:06/22/2015**

Insurance:

| GIECO |
| GIECO INSURANCE DIRECT |

Insured:

| DAVID ELOVITZ |
| ███████████████ |

| Csr: | Tech: | PO | Terms:NET 30 | Bill-To Terms:NET 30 |

Policy:2007-34-70-53  Loss-Date:06/22/2015

Vehicle:2005 KIA SPECTRA 4 DOOR HATCHBACK  VIN:██████████████

| Qty | Part / Description | List Price | Material | Labor | Item Total |
|---|---|---|---|---|---|
| 1.0000 | FW02494GBN - Windshield Green Tint/Blue Shade (2.0L Eng) Bin:E02 | 226.55 | 226.55 | 108.00 | 334.55 |
| 2.0000 | HAH000004 - Adhesive(Nags) (Urethane,Dam,Primer) (2.00) | | 15.00 | 0.00 | 30.00 |
| 1.0000 | WFS F2494 RC - Moulding(Precision) Black(Reveal) | 67.05 | 67.05 | 0.00 | 67.05 |

Job Location Mobile
DAVID ELOVITZ
████████████████

ASSIGNMENT OF BENEFITS AND CAUSE OF ACTION:  I hereby authorize the glass repairs and assign to Auto Glass Wizards, inc (Herein after the "Assignee") any and all comprehensive and/or collision benefits from my insurance company and/or the insurance company affording the Comprehensive and/or Collision coverage for the vehicle repaired or to be repaired. The assignment of benifits is given in consideration for the glass repair and/or replacement performed or to be performed by the Assignee. This is to act as an assignment of my rights and benefits to the extent of services provided by Assignee. In the event my insurance company is to make such payments or refuses to make payments in full upon demand by me or the Assignee. I hereby assign and transfer to Assignee any and all cause of action whether in contract, or in court. All proceeds from such action and further authorize Assignee to prosecute said cause of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve said claim and/or cause of actions as it may see fit. I further that if the insurer sends payment to me. I will immediately forward it to the Assignee by either endorsing the check to Assignee or paying an equal amount in another form.

Signature  _David E._

| Material | Labor | Tax | Total | Deductible | Payments | Balance |
|---|---|---|---|---|---|---|
| 323.60 | 108.00 | 19.42 | 451.02 | 0.00 | 0.00 | 451.02 |

## ASSIGNMENT OF INSURANCE BENEFITS

Client/Insured: _David Trejo_

Policy Number: ███████████

Claim Number: _____

Insurer: _Geico_

Date of Loss: _11-04-15_

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to my repair facility, GlassMax Inc. I hereby authorize direct payment of any benefits or proceeds to my repair facility, GlassMax Inc, as consideration for any repairs made by GlassMax Inc. I hereby direct my insurance carrier, ___Geico___ to release any and all information requested by my repair facility, GlassMax Inc , its representative, or it's Attorney for the direct purpose of obtaining actual benefits to be paid by my insurance carrier to my repair facility for services rendered or to be rendered for my appropriate property damage. In this regard, I waive my privacy rights.

DATED THIS _4_ DAY OF ___04___, 2013, in ___Bradenton___, Florida.

CLIENT/INSURED

_-David Trejo_
(Print Name)

_David Trejo_
(Signature)

**GlassMax**

## ASSIGNMENT OF INSURANCE BENEFITS

Client/Insured: **AnA EstrADA**

Policy Number: ████████████

Claim Number: **428150**

Insurer: **Geico**

Date of Loss: **04/01/2013**

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to my repair facility, GlassMax Inc. I hereby authorize direct payment of any benefits or proceeds to my repair facility, GlassMax Inc, as consideration for any repairs made by GlassMax Inc. I hereby direct my insurance carrier, **Geico** to release any and all information requested by my repair facility, GlassMax Inc , its representative, or it's Attorney for the direct purpose of obtaining actual benefits to be paid by my insurance carrier to my repair facility for services rendered or to be rendered for my appropriate property damage. In this regard, I waive my privacy rights.

DATED THIS **1** DAY OF **October**, 2013, in **Palmetto**, Florida.

CLIENT/INSURED

~~████~~ *Ana Estrada*
(Print Name)

*Ana Estrada*
(Signature)



## ASSIGNMENT OF INSURANCE BENEFITS

Client/Insured: _Paula Hawkins_

Policy Number: ████████████████

Claim Number: _____

Insurer: _Geico_

Date of Loss: _10-15-15_

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to my repair facility, GlassMax Inc. I hereby authorize direct payment of any benefits or proceeds to my repair facility, GlassMax Inc, as consideration for any repairs made by GlassMax Inc. I hereby direct my insurance carrier, _Geico_ to release any and all information requested by my repair facility, GlassMax Inc , its representative, or it's Attorney for the direct purpose of obtaining actual benefits to be paid by my insurance carrier to my repair facility for services rendered or to be rendered for my appropriate property damage. In this regard, I waive my privacy rights.

DATED THIS _10_ DAY OF _15_, 2015 in _Bradenton_, Florida.

CLIENT/INSURED

_Paula E. Hawkins_
(Print Name)

_Paula E. Hawkins_
(Signature)



## ASSIGNMENT OF INSURANCE BENEFITS

| | |
|---|---|
| Client/Insured: | Delacey Fashaw |
| Policy Number: | ███████████ |
| Claim Number: | |
| Insurer: | Geico |
| Date of Loss: | 10 - 19 - 15 |

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to my repair facility, GlassMax Inc. I hereby authorize direct payment of any benefits or proceeds to my repair facility, GlassMax Inc, as consideration for any repairs made by GlassMax Inc. I hereby direct my insurance carrier, _Geico_ to release any and all information requested by my repair facility, GlassMax Inc , its representative, or it's Attorney for the direct purpose of obtaining actual benefits to be paid by my insurance carrier to my repair facility for services rendered or to be rendered for my appropriate property damage. In this regard, I waive my privacy rights.

DATED THIS 10 DAY OF _19_, 2013, in _Bradenton_, Florida.

CLIENT/INSURED

─Delacey Fashaw
(Print Name)

X Delacey Fashaw
(Signature)



## Assignment of Insurance Benefits

Client/Insured _____ Timothy Robinson _____

Policy Number _____ ████████████████ _____

Claim Number _____

Insurer _____ Geico _____

Date of Loss _____

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to my repair facility, C Thru Glass and Security Films LLC. I hereby authorize direct payment of any benefits or proceeds to my repair facility, C Thru Glass and Security Films LLC, as consideration for any repairs made by C Thru Glass and Security Films LLC. I hereby direct my insurance carrier, Geico Auto Insurance, to release any and all information requested by my repair facility, C Thru Glass and Security Films LLC, its representative, or its Attorney for the direct purpose of obtaining actual benefits to be paid by my insurance carrier to my repair facility for services rendered or to be rendered for my appropriate property damage. In this regard, I waive my privacy rights.

DATED THIS 6th DAY OF April, 2015, in Hillsborough County, Florida

CLIENT/INSURED

Signature on file ___*signature*___          ___Tim Robinson.___
(Signature)                                   (Print Name)

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:

I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

_____ I REQUEST A WRITTEN ESTIMATE.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____ . THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED ___*signature*___          DATE 4-6-15.

**Mobile Auto Glass Repair, LLC**
**DBA: Mr. Auto Glass**
**MV-85496**

925 Florida Avenue
Palm Harbor, FL 34683
PH: (727)498-5988
PH: (813)448-3800

WWW.FIXMYQUICK.COM

Order: 16228
Date: 12/09/2015
Scheduled: 12/11/2015 12:00

| Insurance: | Insured: |
|---|---|
| GEICO | HESTER SHELBY |

Ph:(800)841-3000 Fax:(202)354-5295

| Csr: KO | Terms: C.O.D |
|---|---|
| Tech: CF | Bill-To Terms: NET 30 |

Policy:4397749419/01208 Loss-Date:10/15/2015

Rep:RJ Sched Pref:12/11/2015 Pref Time:DRIVE BY 11AM

Vehicle: 2008 CHRYSLER PT CRUISER 4 DOOR HATCHBACK   Mileage: ___   Lic. Plate#: ___

| Qty | Part / Description |
|---|---|
| 1 | DW01465GTY - Windshield Green Tint... |
| 2.00 | HAH000448 - Adhesive(Nags) (Fast-Cure... |
| 1 | FUEL - MISC. AUTO) |

Notes: P.O.:8812 12/10/2015 Expected: 12/10/2015 Status:Sent

Job Location   Mobile
HESTER SHELBY

Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Mobile Auto Glass Repair, LLC. I make this assignment in consideration of Mobile Auto Glass Repair, LLC's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to insured, owner, and/or agent by an insurer, it shall be endorsed over to Mobile Auto Glass Repair, LLC within three days. Mobile Auto Glass Repair, LLC promises to release the insured from any obligation to pay the difference between the amounts the insurer agreed to pay pursuant to the terms and conditions of the policy and applicable law, and prices charged by Mobile Auto Glass Repair, LLC. I hereby direct my insurance carrier to release any and all information requested by Mobile Auto Glass Repair, LLC and to accept notice of claim from Mobile Auto Glass Repair, LLC.

Signature _____   Date: _____
I acknowledge the above assignment and that the good and/or services have been provided to my complete satisfaction.

| Deductible | Payments | Total | Balance |
|---|---|---|---|
| 0.00 | 0.00 | 652.28 | 0.00 |

vers:9.1.8  Page: 1

**MR AUTO GLASS**

Mobile Auto Glass Repair, LLC
DBA: Mr. Auto Glass
MV-85496

925 Florida Avenue
Palm Harbor, FL 34683
PH: (727)498-5988
PH: (813)448-3800

**WWW.FIXMYQUICK.COM**

**Order:** 16062
**Date:** 12/01/2015
**Scheduled:** 12/02/2015 12:00

| Insurance: | Insured: |
|---|---|
| GEICO | KYUNTAEK LEE |
| Ph:(800)841-3000 Fax:(202)354-5295 | H (813)502-9725 Cell:(813)510-0939 |

| Csr: KO | Terms: C.O.D |
|---|---|
| Tech: CF | Bill-To Terms: NET 30 |

Policy: ▮ Loss-Date:08/12/2015

Rep:JJN Sched Pref:12/02/2015 Pref Time:PM

Vehicle: 2008 FORD ESCAPE 4 DOOR UTILITY VIN:1FMCU02Z68KA54993 Mileage:____ Lic.
Plate#:

| Qty | Part / Description |
|---|---|
| 1 | DW01684GBY ~ Windshield Green Tint/Blue Shade... |
| 2.00 | HAH000448 ~ Adhesive(Nags) (Fast-Cure... |
| 1 | FUEL ~ MISC. AUTO |

Notes: P.O.:8620 12/01/2015 Expected:12/01/2015 Status:Sent

Job Location  Mobile
KYUNTAEK LEE

Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Mobile Auto Glass Repair, LLC. I make this assignment in consideration of Mobile Auto Glass Repair, LLC's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to insured, owner, and/or agent by an insurer, it shall be endorsed over to Mobile Auto Glass Repair, LLC within three days. Mobile Auto Glass Repair, LLC promises to release the insured from any obligation to pay the difference between the amounts the insurer agreed to pay pursuant to the terms and conditions of the policy and applicable law, and prices charged by Mobile Auto Glass Repair, LLC. I hereby direct my insurance carrier to release any and all information requested by Mobile Auto Glass Repair, LLC and to accept notice of claim from Mobile Auto Glass Repair, LLC.

Signature _____  Date:_____
I acknowledge the above assignment and that the goods and/or services have been provided to my complete satisfaction.

| Deductible | Payments | Total | Balance |
|---|---|---|---|
| 0.00 | 0.00 | 746.91 | 0.00 |

vers:9.1.8  Page: 1

# Easy Auto Glass

7935 Empire Court
New Port Richey, FL 34654

(727)389-2425   (000)000-0000
Fax: (727)264-8340

WEA-1218-02404
452930733

Scheduled:   12/18/2015
8:00:00 AM

THOMAS PIAZZA/DOWD

## Mobile Invoice

8 - 12

3525974481

Bill to:

GEICO

Insured/Customer:
THOMAS PIAZZA/DOWD

no gate Service to PIAZZA

| Contact Name | Policy Number | Authorization # | Sales | | Acct. # |
|---|---|---|---|---|---|
| BRIAN | | 123456 | | | 143 |

| Year | Make | Model | Style | VIN | | Mileage | Purchase Order | Stock |
|---|---|---|---|---|---|---|---|---|
| 2011 | NISSN | ALTIMA | 4DSD | | | | | |

| Loss Date | Cause | Color | License | Agent | | Agent Phone |
|---|---|---|---|---|---|---|
| 12/8/2015 | Rock Chip | TAN | | | | |

| Qty | Part ID | Description |
|---|---|---|
| 2.50 | LABOR | Labor Hours (shop) |
| 1.00 | FW02734GBNN | Windshield (solar)(W/Third Visor Frit) 07-12 |
| 2.00 | HAH000448 | Fast-Cure Urethane/Dam/Primer |
| 1.00 | MW02734O BLT | Moulding (I) LEFT U for a FW02734 |

Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Easy Auto Glass, LLC. I make this assignment in consideration of Easy Auto Glass, LLC, agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Easy Auto Glass, LLC within three days. I agree that any portion of work not covered by my insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Easy Auto Glass, LLC, and to accept notice of claim from Easy Auto Glass, LLC.

## Instructions:

PLEASE READ CAREFULLY. CHECK ONE OF THE STATEMENTS BELOW AND SIGN:

____ I REQUEST A WRITTEN ESTIMATE

____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED
$_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT WRITTEN OR ORAL APPROVAL

____ I DO NOT REQUEST A WRITTEN ESTIMATE

Release & Authorization to Pay Other Than Insured or Claimant
The glass has been replaced to my complete satisfaction and I authorize the insurance company to pay direct to the above named Company the full amount due me under the terms of my policy and I understand if for any reason my insurance company does not pay this claim I will be responsible for payment of same including any necessary collection or court costs.
Net 30

Signature X Thomas Dowd          Date 12-18-15
4:09:44 PM    12/16/2015

# Easy Auto Glass

7935 Empire Court
New Port Richey, FL 34654

(727)389-2425  (000)000-0000
Fax: (727)264-8340

## Mobile Invoice

WEA-1214-02398

452930733

Scheduled: 12/16/2015
8:00:00 AM

CHILDREN HOSPITAL

Bill to:

GEICO

8-12

Insured/Customer
LAUREN BRANDIMARTO

| Contact Name | Policy Number | | Authorization # | Sales | | Acct. # |
|---|---|---|---|---|---|---|
| BRIAN | 4202934982 | | 123456 | Salesperson | | 143 |

| Year | Make | Model | Style | VIN | | Mileage | Purchase Order | Stock |
|---|---|---|---|---|---|---|---|---|
| 2009 | CHEV | TRVRSE | 4DUT | | | | | |

| Loss Date | Cause | Color | License | Agent | | | Agent Phone | |
|---|---|---|---|---|---|---|---|---|
| 12/8/2015 | Rock Chip | BEIGE | | | | | | |

| Qty | Part ID | Description |
|---|---|---|
| 2.80 | LABOR | Labor Hours (shop) |
| 1.00 | DW01712GTYN | Windshield (solar)(W/Third Visor Frit) 08-15 |
| 2.00 | HAH00044B | Fast-Cure Urethane/Dam/Primer |

Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Easy Auto Glass, LLC. I make this assignment in consideration of Easy Auto Glass, LLC, agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Easy Auto Glass, LLC within three days. I agree that any portion of work not covered by my insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Easy Auto Glass, LLC, and to accept notice of claim from Easy Auto Glass, LLC.

## Instructions:

PLEASE READ CAREFULLY. CHECK ONE OF THE STATEMENTS BELOW AND SIGN:
____ I REQUEST A WRITTEN ESTIMATE
____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED:
$ _____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT WRITTEN OR ORAL APPROVAL
____ I DO NOT REQUEST A WRITTEN ESTIMATE

Release & Authorization to Pay Other than Insured or Claimant

The glass has been replaced to my complete satisfaction and I authorize the insurance company to pay direct to the above named Company the full amount due me under the terms of my policy and I understand if for any reason my insurance company does not pay this claim I will be responsible for payment of same including any necessary collection or court costs.
Net 30

Signature _____    Date _____    1

4:36:15 PM    12/14/2015



**EXPRESS AUTO GLASS LLC**
**1427 N. JASMINE AVE**
**TARPON SPRINGS FL 34689**
**(727)938-7766 Fax:(877)347-5459**
**Tax# 56-2440816**

**Order: 15335**
**Date: 11/16/2015**
Scheduled: 11/17/2015

| Insurance: | Insured: |
|---|---|
| GEICO | MARIBEL VASQUEZ ████████████ |

Ph:(800)841-9160-2488 Fax:(855)801-3742          H ████████

| Csr: CSR | Tech: ▱ ⋀ ⋁ ▯▯ | Terms: C.O.D | Bill-To Terms: NET 30 |
|---|---|---|---|

Policy:4407605148 Loss-Date:11/14/2015

Vehicle: 2004 KIA AMANTI 4 DOOR SEDAN VIN: ████████████

| Qty | Part / Description |
|---|---|
| 1.0000 | FW02442GBN - Windshield Green Tint/Blue Shade... |
| 1.0000 | BAH000004 - Adhesive(Nags)... |

VIN: ████████████████████████████████

WARRANTY ON MATERIALS AND WORKMANSHIP FOR AS LONG AS YOU OWN THE VEHICLE.
Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Express Auto Glass LLC. I make this assignment in consideration of Express Auto Glass LLC's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Express Auto Glass LLC within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Express Auto Glass LLC, and to accept notice of claim from Express Auto Glass LLC.

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:
I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXEED $100.
___I REQUEST A WRITTEN ESTIMATE.
___I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED$
THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
_X_I DO NOT REQUEST A WRITTEN ESTIMATE.

Signature _____ I acknowledge the above assignment,
and that the goods and/or services have been provided to my complete satisfaction.

| | Deductible | Payments | Balance |
|---|---|---|---|
| | 0.00 | 0.00 | 0.00 |

# EXPRESS AUTO GLASS LLC
## 1427 N. JASMINE AVE
## TARPON SPRINGS FL 34689
## (727)938-7766 Fax:(877)347-5459
### Tax# 56-2440816

10 18
A

**Order: 15283**
**Date: 11/05/2015**

| Insurance: | Insured: |
|---|---|
| GEICO | JOHN JOSEPH ███████ |

Ph:(800)841-9160-2488 Fax:(855)801-3742          H ███████

| Csr: CSR | Tech: | Terms: C.O.D | Bill-To Terms: NET 30 |
|---|---|---|---|

| Policy ███████ Loss-Date: 11/01/2015 |
|---|

| Vehicle: 2007 TOYOTA CAMRY 4 DOOR SEDAN |
|---|

| Qty | Part / Description |
|---|---|
| 1.0000 | FW02627GBY - Windshield Green Tint/Blue Shade... |
| 1.0000 | HAH000004 - Adhesive(Nags)... |

Notes:  need policy number

VIN: ███████████████

WARRANTY ON MATERIALS AND WORKMANSHIP FOR AS LONG AS YOU OWN THE VEHICLE.
Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Express Auto Glass LLC.  I make this assignment in consideration of Express Auto Glass LLC's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service.  If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Express Auto Glass LLC within three days.  I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion.  I hereby direct my insurance carrier to release any and all information requested by Express Auto Glass LLC, and to accept notice of claim from Express Auto Glass LLC.

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:
I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXEED $100.
___I REQUEST A WRITTEN ESTIMATE.
___I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEEDS
THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
_X_I DO NOT REQUEST A WRITTEN ESTIMATE.

Signature X _____ I acknowledge the above assignment,
and that the goods and/or services have been provided to my complete satisfaction.

| | Deductible | Payments | Balance |
|---|---|---|---|
| | 0.00 | 0.00 | 0.00 |

A 360-06-28-73

GLASSCO    OFFICES IN HERNANDO
7143 SR 54 #132
NEW PRT RCHY, FL 34653

PH:(727) 230-0684 FAX:(850) 583-7838

**Exhibit A**

Faceral Tax ID: 35-3346070
Florida MV#: 82668

| | | |
|---|---|---|
| PO#: | Cust State Tax ID: | |
| Taken By: Jason | Cust Fed Tax ID: | **Workorder: W003342** |
| Installer: George Martinez | Ship Via: | Date: 12/10/2015 |
| | | Time: 05:52 PM |
| SalesRep: Josh | Adv. Code: | |

Bill To: Geico

Geico Insurance (Safelite)          Nancy & George Graham
PO BOX 192276
COLUMBUS, OH 43218

(800) 510-2291

Insurance Proof Of Loss

| | | | |
|---|---|---|---|
| Insurance Company : Geico Insurance (Safelite) | Insurance Phone : (800) 510-2291 | | |
| Claim # : 394294 | Policy : | | |
| Verified : | Name : Nancy & George Graham | | |
| Loss Date : 12/9/2015 | Effective Date : | Expires : | |
| Cause: | Agent : | Phone : | |
| Location : | Agent Name : | Deductible : | |

Vehicle Information

| | | | |
|---|---|---|---|
| Make: Dodge | Model Style: Pickup 1500 4 Door Crew Cab | | Year: 2006 |
| Odometer: | VIN: | | License: |

| Qty | Part Number | Description |
|---|---|---|
| 1 | DW01726GTNNCOM | Windshield-(OE,Ram's Head Logo In 3rd Visor,Black Logo) |
| 1 | 90H | 90 Per NAGS Hour |
| 1 | HAH000004 | Adhesive-(2:0,Urethane,Dam,Primer) |

Thank You for your patronage

Install Date: 12/11/15  08:00 AM  Required Date 12/11/15 05:00 PM  Mobile  Installer: George Martinez

Instructions:

D W-15 12

| | |
|---|---|
| AUTHORIZATION TO PAY | Collect From Customer      $0.00 |

I hereby authorize and empower the above-named insurance company to pay this invoice in full settlement, satisfaction and discharge of all loss under the above policy. Upon such payment, all rights I may have for claim and demand for loss and damage described above against the above named insurance company shall be thereby forever discharged. In the event that the above named insurance company does not make timely and/or full payment of this invoice according to its terms, I hereby accept responsibility for such payment and agree to pay all charges reflected on this invoice to the above named glass company subject to and according to all terms and conditions on this invoice.

Customer's Signature: _____

**GLASSCO**
7143 SR 54 #132
NEW PRT RCHY, FL 34653

PH:(727) 230-0684 FAX:(850) 583-7838

WO.# W008143

Federal Tax ID: 38-3946070
Florida MV#: 92568

| | |
|---|---|
| P/O#: | Cust State Tax ID: |
| Taken By: Debbie | Cust Fed Tax ID: |
| Installer: L.Nieves | Ship Via: |
| SalesRep: Wyatt | Adv. Code: |

**Invoice: I008143**
Date: 1/16/2017
Time: 11:28 AM

**Bill To: Geico**

Geico Insurance (Safelite)
PO BOX 182276
COLUMBUS, OH 43218

Gregorio Montulvo

(800) 510-2291

## Insurance Proof Of Loss

| | | | |
|---|---|---|---|
| Insurance Company: Geico Insurance (Safelite) | | Insurance Phone: (800) 510-2291 | |
| Claim #: 683116 | | Policy: | |
| Verified: | | Name: Gregorio Montulvo | |
| Loss Date: 1/9/2017 | | Effective Date: | Expires: |
| Cause: | | Agent: | Phone: |
| Location: | | Agent Name: | Deductible: |

## Vehicle Information

| | | | |
|---|---|---|---|
| Make: Toyota | Model Style: Corolla 4 Door Sedan | | Year: 2010 |
| Odometer: | VIN: | | License: |

| Qty | Part Number | Description | List | Disc% | Sell | Total |
|---|---|---|---|---|---|---|
| 1 | FW02899GBYN | Windshield (Canada Built, W/Third Visor Frit, Acoustic Interlayer, Solar) | $244.80 | 0 | $244.80 | $244.80 |
| 1 | 90H | 90 Per NAGS Hour (3.4 Hours) | $306.00 | 0 | $306.00 | $306.00 |
| 1 | HAH000004 | Adhesive (2.0 Urethane Dam, Primer) | $94.00 | 0 | $94.00 | $94.00 |

Sale Date: 01/09/2017
Estimate Number: 20882
Thank You for your patronage

### AUTHORIZATION TO PAY

I hereby authorize and empower the above-named insurance company to pay this invoice in full settlement, satisfaction and discharge of all loss under the above policy. Upon such payment, all rights I may have for claim and demand for loss and damage described above against the above named insurance company shall be thereby forever discharged. In the event that the above named insurance company does not make timely and/or full payment of this invoice according to its terms, I hereby accept responsibility for such payment and agree to pay all charges reflected on this invoice to the above named glass company subject to and according to all terms and conditions on this invoice.

Customer's Signature: _____ **SIGNATURE ON FILE** _____ Net30

| | |
|---|---|
| Sub Total: | $644.80 |
| Tax: | $45.14 |
| On Account: | $689.94 |

"Composite Exhibit A"

Customer Copy

GLASSCO
7143 SR 54 #132
NEW PRT RCHY, FL 34653

**Insurance Copy**
**Page 2 of 4**

PH:(727) 230-0684 FAX:(850) 583-7838

Federal Tax ID:  36-3946070
Florida MV#:  92506

| | | |
|---|---|---|
| P/O# | Cust State Tax ID | **Workorder: W008143** |
| Taken By:  Debbie | Cust Fed Tax ID | Date:  1/11/2017 |
| Installer:  LNieves | Ship Via: | Time:  08:48 AM |

SalesRep: Wyatt                    Adv. Code
**Bill To: Geico**

Geico Insurance (Safelite)                     Gregorio Montalvo
PO BOX 182276
COLUMBUS, OH 43218

(800) 510-2291                         (440) 319-2453

**Insurance Proof Of Loss**

| | |
|---|---|
| Insurance Company:  Geico Insurance (Safelite) | Insurance Phone  (800) 510-2291 |
| Claim #:  683116 | Policy |
| Verified | Name  Gregorio Montalvo |
| Loss Date:  1/9/2017 | Effective Date | Expires: |
| Cause | Agent: | Phone: |
| Location: | Agent Name | Deductible: |

**Vehicle Information**

| | | |
|---|---|---|
| Make:  Toyota | Model Style:  Corolla 4 Door Sedan | Year:  2010 |
| Odometer: | VIN: | License: |

| Qty | Part Number | Description |
|---|---|---|
| 1 | FW02899GBYNCOM | Windshield (Canada Built W/Third Visor Frit, Acoustic Interlayer, Solar) |
| 1 | 90H | 90 Per NAGS Hour |
| 1 | HAH000004 | Adhesive (2.0, Urethane, Dam, Primer) |

Sale Date: 01/09/2017
Estimate Number: 20882
Thank You for your patronage
Install Date: 01/11/17  03:00 PM Required Time: 05:00 PM, Mobile  Installer:  LNieves

Instructions:
Please install after 3:00 pm.
SUNPASS
PERMIT STICKER (TECO)

AUTHORIZATION TO PAY

I hereby authorize and empower the above-named insurance company to pay this invoice in full settlement, satisfaction and discharge of all loss under the above policy.  Upon such payment, all rights I may have for claim and demand for loss and damage described above against the above named insurance company shall be thereby forever discharged.  In the event that the above-named insurance company does not make timely and/or full payment of this invoice according to its terms I hereby accept responsibility for such payment and agree to pay all charges reflected in this invoice to the above named glass company subject to and according to all terms and conditions on this invoice.

Collect From Customer                        $0.00

Customer's Signature:

⊁ PILKINGTON ONLY⊁

# Customer Form

**20882**



## Glassco Inc

Orange/Osceola
1519 Damon Ave
Kissimmee, FL 34744

Hillsborough
12824 Dupont Circle
Tampa, FL 33626

Pasco:
7143 State Road 54 #132
New Port Richey, FL 34653

FL Registration #: MV-92588

Insurance Copy
Page 3 of 4

Pinellas/Pasco/Hernando: 727-230-0684 ★
Orange/Osceola: 407-362-1637
Fax: 850-583-7838
Email: glassco.autoglass@gmail.com

**WO/Installer Notes:**

**8143**

---

Auto Glass Specialist Name: WYATT MANNIN    Phone #: ▮▮▮    Date: 1/9/17

Scheduled Date: 1/18/17 Day: WED
Time: ☐ All Day ☐ 9am-3pm ☐ 12pm-6pm Other: 11-12 to 3pm
Home: ☐ Office: ☐ Business Name:
Customer Name: Gregorio Montalvo
Service Address: ▮▮▮
City: Panacea State: FL Zip: 34759
Home/Cell: ▮▮▮
Work:
Email:

Insurance: Geico
Agent: SARAH
Phone: 800-510-2291
Fax:
Effective Date:
Referral/Dispatch #: 683-116
Claim #: 054721291010104
Policy #: ▮▮▮
Date of Loss: 1/9/17 Deductible: 0
Odometer: License Plate:

---

CASH CHECK MC VISA AMEX Account #    Exp#
Check #    Amount $    Signature

---

Year: 2010 Make: TOYOTA Model: COROLLA
☐ 2 Door ☑ 4 Door

Customer Initials: GM

☑ WS ☐ Vent ☐ Door ☐ Quar ☐ Back
Std. Cab ☐ Ext. Cab ☐ Conv. ☐ Hatch

OE GLASS
LIFETIME WARRANTY
NO COST TO CUSTOMER

Windshield Part Info.
(w/b/w) 2849 Pilkington Only
Notes: SUNPASS EZ READER / PERMIT STICKER (TECO)

Circle All That Apply
Yes No Rain Sensor        Yes No Third Visor
Yes No Heated            Yes No Antenna
Yes No Electric Mirror    Yes No Shaded
Yes No Lane Departure     Yes No Tint Strip
Yes No Heads-Up Display

---

### SERVICE RECEIVED/GUARANTEE ACKNOWLEDGMENT/VERIFICATION OF INSURANCE
Signature below constitutes agreement to terms and conditions of this form

**Service:** Replacement    Repairs (1, 2, 3)    **Customer Signature:** _____

You are authorized to make a claim on the insurance information provided

FOR ALL SERVICES: ASSIGNMENT OF RIGHT AND PRIVILEGES, AND AUTHORIZATION TO PAY. In consideration of Glassco Inc. agreeing to repair and/or replace glass and related damage to my vehicle(s), I hereby assign to Glassco Inc. all rights which I have against my insurer for collection of repairs due for such repairs and/or replacements. This assignment includes, but is not limited to, the right to receive direct payment of the claim from the insurance company, the right to make demand for payment (including the right to make a demand under relevant consumer protection statutes or regulation), the right to use the insurance company in the court of law for payments rightly owed to me, and the right to receive multiple damages, costs, interest, and reasonable attorney's fees if a court determines the insurer was unreasonable in withholding payment for it a court determines that the insurer is otherwise liable for such amount. The assignment to Glassco Inc. further includes, without limitation, the right to communicate with, and to receive information from, my insurance company, on my behalf, relative to any claim I have made with my insurance company for repair or replacement of damaged glass on my insured vehicle(s). I also hereby authorize Glassco Inc. to do all things necessary or proper to enforce the rights assigned hereunder. I further understand and agree that if my insurance company should require this deductible to pay, or otherwise fails to pay Glassco Inc. all amounts it rightfully owes, I (reasonable time, I will directly pay Glassco Inc. all amounts due. If my insurance company issues payment to me instead of Glassco Inc. I agree to immediately forward payment to Glassco Inc. Glassco Inc. is not responsible for damage caused by theft, fire or act of nature. I hereby authorize the above repairs, including subject work, along with all necessary materials. Glassco Inc. and/or its contractors may operate my vehicle for the purpose of inspection and delivery at my risk. I hereby authorize Glassco Inc. to purchase all parts and material required for the afore-mentioned windshield installations and, in the event I cancel said installation, I agree to reimburse Glassco Inc. for any and all unrecoverable amounts expended in purchasing any such parts and materials.

**Bay Area Auto Glass LLC.   MV# 90963**
10800 Brighton Bay Blvd #16102
St. Petersburg, FL 33716
Phone: 7275103409  Fax: 7272899942
Federal Tax ID: 46-1938062
E-Mail: baaglass@gmail.com

| Customer Service Rep: | Installer: | Location: | Invoice # | Invoice Date: | Today's Date: | Paid Date: |
|---|---|---|---|---|---|---|
| Williams, Jeremiah | WILLIAMS, MARK | In-Shop | 3546 | 11/25/2015 | 11/27/2015 | |

| BILL TO: | CUSTOMER: | AGRSS INFO: |
|---|---|---|
| GEICO | MAJKA, JOHN | emperature: |
| | | Humidity: |
| | | Safe drive- |
| | M: | away time: |

### INSURANCE INFORMATION

| Agent: | Policy #: | Loss Date: 8/31/2015 |
|---|---|---|
| Contact: | Claim #: 0423240350101029 | Loss Type: |
| ispatch #: | Deductible: $ 0.00 | Region/Dist: |

### VEHICLE INFORMATION

| Year: | 2014 | VIN: | PO #: |
|---|---|---|---|
| ake: | Kia | Odometer: 0 | RO #: |
| Model: | Soul | License #: | Stock #: |
| Body: | 4 Door Hatchback | | |

| Qty | Part/Service | Description | List Price | Disc % | Net Price | Labor | Total |
|---|---|---|---|---|---|---|---|
| 1 | FW03844GBNN | (W/Third Visor Frit)/Green Tint/Blue Shade | $ 929.70 | 0 | $ 929.70 | $ 279.00 | $1,208.70 |
| | DOT #: | Adhesive Type: | Lot #: | | | | |
| 1 | HAH000448 | 2.0 Adhesive (Fast-Cure Urethane/Dam/Primer) | $ 96.00 | 0 | $ 96.00 | $ 0.00 | $96.00 |
| 1 | USM F3844 | Moulding | $ 15.72 | 0 | $ 15.72 | $ 0.00 | $15.72 |

**Special Instruction:**
LITTLE HARBOR
32ND AND SHELL POINT
AFTER 2
FRIDAY
;GET BENEFITS

| | |
|---|---|
| Total Parts: | $1,041.42 |
| Total Labor: | $279.00 |
| Subtotal: | $1,320.42 |
| FLORIDA @ 7.000%: | $92.43 |
| Total: | $1,412.85 |
| Less Deductible: | 0.00 |
| Amount Due: | $1,412.85 |

Customer Signature: S. F.

I HEREBY AUTHORIZE AND EMPOWER THE ABOVE NAMED INSURANCE COMPANY TO PAY THIS INVOICE IN FULL SETTLEMENT, SATISFACTION AND DISCHARGE OF AL LOSS UNDER THE ABOVE POLICY. UPON SUCH PAYMENT ALL RIGHTS I MAY HAVE FOR CLAIM AND DEMAND FOR LOSS AND DAMAGE DESCRIBED ABOVE AGAINST THE AVOCE NAMED INSURANCE COMPANY SHALL BE THEREBY FOREVER FULLY CHARGED. I HAVE BEEN ADVISED OF MY RIGHT TO A WRITTEN ESTIMATE AND WAIVE IT

**Bay Area Auto Glass LLC.  MV# 90963**
10800 Brighton Bay Blvd #16102
St. Petersburg, FL 33716
Phone: 7275103409  Fax: 7272899942
Federal Tax ID: 46-1938062
E-Mail: baaglass@gmail.com

*Arrive 1500*
*Depar~ ...*

**Insurance Copy**
Page 2 of 4

| Customer Service Rep: | Installer: | Location: | Invoice #: | Invoice Date: | Today's Date: | Paid Date: |
|---|---|---|---|---|---|---|
| Williams, Jeremiah | WILLIAMS, MARK | In-Shop | 3546 | 11/25/2015 | 11/27/2015 | |

**BILLED TO:**
GEICO

**CUSTOMER:**
MAJKA, JOHN

**AGGS INFO:**
Temperature:
Humidity:
Safe drive-
away time:

**INSURANCE INFORMATION**

| Agent: | Policy #: | Loss Date: 8/31/2015 |
|---|---|---|
| Contact: | Claim #: 0423240350101029 | Loss Type: |
| Dispatch #: | Deductible: 0.00 | Reason/Dist: |

**VEHICLE INFORMATION**

| Year: 2014 | VIN: | PO #: |
|---|---|---|
| Make: Kia | Odometer: 0 | RO #: |
| Model: Soul | License #: | Stock #: |
| Body: 4 Door Hatchback | | |

| Qty | Part Number | Description | List Price | Disc | Net Price | Labor | Total |
|---|---|---|---|---|---|---|---|
| 1 | FW03844GBNN | (W/Third Visor Frit/Green Tint/Blue Shade | $ 929.70 | 0 | $ 929.70 | $ 279.00 | $1,208.70 |
| | DOT #: | Adhesive Type: | | Lot #: | | | |
| 1 | HAH000448 | 2.0 Adhesive (Fast-Cure Urethane/Dam/Primer) | $ 96.00 | 0 | $ 96.00 | $ 0.00 | $96.00 |
| 1 | USM F3844 | Moulding | $ 15.72 | 0 | $ 15.72 | $ 0.00 | $15.72 |

**Special Instructions**

FRIDAY
GET BENEFITS

| | |
|---|---|
| Total Parts: | $1,041.42 |
| Total Labor: | $279.00 |
| Subtotal: | $1,320.42 |
| FLORIDA @ 7.000%: | $92.43 |
| Total: | $1,412.85 |
| Less Deductible: | 0.00 |
| Amount Due: | $1,412.85 |

*Called #1 No Answer  Has no*
*Voice Mail  #2 Disconnected @ 0857  11-27-15*
*Completed  11-27-15*

Customer Signature:

I HEREBY AUTHORIZE AND EMPOWER THE ABOVE NAMED INSURANCE COMPANY TO PAY THIS INVOICE IN FULL SETTLEMENT, SATISFACTION AND DISCHARGE OF AL LOSS UNDER THE ABOVE POLICY. UPON SUCH PAYMENT ALL RIGHTS I MAY HAVE FOR CLAIM AND DEMAND FOR LOSS AND DAMAGE DESCRIBED ABOVE AGAINST THE AVOCE NAMED INSURANCE COMPANY SHALL BE THEREBY FOREVER FULLY CHARGED. I HAVE BEEN ADVISED OF MY RIGHT TO A WRITTEN ESTIMATE AND WAIVE IT

## Bay Area Auto Glass
Bay Area Auto Glass
www.TampaAutoGlassRepair.net
10600 Brighton Bay Blvd. NE • Suite 16102 • Saint Petersburg, Florida 33716
Office: (727) 344-9664 • Fax: 727-289-9942 • FL Registration #MV 90983
Email: baaglass@gmail.com • Federal Tax ID: 46-1938062



Part #:

**Insurance Copy**
Page 4 of 4

| Sales Person | | Date: |
|---|---|---|
| Customer Name: John Majka | | |
| Home Phone: ▮▮▮▮▮▮ | Cell Phone #: | |
| Home Address: ▮▮▮▮▮▮ | Apt. | City: Ruskin | State FL | ZIP 33570 |
| Insurance Company: Geico | Policy # | | Ins. Co. Ph # |
| Windshield Replacement ⟨YES⟩ NO | Windshield Repair YES NO | Cash Job: | Charge: |

**SCHEDULING INFORMATION:** — Work Address if Applicable

| Go to: ⟨HOME⟩ or WORK | Company Name |
|---|---|
| Date of install: 11-27-15        After 2pm | Address |
| Time of Install (Circle Time) 8-12 9-1 10-2 11-3 ⟨12-4⟩ 1-5 | City/State/ZIP |
| Dispatch/Referal #: 0423240350101029 | Work phone number: |

### Vehicle & Windshield Information

| Year 2014 | Manufacturer Kia | Model Soul | Shaded Windshield Yes | Color of Vehicle Green |
|---|---|---|---|---|
| 2 Door Hatchback | 4 Door Sedan | FOR TRUCKS | 2 Door Standard Cab | 4 Door Crew Cab |
| 2 Door Coupe | 4 Door Hatchback | 2 Door Extended Cab | F-150 Logo | Ram Logo | Pony Logo |
| 2 Door Convertible | 2 Door SUV | ⟨4 Door SUV⟩ | MILEAGE: | TAG: |
| Remote Start | Built in Navigation | CHECK ALL OPTIONS IN GLASS | SUNROOF: | Line departure warning system |
| Radio Antenna | Heads up Display | Heated | Rain Sensor | Electrochromic Mirror | 3rd Visor |

**VIN NUMBER FOR VEHICLE:** *Please put dash above all letters!*   Date of loss:
V: ▮▮▮▮▮▮
I: ▮▮▮▮▮▮

### WARRANTY INFO:
BAY AREA AUTO GLASS HAS A LIFE TIME WARRANTY ON ALL WINDSHIELD REPLACEMENTS FOR LEAKS, WORKMANSHIP AND DEFECTS FOR THE LIFETIME YOU OWN THE VEHICLE.

**All parts are new and priced according to NAGS
**All labor is hourly based on established NAGS hours
**All estimates and diagnostics are free

PLEASE READ STATEMENT CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN:
I understand that, under state law, I am entitled to a written estimate if my final bill will exceed $100.00
___ I REQUEST A WRITTEN STATEMENT
___ I DO NOT REQUEST A WRITTEN STATEMENT AS LONG AS THE REPAIR COSTS DO NOT EXCEED $100.00 THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
X I DO NOT REQUEST A WRITTEN ESTIMATE

ASSIGNMENT OF BENEFITS AND CAUSE OF ACTION:
I hereby authorize the glass repairs and assign to Bay Area Auto Glass any and all Comprehensive and/or the insurance company affording the Comprehensive and/or Collision coverage for the vehicle repaired or to be repaired. The assignment of benefits is given in consideration for the glass repair and/or replacement performed or to be performed by Assignee. In the event my insurance company is to make such payments or refuses to make payments in full upon demand by me or the Assignee, I hereby assign and transfer to Assignee any and all cause of action whether in contract, or in intort, and all proceeds from such action and further authorize Assignee to prosecute said cause of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve said claim and/or cause of actions as it may see fit. I further that if the insurer sends payment to me, I will immediately forward it to the Assignee by either endorsing the check to Assignee or paying an equal amount in another form.

Authorized Signature _Michelle Majak_   11-27-15
Completed 11-27-15
Printed Name: Michelle Majak

Title XXXVII Insurance Chapter/627 Insurance rates and contracts 627.7288 comprehensive coverage; deductible not to apply to motor vehicle glass. The deductible provisions of any policy of motor vehicle insurance, delivered or issued in this state by an authorized insurer, providing comprehensive coverage or combined additional coverage shall not be applicable to damage to the windshield of any 15, ch. 90-119; s. 114, ch. 92-318; s. 5, ch. 97-178.
Note Former s. 827-7378

**Bay Area Auto Glass LLC. MV# 90963**
10800 Brighton Bay Blvd #16102
St. Petersburg, FL 33716
Phone: 7275103409  Fax: 7272899942
Federal Tax ID: 46-1938062
E-Mail: baoglass@gmail.com

**Insurance Copy**
Page 1 of 3

| Customer Service Rep: | Installer: | Location: | Invoice # | Invoice Date: | Today's Date: | Paid Date: |
|---|---|---|---|---|---|---|
| Williams, Jeremiah | WILLIAMS, MARK | In-Shop | 3498 | 11/5/2015 | 11/24/2015 | |

| BILL TO: | CUSTOMER: | AGBS INFO: |
|---|---|---|
| GEICO | PRIETO, RODOLFO | emperature:<br>Humidity:<br>Safe drive-<br>away time: |

### INSURANCE INFORMATION

| | | |
|---|---|---|
| Agent: | Policy #: | Loss Date: 10/29/2015 |
| Contact: | Claim #: 0145002970101087 | Loss Type: |
| ispatch #: | Deductible: $ 0.00 | Region/Dist: |

### VEHICLE INFORMATION

| | | |
|---|---|---|
| Year: 2016 | VIN: | PO #: |
| ake: Toyota | Odometer: 0 | RO #: |
| Model: Tundra Pickup | License #: | Stock #: |
| Body: 4 Door Crew Cab | | |

| QTY | Part/Service | Description | List Price | Disc % | Net Price | Labor | Total |
|---|---|---|---|---|---|---|---|
| 1 | 56101-0C121 | (W/Third Visor Frit)(Heated Wiper Park Area) Green Tint/Blue Shade | $ 1,346.45 | 0 | $ 1,346.45 | $ 333.00 | $1,679.45 |
| | DOT #: | Adhesive Type: | | Lot #: | | | |
| 1 | HAB000448 | 2.0 Adhesive (Fast-Cure Urethane/Dam/Primer) | $ 96.00 | 0 | $ 96.00 | $ 0.00 | $96.00 |
| 1 | WSK F2724 | Moulding (Reveal)(Right & Left) | $ 44.02 | 0 | $ 44.02 | $ 0.00 | $44.02 |

**Special Instruction**
FRIDAY AFTER 3
GET BENEFITS

| | |
|---|---|
| Total Parts: | $1,486.47 |
| Total Labor: | $333.00 |
| Subtotal: | $1,819.47 |
| FLORIDA @ 7.000%: | $127.36 |
| Total: | $1,946.83 |
| Less Deductible: | 0.00 |
| Amount Due: | $1,946.83 |

Customer Signature:

I HEREBY AUTHORIZE AND EMPOWER THE ABOVE NAMED INSURANCE COMPANY TO PAY THIS INVOICE IN FULL SETTLEMENT, SATISFACTION AND DISCHARGE OF ALL LOSS UNDER THE ABOVE POLICY. UPON SUCH PAYMENT ALL RIGHTS I MAY HAVE FOR CLAIM AND DEMAND FOR LOSS AND DAMAGE DESCRIBED ABOVE AGAINST THE AVOCE NAMED INSURANCE COMPANY SHALL BE THEREBY FOREVER FULLY CHARGED. I HAVE BEEN ADVISED OF MY RIGHT TO A WRITTEN ESTIMATE AND WAIVE IT.

## BAAG — Bay Area Auto Glass

Bay Area Auto Glass
www.TampaAutoGlassRepair.net
10800 Brighton Bay Blvd. NE • Suite 16102 • Saint Petersburg, Florida 33716
Office: (727) 344-9664 • Fax: 727-289-9942 • FL Registration #MV 90955
Email: baaglass@gmail.com • Federal Tax ID: 46-1938062

Part #:

**Insurance Copy**
Page 3 of 3

| Sales Person | Dan C | Date: 11-4-15 |
|---|---|---|

| Customer Name: | Rodolfo Prieto | | |
|---|---|---|---|
| Home Phone: | | Cell Phone #: | |
| Home Address: | | Apt | City: Holiday | State: FL Zip 34690 |
| Insurance Company: Geico | | Policy #: | |
| Windshield Replacement: YES NO | Windshield Repair: YES NO | Cash Job: | Charge: |

| SCHEDULING INFORMATION: | Work Address if Applicable |
|---|---|
| Go to: HOME or WORK | Company Name |
| Date of Install: 11-6-15 | Address |
| Time of Install (Circle Time): 8-12  9-1  10-2  11-3  12-4  1-5 | City/State/ZIP |
| Dispatch/Referal #: | Work phone number: |

### Vehicle & Windshield Information

| Year 2016 | Manufacturer Toyota | Model Tundra | Shaded Windshield | Color of Vehicle |
|---|---|---|---|---|
| 2 Door Hatchback | 4 Door Sedan | FOR TRUCKS | 2 Door Standard Cab | 4 Door Crew Cab |
| 2 Door Coupe | 4 Door Hatchback | 2 Door Extended Cab | F-150 Logo | Ram Logo | Pony Logo |
| 2 Door Convertible | 2 Door SUV | 4 Door SUV | MILEAGE: | TAG: |
| Remote Start | Built in Navigation | CHECK ALL OPTIONS IN GLASS | SUNROOF: | Lane departure warning system |
| Radio Antenna | Heads up Display | Heated | Rain Sensor | Electrochromic Mirror | 3rd Visor |

**VIN NUMBER FOR VEHICLE:** *Please put dash above all letters!*      Date of loss: 10-29-15

V:

### WARRANTY INFO:

BAY AREA AUTO GLASS HAS A LIFE TIME WARRANTY ON ALL WINDSHIELD REPLACEMENTS FOR LEAKS, WORKMANSHIP AND DEFECTS FOR THE LIFETIME YOU OWN THE VEHICLE.

\*\*All parts are new and priced according to NAGS
\*\*All labor is hourly based on established NAGS hours
\*\*All estimates and diagnostics are free

*PLEASE READ STATEMENT CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN:*
I understand that, under state law, I am entitled to a written estimate if my final bill will exceed $100.00
_____ I REQUEST A WRITTEN STATEMENT
_____ I DO NOT REQUEST A WRITTEN STATEMENT AS LONG AS THE REPAIR COSTS DO NOT EXCEED $100.00 THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
_____ I DO NOT REQUEST A WRITTEN ESTIMATE

### ASSIGNMENT OF BENEFITS AND CAUSE OF ACTION:

I hereby authorize the glass repairs and assign to Bay Area Auto Glass any and all Comprehensive and/or the insurance company affording the Comprehensive and/or Collision coverage for the vehicle repaired or to be repaired. The assignment of benefits is given in consideration for the glass repair and/or replacement performed or to be performed by Assignee. In the event my insurance company is to make such payments or refuses to make payments in full upon demand by me or the Assignee, I hereby assign and transfer to Assignee any and all cause of action whether in contract, or in intort, and all proceeds from such action and further authorize Assignee to prosecute said cause of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve said claim and/or cause of actions as it may see fit. I further that if the insurer sends payment to me, I will immediately forward it to the Assignee by either endorsing the check to Assignee or paying an equal amount in another form.

X_____
Authorized Signature      Date

Printed Name:

Fla. XXXVII Insurance Chapter627 Insurance rates and contracts 627.7288 comprehensive coverage; deductible not to apply to motor vehicle glass. The deductible provisions of any policy of motor vehicle insurance delivered or issued in this state by an authorized insurer, providing comprehensive coverage or combined additional coverage shall not be applicable to damage to the windshield of any 15, ch 90-119; a. 1½, ch. 92-318; s. 3, ch. 97-179.
Note Former p. 627-7378

# BLUE RIBBON GLASS, INC.
## 1311 MANGO AVE
## VENICE FL 34285
## (941)234-2046 Fax(941)375-3412
## Tax# 27-0363061 MV 90950

**Order: 5347**
**Date: 11/04/2015**
Scheduled: 11/04/2015 1

| GEICO INS SAFELITE | DAVID HOROWITZ ▓▓▓▓ #9897 |

Fax:(855)341-5888     H ▓▓▓▓▓▓▓▓

| Csr:GREG | Tech:TECH | PO | | Terms:NET 30 | Bill-To Terms:NET 30 |

Policy ▓▓▓  Loss-Date:11/01/2015  Loss-Location:01288

Sched Pref:11/04/2015 Pref Time:0900

Vehicle:2014 LEXUS ES 350 4 DOOR SEDAN  VIN: ▓▓▓▓▓▓▓

| Qty | Part / Description | List Price | Material | Labor | Item Total |
|-----|--------------------|-----------|---------|-------|-----------|
| 1.00 | MISCW - OTHR 56101-33956 | 954.02 | 954.02 | 0.00 | 954.02 |
| 2.00 | MISCKIT - OTHR HAH000004 | | 45.00 | 0.00 | 90.00 |
| 1.00 | MISCMOLD - MISCMOLD | 35.77 | 0.00 | 0.00 | 0.00 |
| 1.00 | LABOR - LABOR | 0.00 | 0.00 | 323.00 | 323.00 |

Job Location MobileDAVID HOROWITZ6852 ARECA BLVDSARASOTA FL 34241 PICK UP WS FROM LEXUS

VIN _____     D̶5̶T̶ 20

PLEASE READ CAREFULLY. CHECK ONE OF THE STATEMENTS BELOW AND SIGN.

    I UNDERSTATN THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.00.

    I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____ . THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL PERMISSION.

    I DO NOT REQUEST A WRITTEN ESTIMATE.

F113F5LH0Z
5504G

Assignment of benefits: I hereby assign any and all insurance rights,benefits and proceeds under anY applicable insurance policies to Blue Ribbon Auto Glass, Inc. I make this assignment in consideration of agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Blue Ribbon Auto Glass, Inc. within three days. I agree that any portion of work not covered by insurance must be paid by undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Blue Ribbon Auto Glass, Inc. and to accept notice of claim from Blue Ribbon Auto Glass, Inc.



```
U-400HV
0243F7CUD8
15 MAY 16
DOT #____
```

1 of 3

# BLUE RIBBON GLASS, INC.
## 1311 MANGO AVE
## VENICE FL 34285
### (941)234-2046 Fax:(941)375-3412
### Tax# 27-0363061

**Order: 4622**

**Date:** 06/24/2015

Scheduled: 06/24/2015 6

| | |
|---|---|
| GEICO INS<br>SAFELITE | MARK LAKINS<br>@ GERMAIN TOYOTA<br>SARASOTA FL 34232 |

Fax:(855)341-5888

H: [redacted]

| Csr:GREG | Tech:TECH | PO | | Terms:NET 30 | Bill-To Terms:NET 30 |
|---|---|---|---|---|---|

Claim:0455207140101016 Policy: [redacted] Loss-Desc:REF # 644298 Loss-Date:06/18/2015 Loss-Location:01288

Sched Pref:06/24/2015

Vehicle:2014 TOYOTA YARIS 2 DOOR HATCHBACK

| Qty Part / Description | List Price | Material | Labor | Item Total |
|---|---|---|---|---|
| 1 FW03514GTN – Windshield Green Tint (W/Third... | 577.80 | 577.80 | 320.00 | 897.80 |
| 2.00 HAH000004 – Adhesive(Nags)... | | 45.00 | 0.00 | 90.00 |

Job Location MobileMARK LAKINS@ GERMAIN TOYOTASARASOTA FL 34232

VIN [redacted]

PLEASE READ CAREFULLY. CHECK ONE OF THE STATEMENTS BELOW AND SIGN.

DOT 459

_____ I UNDERSTATN THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.00.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL PERMISSION.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE.

F113EA3005
5504G

Assignment of benefits: I hereby assign any and all insurance rights,benefits and proceeds under any applicable insurance policies to Blue Ribbon Auto Glass, Inc. I make this assignment in consideration of agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Blue Ribbon Auto Glass, Inc. within three days. I agree that any portion of work not covered by insurance must be paid by undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Blue Ribbon Auto Glass, Inc. and to accept notice of claim from Blue Ribbon Auto Glass, Inc.

Signature

All work performed in a professional manner using OEM or equivalent materials. Labor is warrented by Blue Ribbon Auto Glass, Inc. All ma

U-400HV
0243F3DU0A
16 JAN 16
DOT #____

SAFE TOUCH AUTO GLASS, INC                                    Customer Copy
4654 EAST SR 64
SUITE 314                      **Exhibit A**                **Insurance Copy**
BRADENTON, FL 34208                                          Page 1 of 3
PH:(941) 251-7930 FAX:(941) 251-7929

Federal Tax ID:  472038583
Florida MV#:  92257

Remit To: 2519 McMullen-Booth, Ste 510-276, CLEARWATER, FL 33761

| P/O#: | Cust State Tax ID: | **Workorder: W005342** |
|---|---|---|
| Taken By: | Cust Fed Tax ID: | Date:  12/17/2015 |
| Installer: GUY | Ship Via: | Time:  03:29 PM |
| SalesRep: Brian | Adv. Code: | |

**Bill To: Geico**

Geico Insurance (Safelite)                    Henry Boutwell
PO BOX 182277
COLUMBUS, OH 43218

(800) 510-2291  Fax: (614) 210-9502          (352) 686-3356

---

### Insurance Proof Of Loss

| Insurance Company : Geico Insurance (Safelite) | Insurance Phone.:  (800) 510-2291 | |
|---|---|---|
| Claim # :  0352289890101044 | Policy :  | |
| Verified : | Name :  Henry Boutwell | Expires.: |
| Loss Date : 12/17/2015 | Effective Date : | Phone.: |
| Cause : | Agent : | Deductible.: |
| Location : | Agent Name : | |

---

### Vehicle Information

| Make: Ford | Model Style:  E Series F150 4 Door Crew Cab | Year:  2005 |
|---|---|---|
| Odometer: | VIN: | License: |

| Qty | Part Number | Description | List | Disc% | Sell | Total |
|---|---|---|---|---|---|---|
| 1 | DW01529GTYNCOM | Windshield-(W/Third Visor Frit, F150' In 3rd Visor Frit,Solar) | $526.80 | 0 | $526.80 | $526.80 |
| 1 | 90H | 90 Hour (2.8 Hours) | $252.00 | 0 | $252.00 | $252.00 |
| 1 | HAH000004 | Adhesive-(2.0,Urethane,Dam,Primer) | $94.00 | 0 | $94.00 | $94.00 |
| 1 | PCK-1529-04 | Clip(S)-(Kit,8pcs) | $21.37 | 0 | $21.37 | $21.37 |

Install Date: 12/18/15  06:00 AM, Required Date 12/18/15 05:00 PM, Mobile  Installer: GUY

Instructions:

---

AUTHORIZATION TO PAY

I hereby authorize and empower the above-named insurance company to pay this invoice in full settlement, satisfaction and discharge of all loss under the above policy. Upon such payment, all rights I may have for claim and demand for loss and damage described above against the above named insurance company shall be thereby forever discharged. In the event that the above named Insurance Company doesn't make timely and/or full payment of this invoice according to its terms, I hereby accept responsibility for payment and agree to pay all charges reflected on this invoice to the above named glass company according to all terms and conditions on this invoice. I have been advised of my right to a written estimate and hereby waive my right to said

| | | Collect From Customer | $0.00 |
|---|---|---|---|
| | | Sub Total: | $894.17 |
| | | Tax: | $62.59 |

Customer's Signature:

Safe Touch Auto Glass, INC  4654 EAST SR 64  SUITE 314, BRADENTON, FL 34208  PH:(941) 251-7930 FAX:(941) 251-7929

Total:  $956.76

SAFE TOUCH AUTO GLASS, INC
4654 EAST SR 64
SUITE 314
BRADENTON, FL 34208
PH:(941) 251-7930 FAX:(941) 251-7929

Customer Copy

**Insurance Copy**
Page 1 of 3

**Exhibit A**

Federal Tax ID: 472038493
Florida DN: 99257

Remit To: 2519 McMullen Booth, Ste 510-276, CLEARWATER, FL 33761

| P/O#: | Cust State Tax ID: | Workorder: W005239 |
| Taken By: | Cust Fed Tax ID: | Date: 12/9/2015 |
| Installer: GUY | Ship Via: | Time: 08:16 AM |
| Sales Rep: Keith | Adv. Code: | |

Bill To: Geico

Geico Insurance (Safelite)
PO BOX 182277
COLUMBUS, OH 43218

Brenda Starkey

(800) 510-2291   Fax: (614) 210-9502          (727) 378-7749

### Insurance Proof Of Loss

| Insurance Company : Geico Insurance (Safelite) | Insurance Phone : (800) 510-2291 | |
| Claim # : 0475004390101044 | Policy : | |
| Verified : | Name : Brenda Starkey | Expires |
| Loss Date : 12/8/2015 | Effective Date : | Phone : |
| Cause : | Agent : | Deductible : |
| Location : | Agent Name : | |

### Vehicle Information

Make: Chevrolet    Model Style: Malibu Maxx 4 Door Hatchback    Year: 2007
Odometer:    VIN:    License:

| Qty | Part Number | Description | List | Disc% | Sell | Total |
|-----|-------------|-------------|------|-------|------|-------|
| 1 | DW01531GBNNCOM | Windshield (W/Third Visor Frit,Solar Controlled) | $231.80 | 0 | $231.80 | $231.80 |
| 1 | 90H | 90 Hour (2.6 Hours) | $234.00 | 0 | $234.00 | $234.00 |
| 1 | HAR000004 | Adhesive (2.0 Urethane,Dam,Primer) | $94.00 | 0 | $94.00 | $94.00 |
| 1 | USM D1551 | Moulding (Windshield) | $60.59 | 0 | $60.59 | $60.59 |
| 1 | Sunscreen | Windshield Sunscreen Film (Flat Rate) | $25.00 | 0 | $25.00 | $25.00 |

Install Date: 12/10/15 05:00 AM, Required Date 12/10/15 05:00 PM, Mobile Installer: GUY

Instructions:

Done
12/10/15

AUTHORIZATION TO PAY

I hereby authorize and empower the above-named insurant company to pay this invoice in full settlement, satisfaction and discharge of all loss under the above policy. Upon such payment, all rights I may have, for claim and demand for loss and damage described above against the above named insurance company shall be thereby forever discharged. In the event that the above-named Insurance Company doesn't make timely and/or full payment of this invoice according to its terms, I hereby accept responsibility for payment and agree to pay all charges reflected on this invoice to the above named glass company according to all terms and conditions on this invoice. I have been advised of my right to a written statement and hereby waive my right to said

| Collect From Customer | $0.00 |
| Sub Total: | $645.39 |
| Tax: | $45.18 |
| Total: | $690.57 |

Customer's Signature: 

Safe Touch Auto Glass, INC  4654 EAST SR 64 SUITE 314 BRADENTON, FL 34208, PH:(941) 251-7930 FAX:(941) 251-7929

KIMBERLY OUELLETTE

Federal Tax ID: 46-1182250
Florida MV#:

01/26/2016

PO Number:

Vehicle: 2011 Land Rover Range Rover Sport 4 Door Utility
VIN:

Install Date: 01/25/2016
Install Time: 8:00 am
Installer: RONALD

| Qty | Part Number | Description | Price | Total |
|-----|-------------|-------------|-------|-------|
| 1 | FW03213GTYN | Windshield-(Heated,Rain Sensor,Acoustic Interlayer,Solar) | 1,105.95 | 1,105.95 |
| 4 | 100/HR | 100/HR (3.5 Hours) | 125.00 | 437.50 |
| 2 | HAH024358 | Adh-(2.0,Ure,Dm,Prmr,NC,HM) | 125.00 | 250.00 |
| 5 | IPN500050 | Clip(S)-(Moulding,A-Pillar) | 4.09 | 20.45 |
| 1 | MISC | MOBILE FEE | 50.00 | 50.00 |
| 1 | MISC | DISPOSAL FEE | 25.00 | 25.00 |

| | | |
|---|---|---|
| Subtotal: | 1,888.90 |
| Tax: | 101.59 |
| *Less Insurance*: | (1,990.49) |
| Less Adj: | 0.00 |
| Less Prepayments: | 0.00 |
| | 0.00 |

## ASSIGNMENT OF BENEFITS

I hereby authorize the glass repairs and assign to Lloyd's of Shelton Auto Glass LLC (hereinafter "assignee") any and all benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. I hereby assign and transfer to Assignee any and all cause of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise settle or otherwise resolve claims and/or cause of action as it may see fit. If my insurer sends payment to me I will immediately forward payment to Assignee.

01/25/2016

A

# ▮'D'S OF SHELTON AUTO GLASS LLC
## ▮ INNOVATION AVE
## ▮NIT A101
## NORTH PORT, FL 34289
## PH:(813) 315-8846 FAX:(813) 324-8891

KB-emailed 1/29/16
WO #   W001747
8:51 A~

Federal Tax ID: 46-1182250
Florida MV#:   MV87172

| | |
|---|---|
| P/O#: | Cust State Tax ID: |
| Taken By: JEN | Cust Fed Tax ID: |
| Installer: RONALD | Ship Via: |
| SalesRep: | Adv. Code: |

**Invoice: I001747**
Date:   1/26/2016
Time:   10:59 AM

| Bill To: Safelite | Sold To: Wt |
|---|---|
| GEICO<br>PO BOX 182276<br>COLUMBUS, OH 43218 | KIMBERLY OUELLETTE |
| (800) 510-2291 | |

### Insurance Proof Of Loss

| | | | |
|---|---|---|---|
| Insurance Company : GEICO | | Insurance Phone : (800) 510-2291 | |
| Claim # : 901707 | | Policy : | |
| Verified : | | Name : KIMBERLY OUELLETTE | |
| Loss Date : 1/13/2016 | | Effective Date : | Expires : |
| Cause : | | Agent : NONE | Phone : |
| Location : | | Agent Name : NONE | Deductible : $0.00 |

### Vehicle Information

| | | |
|---|---|---|
| Make: Land Rover | Model Style: Range Rover Sport 4 Door Utility | Year: 2011 |
| Odometer: | VIN: ▮ | License: |

| Qty | Part Number | Description | List | Disc% | Sell | Total |
|---|---|---|---|---|---|---|
| 1 | FW03213GTYN | Windshield-(Heated,Rain Sensor,Acoustic Interlayer,Solar) | $1,105.95 | 0 | $1,105.95 | $1,105.95 |
| 3.5 | 100/HR | 100/HR | $125.00 | 0 | $125.00 | $437.50 |
| 2 | HAH024358 | Adh-(2.0,Ure,Dm,Prmr,NC,HM) | $125.00 | 0 | $125.00 | $250.00 |
| | Lot Number: D419F94241 | | | | | |
| 5 | IPN500050 | Clip(S)-(Moulding,A-Pillar) | $4.09 | 0 | $4.09 | $20.45 |
| 1 | MISC | MOBILE FEE | $50.00 | 0 | $50.00 | $50.00 |
| 1 | MISC | DISPOSAL FEE | $25.00 | 0 | $25.00 | $25.00 |

ASSIGNMENT OF BENEFITS

I hereby authorize the glass repairs and assign to Lloyd's of Shelton Auto Glass LLC (hereinafter "assignee") any and all benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. I hereby assign and transfer to Assignee any and all cause of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise settle or otherwise resolve claims and/or cause of action as it may see fit. If my insurer sends payment to me I will immediately forward payment to Assignee.

Install Date: 01/25/16  08:00 AM,Order Complete
Mobile Installer:  RONALD

Instructions:

$\mathcal{B}$

**LLOYD'S OF SHELTON AUTO GLASS LLC**
**1090 INNOVATION AVE**
**UNIT A101**
**NORTH PORT, FL 34289**
**PH:(813) 315-8846 FAX:(813) 324-8891**

Customer Copy

 EDI 1/7/16 3:15 PM

WO.# W001656

Federal Tax ID: 46-1182250

| | |
|---|---|
| P/O#: | Cust State Tax ID: |
| Taken By: KRISTIN | Cust Fed Tax ID: |
| Installer: RONALD | Ship Via: |

**Invoice: I001656**
Date: 1/7/2016
Time: 08:55 AM

SalesRep:  Adv. Code:PREV

| Bill To: Safelite | Sold To: WI |
|---|---|
| GEICO | SARAH GUNTER |
| PO BOX 182276 | |
| COLUMBUS, OH 43218 | |
| | |
| (800) 510-2291 | |

### Insurance Proof Of Loss

| | |
|---|---|
| Insurance Company : GEICO | Insurance Phone : (800) 510-2291 |
| Claim # : 683788 | Policy : |
| Verified : | Name : SARAH GUNTER |
| Loss Date : 12/30/2015 | Effective Date : |
| Cause : | Agent : NONE |
| Location : | Agent Name : NONE |

Expires :
Phone :
**Deductible : $0.00**

### Vehicle Information

Make: Jeep  Model Style: Wrangler 4 Door Utility  Year: 2012
Odometer:  VIN:  License:

| Qty | Part Number | Description | List | Disc% | Sell | Total |
|---|---|---|---|---|---|---|
| 1 | DW01668GTNN | Windshield-(Solar Controlled) | $254.60 | 0 | $254.60 | $254.60 |
| 2.5 | 100/HR | 100/HR | $125.00 | 0 | $125.00 | $312.50 |
| 1 | HAH000004 | Adhesive-(1.5,Urethane,Dam,Primer) | $20.00 | 0 | $20.00 | $20.00 |
| | | Lot Number: D419F8G242 | | | | |
| 1 | MISC | MOBILE FEE | $50.00 | 0 | $50.00 | $50.00 |
| 1 | MISC | DISPOSAL FEE | $25.00 | 0 | $25.00 | $25.00 |

ASSIGNMENT OF BENEFITS

I hereby authorize the glass repairs and assign to Lloyd's of Shelton Auto Glass LLC (hereinafter "assignee") any and all benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. I hereby assign and transfer to Assignee any and all cause of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise settle or otherwise resolve claims and/or cause of action as it may see fit. If my insurer sends payment to me I will immediately forward payment to Assignee.

Install Date: 01/06/16  08:00 AM,Order Complete
Mobile  Installer: RONALD

Instructions:

| | |
|---|---|
| Sub Total: | $662.10 |
| Tax: | $24.48 |

Customer's Signature:_____ Net30    On Account:    $686.58



# One Lite Auto Glass LLC



PO Box 91
Largo, FL 33779
(727)560-2899 Office
(866)646-6445 Fax

T.I.N. 47-1093056
MV91210

## Invoice

**Invoice Number:**
IOL-0821-00674

Bill to:
**GEICO**

Insured/Customer:
**John Carson**

Scheduled: ROY
11:00:00 AM
8/20/2015
Chevy WC
26999 Wesley Chapel Blvd
WESLEY CHAPEL, FL 33544

(800)510-2291          (813)532-0261     (000)000-0000      8135320261

| Contact | Policy Number | Authorization # | Sales | Appt # |
|---------|---------------|-----------------|-------|--------|
| John |  | 001111 | 002 | 143 |

| Year | Make | Model | Style | VIN | Mileage | Purchase Order | Stock |
|------|------|-------|-------|-----|---------|----------------|-------|
| 2015 | CHEV | SILVRDO | 4DCRCB |  |  |  |  |

| Loss Date/Cause | License | Agent | Phone1 | Fax1 |
|-----------------|---------|-------|--------|------|
| 8/12/2015  Rock Chip |  |  |  |  |

| Qty | Part ID | Description | List | Price | Total |
|-----|---------|-------------|------|-------|-------|
| 1.00 | DW02040GTYN | Windshield (solar) 14-15 | 483.95 | 241.98 | 241.98 |
| 1.00 | KIT | Install System | 30.00 | 30.00 | 30.00 |
| 1.00 | MLB | Mobile Labor | 92.00 | 92.00 | 92.00 |

Instructions:   See John in Sales

| | |
|---|---|
| Subtotal | 363.98 |
| Tax   7.000% | 25.48 |
| Deductible Paid | |
| Total Due | $389.46 |

## ASSIGNMENT OF BENEFITS
I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to One Lite Auto Glass, LLC. I make this assignment in consideration of One Lite Auto Glass, LLC's agreement to perform services, supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service.  If payment is made directly to owner/agent by an insurer, it shall be endorsed over to One Lite Auto Glass, LLC within three days.  I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct any insurance carrier to release any and all information requested by One Lite Glass, LLC and to accept notice of claim from One Lite Auto Glass, LLC. By my signature below I acknowledge receiving this prior to the work being done.

## PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW
I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WIL EXCEED $100.00
_____ I REQUEST A WRITTEN ESTIMATE
_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____
THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
_____ I DO NOT REQUEST A WRITTEN ESTIMATE

Signature_____ Date_____
printed:                          4:20:42 PM 8/21/2015

# One Lite Auto Glass LLC

PO Box 91
Largo, FL 33779
(727)560-2899 Office
(866)646-6445 Fax
T.I.N. 471093056
MV91210
8135320261

# Work Order

| WOL-0819-00762 |

| Bill to: | Insured/Customer: | Scheduled: |
|---|---|---|
| GEICO | John Carson | 8/20/2015 RCV |
| | | 11:00:00 AM X |
| | ▉▉▉▉▉ | Chevy WC |
| | | 26999 Wesley Chapel Blvd |
| | | WESLEY CHAPEL, FL 33544 |

(800)510-2291                     (813)532-0261     (000)000-0000

| Contact Name | Policy Number | Authorization # | Sales | Acct. # |
|---|---|---|---|---|
| John | ▉▉▉▉▉ | | 002 | 143 |

| Year | Make | Model | Style | VIN | Mileage | Purchase Order | Stock |
|---|---|---|---|---|---|---|---|
| 2015 | CHEV | SILVRDO | 4DCRC8 | ▉▉▉▉▉ | | | |

| Loss Date | Cause | Color | License | Agent | | Agent Phone |
|---|---|---|---|---|---|---|
| 8/12/2015 | Rock Chip | | | | | |

| Qty | Part ID | Description | List | Price | Total |
|---|---|---|---|---|---|
| 1.00 | MLB | Mobile Labor | 92.00 | 92.00 | 92.00 |
| 1.00 | KIT | Install System | 30.00 | 30.00 | 30.00 |
| 1.00 | DW02040GTYN | Windshield (solar) 14-15 | 483.95 | 241.98 | 241.98 |

**Instructions:**    See John in Sales

| | |
|---|---|
| Subtotal | 363.98 |
| Tax 7.000% | 25.48 |
| Deductible | |
| Total | $369.46 |

## ASSIGNMENT OF BENEFITS

I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policie One Lite Auto Glass, LLC. I make this assignment in consideration of One Lite Auto Glass, LLC's agreement to perform services, supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to One Lite Auto Glass, LLC within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct any insurance carrier to release any and all information requested by One Lite Glass, LLC and to accept notice of claim from One Lite Auto Glass, LLC. By my signature below I acknowledge receiving this prior to the work being ▉▉▉
PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW & SIGN
I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL ▉▉▉
    X I REQUEST A WRITTEN ESTIMATE
    X I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $
    THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
    X I DO NOT REQUEST A WRITTEN ESTIMATE

Signature _____          Date _8/20/15_  1
                    4/12:41 PM      8/19/2015

# ONE LITE AUTO GLASS LLC

PO BOX 91
LARGO, FL 33779
727-580-2699 PHONE
866-846-8445 FAX

**FAXED**

T.I.N. 47-1093055
MV91210

## Invoice

**Invoice Number:**
IAA-0803-01218

Bill to:
GEICO

Name/Customer:
YANKO CASTELLANOS IBANEZ

Scheduled: JEFF
1:00:00 PM
8/4/2015
NPR HYUNDAI
US19
NEW PORT RICHEY, 34652

| Contact | Policy Number | Authorization # | Sales | Acct # |
|---|---|---|---|---|
| CAT IN SERVICE | | 379914 | Salesperson | 143 |

| Year | Make | Model | Style | VIN | Mileage | Purchase Order | Stock |
|---|---|---|---|---|---|---|---|
| 2013 | HYUND | ELNTRA | 4DSD | | | | |

| Loss Date | Cause | License | Agent | | Phone | Fax |
|---|---|---|---|---|---|---|
| 8/3/2015 | | | | | | |

| Qty | Part ID | Description | List | Price | Total |
|---|---|---|---|---|---|
| 1.00 | FW03371GBBN | Windshield (solar)(W/Third Visor Frit) 11-15 | 458.10 | 229.05 | 229.05 |
| 1.00 | 2 INSTALL KITS | ADHESIVE SYSTEM | 20.00 | 20.00 | 20.00 |
| 1.00 | MW03370 BLZ | Moulding (I) W/Rs for a FW03371 | 61.46 | 61.46 | 61.46 |
| 3.10 | MOB | Mobile Labor | 124.00 | 124.00 | 124.00 |

Instructions:

| | |
|---|---|
| Subtotal | 434.51 |
| Tax 7.000% | 30.42 |
| Deductible Paid | |
| Total Due | $464.93 |

## Assignment of Benefits

I hereby assign all insurance rights, benefits and proceeds under any applicable insurance policies to ONE LITE Auto Glass. I make this assignment in consideration of ONE LITE Auto Glass agreement to perform services, supply materials and perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to ONE LITE Auto Glass within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by ONE LITE Auto Glass, and to accept notice of claim from ONE LITE Auto Glass. By my signature below I acknowledge receiving a copy of this invoice prior to windshield replacement.

**PLEASE READ CAREFULLY CHECK ONE OF THE STATEMENTS BELOW AND SIGN.**

I UNDERSTAND THAT I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

I REQUEST A WRITTEN ESTIMATE.

I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DOES NOT EXCEEDS _____ THE SHOP MAY NOT

WRITTEN OR ORAL APPROVAL.

DO NOT REQUEST A WRITTEN ESTIMATE.

# Atlas Auto Glass, LLC

208 12th Ave
Indian Rocks Beach, FL 33785
(727) 255-3080  Office
(727) 596-8001  Fax
T.I.N. 464526449
MV93716
7274155222

## Work Order

| | WAA-1208-00959 |
|---|---|

Bill to:
**GEICO**

Insured/Customer:
**John Fierro**

Scheduled:
12/8/2015
2:00:00 PM  X
John Fierro

(800)510-2291          (000)000-0000

| Contact Name | Policy Number | Authorization # | Sales | | Acct # |
|---|---|---|---|---|---|
| | | 001288 | 001 | | 143 |

| Year | Make | Model | Style | VIN | Mileage | Purchase Order | Stock |
|---|---|---|---|---|---|---|---|
| 2011 | HYUND | ELNTRA | 4DSD | | | | |

| Loss Date | Cause | Color | License | Agent | | Agent Phone | |
|---|---|---|---|---|---|---|---|
| 12/8/2015 | Rock Chip | | | | | | |

| Line Item ID | Description | List | Price | Total |
|---|---|---|---|---|
| 1.00 MLB | Mobile Labor | 263.50 | 263.50 | 263.50 |
| 1.00 FW03371GBNN | Windshield (solar)(W/Third Visor Frit) 11-15 | 447.25 | 447.25 | 447.25 |
| 1.00 KIT | Install System | 50.00 | 50.00 | 50.00 |
| 1.00 MW03370 BLZ | Moulding (i)  W/Rs for a FW03371 | 61.48 | 61.48 | 61.48 |

Instructions:

Claim Number 0397710930101063

| | |
|---|---|
| Subtotal | 822.23 |
| Tax 7.000% | 57.55 |
| Deductible | |
| Total | $879.78 |

## ASSIGNMENT OF BENEFITS

I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policy to Atlas Auto Glass, LLC. I make this assignment in consideration of Atlas Auto Glass, LLC's agreement to perform services, supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Atlas Auto Glass, LLC within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct any insurance carrier to release any and all information requested by Atlas Auto Glass, LLC and to accept notice of claim from Atlas Auto Glass, LLC. By my signature below I acknowledge receiving this prior to the work being done.
LEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW & SIGN
I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100
_____ I REQUEST A WRITTEN ESTIMATE
_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____
THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
_____ I DO NOT REQUEST A WRITTEN ESTIMATE

X
nature _____

DATE 12.8.15

# Atlas Auto Glass, LLC

208 12th Ave
Indian Rocks Beach, FL 33785
(727) 255-3080   Office
(727) 596-8001   Fax

Invoice Number:
**IAA-1218-00823**

T.I.N.  46-4526449
MV93716

## Invoice

| Bill to: | Insured/Customer: | Scheduled: |
|---|---|---|
| GEICO | John Fierro | 2:00:00 PM 12/8/2015 John Fierro |
| (800)510-2291 | (000)000-0000 | |

|  |  | 001288 | 001 | 143 |
|---|---|---|---|---|

| 2011 | HYUND | ELNTRA | 4DSD | | |

| 12/8/2015   Rock Chip |

| Qty | Part | Description | Price | | Total |
|---|---|---|---|---|---|
| 1.00 | FW03371GBNN | Windshield (solar)(W/Third Visor Frit) 11-15 | 447.25 | 447.25 | 447.25 |
| 1.00 | KIT | Install System | 50.00 | 50.00 | 50.00 |
| 1.00 | MW03370 BLZ | Moulding (I)   W/Ra for a FW03371 | 61.46 | 61.46 | 61.46 |
| 1.00 | MLB | Mobile Labor | 263.50 | 263.50 | 263.50 |

Instructions:

## ASSIGNMENT OF BENEFITS

I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to
Atlas Auto Glass, LLC. I make this assignment in consideration of Atlas Auto Glass, LLC's agreement to perform
services, supply materials and otherwise perform its obligations under this contract, including not requiring
full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be
endorsed over to Atlas Auto Glass, LLC within three days. I agree that any portion of work not covered by
insurance must be paid by the undersigned on or before its completion. I hereby direct any insurance carrier to
release any and all information requested by Atlas Auto Glass, LLC and to accept notice of claim from Atlas Auto
Glass, LLC. By my signature below I acknowledge receiving this prior to the work being done.

## PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW

I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WIL EXCEED $100.00
_____ I REQUEST A WRITTEN ESTIMATE
_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____
THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
_____ I DO NOT REQUEST A WRITTEN ESTIMATE

Signature_____   Date_____
printed:                          12:04;41  12/12/18/2015              1

# Atlas Auto Glass, LLC

208 12th Ave
Indian Rocks Beach, FL 33785
(727) 255-3080  Office
(727) 596-8001  Fax

T.I.N. 46-4526449
MV93716

**Invoice Number:**
IAA-1207-00807

0462915250101060
615418

## Invoice

| | |
|---|---|
| Bill to:<br>GEICO | Insured/Customer:<br>Kim King |

(800)510-2291

**Scheduled:** ROY
12:00:00 PM
12/3/2015
Citi Bank
3800 City Center
TAMPA, FL 33610

| Contact | Policy Number | Authorization # | Sales | Acct # |
|---|---|---|---|---|
| | | 001288 | 001 | 143 |

| Year | Make | Model | Style | VIN | Mileage | Purchase Order | Stock |
|---|---|---|---|---|---|---|---|
| 2014 | TOYOT | CAMRY | 4DSD | | | | |

| Loss Date | Cause | Weather | Agent | | Phone1 | Fax |
|---|---|---|---|---|---|---|
| 12/2/2015 | Rock Chip | | | | | |

| Qty | Part ID | Description | List | Price | Total |
|---|---|---|---|---|---|
| 1.00 | FW03485GBYN | Windshield (solar)(Acoustic Interlayer)(W/Third Vi | 736.90 | 736.90 | 736.90 |
| 1.00 | KIT | Install System | 60.00 | 50.00 | 50.00 |
| 1.00 | MLB | Mobile Labor | 314.50 | 314.50 | 314.50 |

**Instructions:** call Kim at 813-604-3080

| | |
|---|---|
| Subtotal | 1,101.40 |
| Tax 7.000% | 77.10 |
| Deductible Paid | |
| Total Due | $1,178.50 |

## ASSIGNMENT OF BENEFITS

I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Atlas Auto Glass, LLC. I make this assignment in consideration of Atlas Auto Glass, LLC's agreement to perform services, supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Atlas Auto Glass, LLC within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct any insurance carrier to release any and all information requested by Atlas Auto Glass, LLC and to accept notice of claim from Atlas Auto Glass, LLC. By my signature below I acknowledge receiving this prior to the work being done.

## PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW

I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.00
_____ I REQUEST A WRITTEN ESTIMATE
_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____
THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
_____ I DO NOT REQUEST A WRITTEN ESTIMATE

Signature_____  Date_____  1
printed:                          12:17:31 12/27/2015

2

# Atlas Auto Glass, LLC

208 12th Ave
Indian Rocks Beach, FL 33785
(727) 255-3080  Office
(727) 596-8001  Fax

**Invoice Number:**
IAA-1207-00807

T.I.N.  46-4526449
MV93716

# Invoice

| Bill to: | Insured/Customer: | Scheduled:  ROY |
| --- | --- | --- |
| GEICO | Kim King | 12:00:00 PM |
| | | 12/3/2015 |
| | | Citi Bank |
| | | 3600 City Center |
| | | TAMPA, FL 33610 |

(800)510-2291

| Contact | Policy Number | Authorization # | Sales | Acct. # |
| --- | --- | --- | --- | --- |
| | | 001288 | 001 | 143 |

| Year | Make | Model | Style | VIN | Mileage | Purchase Order | Stock |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2014 | TOYOT | CAMRY | 4DSD | | | | |

| Loss Date | Cause | License | Agent | | Phone1 | Fax |
| --- | --- | --- | --- | --- | --- | --- |
| 12/2/2015 | Rock Chip | | | | | |

| Qty. Part ID | Description | List | Price | Total |
| --- | --- | --- | --- | --- |
| 1.00 FW03485GBYN | Windshield (solar)(Acoustic Interlayer)(W/Third Vi | 736.90 | 736.90 | 736.90 |
| 1.00 KIT | Install System | 50.00 | 50.00 | 50.00 |
| 1.00 MLB | Mobile Labor | 314.50 | 314.50 | 314.50 |

Instructions:  call Kim at 813-604-3060

| | |
| --- | --- |
| Subtotal | 1,101.40 |
| Tax 7.000% | 77.10 |
| Deductible Paid | |
| Total Due | $1,178.60 |

## ASSIGNMENT OF BENEFITS

I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Atlas Auto Glass, LLC. I make this assignment in consideration of Atlas Auto Glass, LLC's agreement to perform services, supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Atlas Auto Glass, LLC within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct any insurance carrier to release any and all information requested by Atlas Auto Glass, LLC and to accept notice of claim from Atlas Auto Glass, LLC. By my signature below I acknowledge receiving this prior to the work being done.

## PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELO

I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.00
_____ I REQUEST A WRITTEN ESTIMATE
_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED $_____
THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
_____ I DO NOT REQUEST A WRITTEN ESTIMATE

Signature_____ Date_____   1
printed:                          12:17:21  ES12/7/2015

# Work Order

Date: 11/27/2015
Work Order #: 4435897
Store: Jag-6690

Jaguar Glassworks Pros, LLC  FLORIDA
10752 Deerwood Park Blvd Southwater 11
Suite 100
JACKSONVILLE, FL 32256
TAX ID#:  38-3932352

Phone: (904) 245-1976
Fax: (904) 245-1978

**Customer:**
LILITH JOSEPH

Phone: ▉▉▉▉ Fax:
Phone2: Mobile:

**Insurance-Fleet-Broker:**
GEICO - MARS SAFELITE

Phone: 6146022120

| | |
|---|---|
| Job Scheduled For: | November 28, 2015  12:00 pm |
| Written By: | Cece Out of State |
| Technician: | Hector Candelarie |
| Sales Rep: | GL1 Asia Thompson |

| Automobile Information | | Fleet Information | Insurance Information | |
|---|---|---|---|---|
| Year: | 2009 | Unit # : | Policy # : | |
| Make: | Dodge | Card # : | Claim # : | 236130 |
| Model: | Grand Caravan | Exp Date: | Loss Date: | 11/27/2015 |
| Style: | Mini Van | Driver Name: | Cause: | |
| VIN #: | ▉▉▉ | Driver Lic.: | Authorization #: | 09043 |
| Color: | CR | Fleet PO# : | Agent/Broker: | |
| Mileage: | | | | |
| License: | State: | | | |

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| DW01708GBNN | Windshield | GB, | 1 | Each | | | | |
| DW01708GBNN | Windshield | Labor | 2.9 | Hrs | | | | |
| HAH000004 | Adhesive | 2.5 Urethane, Dam, Primer | 1 | Each | | | | |
| WSK D1708 | Moulding | Kit, R/L Sides Only | 1 | Each | | | | |

**Service Address**
LILITH JOSEPH

▉▉▉▉

Secondary Phone:
Mobile Phone:

**Work Order Notes**
per rep bottom moldings are dry rotted need new
one **$50.COM**3 OF 3**

| | Owner | Insurance |
|---|---|---|
| Sub Total | | |
| Tax | | |
| Gross Total | | |
| Deductible | | |
| Net Total | | |

**AMOUNT TO COLLECT**      **$0.00**

per rep bottom moldings are dry rotted need new one**KISSIMMEE**2-6**
**34744 *$50.COM* PLEASE CALL IN ROUTE *3 OF 3**
Vehicle Notes:

Assignment of Proceeds, Benefits and Authorization to Pay: TERMS NET 30
I hereby authorize the glass repairs and assign to Jaguar Glassworks Pros, LLC
(hereinafter "Assignee") any and all Benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This
acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the insurer refuses to make payment in full upon demand by me or Assignee, I hereby, assign and transfer to
Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to
compromise, settle or otherwise resolve claim and/or cause of actions as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

Signature ▉▉▉▉

EXHIBIT "A"

# Invoice

Date: 12/01/2015
Invoice #: 4435781-O
Work Order #: 4435781
Ticket #: GL1/878471

Jaguar Glassworks Pros, LLC  FLORIDA
10752 Deerwood Park Blvd Southwater 11
Suite 100
JACKSONVILLE, FL 32256
TAX ID# 38-3932352

Phone: (904) 245-1976
Fax: (904) 245-1978

**Bill To:**
GEICO - MARS SAFELITE

Phone:(614) 602-2120    Fax:(614) 210-9504

**Customer:**
LILITH JOSEPH

Fax:

| | |
|---|---|
| Job Scheduled For: November 28, 2015 12:00 pm | Sales Rep: GL1 Asia Thompson |
| Written By: Cece Out of State | Invoiced By: Shannon Out of State |
| Technician: Hector Candelarie | |

**Automobile Information**
Year: 2010
Make: Honda
Model: CR-V
Style: 4 Door Utility
VIN #:
Color: CR
Mileage:
License:          State:

**Fleet Information**
Unit #:
Card #:
Exp Date:
Driver Name:
Driver Lic.:
Fleet PO#:

**Insurance Information**
Policy #:
Claim #: 236289
Loss Date: 11/27/2015
Cause:
Authorization #: 09043

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|----------|-------------|---|-----|------|------|-----|----------|-----|
| FW02707GBNN | Windshield | GB, | 1 | Eac | $312.35 | Y | | $312.35 |
| FW02707GBNN | Windshield | Labor | 3.6 | Hrs | $85.00 | Y | | $306.00 |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Eac | $28.00 | Y | flat | $50.00 |
| MW02707O BLT | Moulding | Reveal | 1 | Eac | $25.53 | N | 20.00% | $20.42 |

| | |
|---|---|
| Sub Total | $688.77 |
| Tax | $48.21 |
| Gross Total | $736.98 |
| Deductible | $0.00 |
| Net Total | $736.98 |

Assignment of Proceeds, Benefits and Authorization to Pay: TERMS NET 30
I hereby authorize the glass repairs and assign to Jaguar Glassworks Pros, LLC
(hereinafter "Assignee") any and all Benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the insurer refuses to make payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

Signature _____

EXHIBIT "B"

# Work Order

Express Glass Services: FLORIDA
10752 Deerwood Park Blvd Southwater 11
Suite 100
JACKSONVILLE, FL 32256
TAX ID#: 38-3858452

Phone: (904) 245-1976
Fax: (904) 245-1978

| Customer: | Insurance-Fleet-Broker: |
|---|---|
| MIGUEL ROBERTS | GEICO - MARS SAFELITE |
| 351 MAPLE ST | |
| OAKLAND, FL 34787 | |
| Phone: (407) 614-2247  Fax: | Phone:  6146022120 |
| Phone2:              Mobile: | |

| Job Scheduled For: | October 21, 2015  6:00 am | | |
|---|---|---|---|
| Written By: | Karla Out of State | Sales Rep: | MM2 Kevin Barrios |
| Technician: | Jose Torres | | |

| Automobile Information | | Fleet Information | | Insurance Information | |
|---|---|---|---|---|---|
| Year: | 2011 | Unit #: | | Policy #: | |
| Make: | Nissan | Card #: | | Claim #: | 690566 |
| Model: | XTerra | Exp Date: | | Loss Date: | 10/19/2015 |
| Style: | 4 Door Utility | Driver Name: | | Cause: | |
| VIN #: | | Driver Lic.: | | Authorization #: | 09043 |
| Color: | KR | Fleet PO#: | | Agent/Broker: | |
| Mileage: | | | | | |
| License: | State: | | | | |

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| FW02510GBNN | Windshield | GB, | 1 | Each | | | | |
| FW02510GBNN | Windshield | Labor | 2.9 | Hrs | | | | |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Each | | | | |
| WFS F2510 | Moulding | Reveal | 1 | Each | | | | |

| Service Address | Work Order Notes | | Owner | Insurance |
|---|---|---|---|---|
| MIGUEL ROBERTS | | Sub Total | | |
| | | Tax | | |
| | | Gross Total | | |
| | | Deductible | | |
| Secondary Phone: | | Net Total | | |
| Mobile Phone: | | | | |

*AMOUNT TO COLLECT*     $0.00

***WINTER GARDEN*** 9-12* 34787*CALL EN ROUTE
TAKE PICTURES
Vehicle Notes: _____

Assignment of Proceeds, Benefits and Authorization to Pay: TERMS NET 30
I hereby authorize the glass repairs and assign to Express Glass Services (hereinafter "Assignee") any and all Benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the Insured refuses to make payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name, I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

Signature _X_ _[signature]_

EXHIBIT "A"

# Invoice

Date: 10/22/2015
Invoice #: 4385689-O

Work Order #: 4385689
Ticket #: MM2/641321

**Express Glass Services FLORIDA**
10752 Deerwood Park Blvd Southwater 11
Suite 100
JACKSONVILLE, FL 32256
TAX ID# 38-3858452

Phone: (904) 245-1976
Fax: (904) 245-1978

## Bill To:

GEICO - MARS SAFELITE

Phone:(614) 602-2120    Fax:(614) 210-9504

## Customer:

MIGUEL ROBERTS

Fax:

| | | |
|---|---|---|
| Job Scheduled For: October 21, 2015  6:00 am | | |
| Written By: Karla Out of State | Sales Rep: MM2 Kevin Barrios | |
| Technician: Jose Torres | Invoiced By: Shannon Out of State | |

| Automobile Information | Fleet Information | Insurance Information |
|---|---|---|
| Year: 2011 | Unit # : | Policy # : |
| Make: Nissan | Card # : | Claim # : |
| Model: XTerra | Exp Date: | Loss Date: 10/19/2015 |
| Style: 4 Door Utility | Driver Name : | Cause: |
| VIN #: | Driver Lic.: | Authorization # : 09043 |
| Color: KR | Fleet PO# : | |
| Mileage: | | |
| License:        State: | | |

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| FW02510GBNN | Windshield | GB, | 1 | Each | $206.65 | Y | | $206.65 |
| FW02510GBNN | Windshield | Labor | 2.9 | Hrs | $85.00 | Y | | $246.50 |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Each | $28.00 | Y | flat | $50.00 |
| GGG 2510 | Moulding | Reveal | 1 | Each | $40.15 | N | 20.00% | $32.12 |

| | |
|---|---|
| Sub Total | $535.27 |
| Tax | $37.47 |
| Gross Total | $572.74 |
| Deductible | $0.00 |
| Net Total | $572.74 |

Assignment of Proceeds, Benefits and Authorization to Pay: TERMS NET 30
I hereby authorize the glass repairs and assign to Express Glass Services (hereinafter "Assignee") any and all Benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee, if the insurer refuses to make payment in h upon demand by me or Assignee. I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said cause of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

Signature _____

EXHIBIT "B"

# V I P AUTO GLASS INC

8909 WATERWAY DR
TAMPA FL 33635
Phone: 813-280-9021  Fax: 813-280-9118

| Customer Service Rep: | Installer: | Location: In-Shop | W/O # 5665 | W/O Date: 9/7/2015 | Today's Date: 9/7/2015 | Paid Date: |
|---|---|---|---|---|---|---|

| BILL TO: | CUSTOMER: | AGRSS INFO: |
|---|---|---|
| GEICO INSURANCE COMPANY | MUBARAK, HAMZA | temperature: |
| | | Humidity: |
| | | Safe drive- away time: |
| W: 800-841-3000, F: 202-354-5295 | H: | |

## INSURANCE INFORMATION

| Agent: | Policy #: | Loss Date: 9/7/2015 |
|---|---|---|
| Contact: | Claim #: | Loss Type: |
| Dispatch #: | Deductible: $ 0.00 | Region/Dist: |

## VEHICLE INFORMATION

| Year: 2013 | VIN: | PO #: |
|---|---|---|
| Make: Infiniti | Odometer: 0 | RO #: |
| Model: G37 | License #: | Stock #: |
| Body: 2 Door Coupe | | |

| Qty | Part/Service | Description | List Price | Dsc % | Net Price | Labor | Total |
|---|---|---|---|---|---|---|---|
| 1 | FW02879GBYN | (W/Third Visor Frit)/Green Tint/Blue Shade | | | | | |
| | DOT #: _____ | Adhesive Type: _____ | | Lot #: | | | |
| 1 | HAH000448 | 2.0 Adhesive (Fast-Cure Urethane/Dam/Primer) | | | | | |

**Customer Signature:**

Assignment of benifits:I hereby assign any and all insurance rights,benefits and proceeds under any applicable insurance policies to V I P AUTO GLASS INC.I make this assignment in consideration of V I P AUTO GLASS INC agreement to perform services and supply materials and otherwise perform its obligations under this contract,including not requiring full payment at the time of service.If payment made directly to insured,owner,and or agent by an insurer,it shall be endorse over to V I P AUTO GLASS INC with in three days.V I P AUTO GLASS INC promises to relase the insured from any obligations to pay the difference between the amounts the insurer agreed to pay pursuant to the terms and conditions of the policy and applicable law,and prices charged by  V I P AUTO GLASS INC.I hereby direct my insurance carrier to release any and all information requested by V I P AUTO GLASS INC and to accept notice of claim from V I P AUTO GLASS INC.

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN

___ I REQUEST A WRITTEN ESTIMATE

___ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED

$___ THE SHOP MAY NOT EXCEED THIS AMOUNT WITH OUT WRITTEN OR ORAL APPROVAL.

___ I DO NOT REQUEST A WRITTEN ESTIMATE

I acknowledge the above assignment and that the good and / or service have been provide to my complete satisfaction

Signature: _____  Date  9/8/15

Page 1 of 1

# V I P AUTO GLASS INC

8909 WATERWAY DR
TAMPA, FL 33635
Phone: 813-280-9021 Fax: 813 280-9118

| Customer Service Rep: | Installer: | Location: In-Shop | W/O # 5818 | W/O Date: 12/30/2015 | Today's Date: 12/30/2015 | Paid Date: |
|---|---|---|---|---|---|---|

| BILL TO: | CUSTOMER: | AGRSS INFO: |
|---|---|---|
| GEICO INSURANCE COMPANY | RILEY, RICHARD | emperature: Humidity: Safe drive-away time: |
| W: 800-841-3000, F: 202-354-5295 | | |

## INSURANCE INFORMATION

| | | |
|---|---|---|
| Agent: | Policy #: | Loss Date: 12/30/2015 |
| Contact: | Claim #: | Loss Type: |
| Dispatch #: | Deductible: $ 0.00 | Region/Dist: |

## VEHICLE INFORMATION

| | | |
|---|---|---|
| Year: 2014 | VIN: | PO #: |
| Make: Toyota | Odometer: 0 | RO #: |
| Model: 4Runner | License #: | Stock #: |
| Body: 4 Door Utility | | |

| Qty | Part/Service | Description | List Price | Dsc % | Net Price | Labor | Total |
|---|---|---|---|---|---|---|---|
| 1 | FW05185GTYN | (W/Third Visor Frit)(Heated Wiper Park Area)/Green Tint | | | | | |
| | DOT #: | Adhesive Type: | | Lot #: | | | |
| 1 | HAB000448 | 2.0 Adhesive (Fast-Cure Urethane/Dam/Primer) | | | | | |
| 1 | MW03176 BLS | Moulding (Side)(Reveal)(2pcs) | | | | | |

Customer Signature:

Assignment of benifitial hereby assign any and all insurance rights,benefits and proceeds under any applicable insurance policies to V I P AUTO GLASS INC.I make this assignment in consideration of V I P AUTO CLASS INC agreement to perform services and supply materials and otherwise perform its obligations under this contract,including not requiring full payment at the time of service.If payment made directly to insured,owner,and or agent by an insurer,it shall be endorse over to V I P AUTO GLASS INC with in three days.V I P AUTO GLASS INC promises to relase the insured from any obligations to pay the difference between the amounts the insurer agreed to pay pursuant to the terms and conditions of the policy and applicable law,and prices charged by V I P AUTO GLASS INC.I hereby direct my insurance carrier to release any and all information requested by V I P AUTO GLASS INC and to accept notice of claim from V I P AUTO GLASS INC.

PLEASE READ CAREFULLY. CHECK ONE OF THE STATEMENTS BELOW AND SIGN

_____ I REQUEST A WRITTEN ESTIMATE

_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED

$_____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITH OUT WRITTEN OR ORAL APPROVAL.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE

I acknowledge the above assignment and that the good and / or service have been provide to my complete satisfaction

Signature _____        Date 12-30-15

Page 1 of 7

Claim Number 01233764601011120

INVOICE

# Select Auto Glass, LLC.

P.O. BOX 4843 CLEARWATER, FLORIDA 33758-4843

INVOICE #6285701
DATE: 12/19/2015

TAX ID: 46-0526617
Phone : (727) 510-8201

| BILL TO: GEICO | | | VEHICLE | INSURED | TERMS |
|---|---|---|---|---|---|
| | | | 1998 VOLVO S70 T5 | T.A. FREELAND | DIRECT BILL INSURANCE |

| INSURANCE | POLICY NUMBER | VIN | | | TOTAL |
|---|---|---|---|---|---|
| GEICO | | | | | 220.20 |

| QUANTITY | DESCRIPTION | | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | | | 120.00 |
| 1 | WINDSHIELD REPACEMENT FW2052 GBN | | | | 66.67 |
| | URETHANE – HUMOD KIT | | | | 238.00 |
| | MOULDING – G86737 KIT | | | | |
| | 2.8 NAGS HOURS LABOR X $85.00 PER HOUR | | | | |

|  | SUBTOTAL | $664.87 |
|---|---|---|
|  | SALES TAX | $46.54 |
|  | TOTAL DUE | $716.41 |

Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Select Auto Glass, LLC. I make this assignment in consideration of Select Auto Glass's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Select Auto Glass, LLC. within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Select Auto Glass LLC., and to accept notice of claim from Select Auto Glass, LLC. I acknowledge the above assignment, and that the goods and/or services have been provided to my complete satisfaction. I authorize Select Auto Glass, LLC to direct bill my insurance Company for full payment of Windshield Replacement, under my Comprehensive Coverage. Payment to be made by Insurance to: Select Auto Glass, LLC.

Print Name: T Faehel            Signature: X _____            Date: 12/19/15

727000000000

# Select Auto Glass, LLC.

**P.O. BOX 4843 CLEARWATER, FLORIDA 33758-4843**

TAX ID: 46-0526617
Phone : (727) 510-8201

INVOICE

BILL TO: GEICO
       TIMOTHY ARTHUR FREELAND
       D.O.L. 12/01/15

INVOICE #6235701
DATE: 12/13/2015

| INSURANCE | POLICY NUMBER | VIN | VEHICLE | INSURED | TERMS |
|---|---|---|---|---|---|
| GEICO | ████████ | ██████████ | 1998 VOLVO S70 T5 | T.A. FREELAND | DIRECT BILL INSURANCE |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | WINDSHIELD REPLACEMENT - FW2052-GBN | | 220.30 |
| | URETHANE — HI MOD KIT | | 120.00 |
| | MOULDING — GGG737 KIT | | 86.57 |
| | 2.8 NAGS HOURS LABOR X $85.00 PER HOUR | | 238.00 |
| | | | |
| | | | |

| | |
|---|---|
| **SUBTOTAL** | **$664.87** |
| **SALES TAX** | **$46.54** |
| **TOTAL DUE** | **$716.41** |

Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Select Auto Glass, LLC. I make this assignment in consideration of Select Auto Glass's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Select Auto Glass, LLC. within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Select Auto Glass LLC., and to accept notice of claim from Select Auto Glass, LLC. I acknowledge the above assignment, and that the goods and/or services have been provided to my complete satisfaction. I authorize Select Auto Glass, LLC to direct bill my Insurance Company for full payment of Windshield Replacement, under my Comprehensive Coverage. Payment to be made by Insurance to: Select Auto Glass, LLC.

Print Name: _T Foehrl_ Signature: _X_____ Date: _12/4/15_

# VISION AUTO GLASS    № 4465

| Salesrep | First Name | Last Name | Location | Vehicle Information |
|---|---|---|---|---|
| Salesrep | | | Installer  Josh | Type of Damage: Chip  Crack  Other |
| VIN# | | | | Date of Loss |

Windshield
Backglass
Door Glass  (Driver / Pass)  (Front / Rear)
Vent Glass  (Driver / Pass)  (Front / Rear)
Quarter Glass  (Driver / Pass)  (Front / Rear)
Other

**Policy Holder (ONE NAME ONLY)**

Name  Ronald  Douglas

Vehicle Year  08

Vehicle Make

Vehicle Model  Tahoe

Vehicle Color  Blue

# of Doors  4 Dr.

**Insurance Information**

Insurance Co.  Geico

Policy #

Claim # / Referral #  4924-421

Agent Name

Agent Phone#  Deduct

INSTRUCTIONS  Sun Coast Pointe

| Options: | | | Type: | |
|---|---|---|---|---|
| Heads up Display | Y | N | Hatchback | |
| Rain Sensor | Y | N | Coupe    4 door sedan | |
| Electrochromatic Mirror | Y | N | Station Wagon    Convertible | |
| | | | SUV | |
| Heated | Y | N | Standard cab / extended cab | |
| Antenna | Y | N | 4 door crew cab | |

Part#  1658

Day  M  T  W  TH  F  S  Date  11/25    Time:  1pm-5pm

At:  Home  Work  (Name of work)                   Overhead Coverage  Yes  No

Address                    City                State            Zip

## ASSIGNMENT OF BENEFITS

I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Vision Auto Glass of Florida, Inc. I make this assignment in consideration of Vision Auto Glass of Florida's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Vision Auto Glass of Florida, Inc. within three (3) days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Vision Glass of Florida, Inc. and to accept notice of the claim from Vision Auto Glass of Florida.

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:
    I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.
    X  I REQUEST A WRITTEN ESTIMATE.
       I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED
$      THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
       I DO NOT REQUEST A WRITTEN ESTIMATE.

Signature                11/21/15

Scanned by CamScanner

# VISION AUTO GLASS OF FLORIDA INC
## 777 S FEDERAL HWY UNIT B304
## POMPANO BEACH, FL 33062

## (813) 410 - 4249  Fax: (813) 283 - 4958

| | |
|---|---|
| INVOICE NUMBER | 27329 |
| DATE | 12/18/2015 |
| REFERENCE # | a |
| TAX ID NUMBER | ▇▇▇▇▇ |

2:57PM

| ACCOUNT | CUSTOMER TAX ID NUMBER | PO NUMBER | INSTALL DATE: 11/25/2015 | | Mobile |
|---|---|---|---|---|---|
| | | | INSTALLED BY: | | |
| SALES REP: | | | TERMS: SEE BELOW | | |

BILL TO:

GEICO FL

SOLD TO:

Attn: RONALD DOUGLAS

TEL: ▇▇▇▇▇▇▇

Insurance Information

| AGENT: | VERIFIED BY: | DISPATCH #: |
|---|---|---|
| | POLICY NUMBER: | |
| | CLAIM NUMBER: 494421 | |
| | CAUSE OF LOSS: | |
| | DATE OF LOSS: 8/5/2015 | DEDUCTIBLE: |

### Vehicle Information

| MAKE: CHEVROLET | MODEL: TAHOE | YEAR: 2008 |
|---|---|---|
| BODY: 4 DOOR UTILITY | VIN: 1GNFC13098J187139 | ODOMETER: |
| STOCK #: TYLER  R.O. #: 4462 | UNIT #: | LICENSE #: |

| Qty. | Part Number | Hours | Labor | Adhesive | List Price | Net Price | Line Total |
|---|---|---|---|---|---|---|---|
| 1.00 | DW01658GBYN | 2.20 | $187.00 | $0.00 | $220.95 | $220.95 | $407.95 |
| | Windshield (Solar) (W/Third Visor Frit) (May need | | | | | | |
| 1.00 | HAH000004-20 | 0.00 | $0.00 | $30.00 | $0.00 | $0.00 | $30.00 |
| | Adhesive Adhesive (Urethane, Dam, Primer) | | | | | | |

NET 30 DAYS APPLICABLE INTEREST APPLIES

FLORIDA MOTOR VEHICLE REPAIR SHOP #MV94469

| | | |
|---|---|---|
| Total Labor | | $187.00 |
| Total Kit | | $30.00 |
| Total Parts | | $220.95 |
| Subtotal | | $437.95 |
| Sales Tax @ 7.0000 % | | $30.66 |

JOSH

Customer Signature:

**Amount Due: $468.61   Invoice Total   $468.61**

I hereby authorize the above repair work to be done, along with the necessary material, and hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways, and elsewhere for the purpose of inspection, testing, and pick-up/delivery to me. AN EXPRESS MECHANIC'S LIEN is hereby acknowledged on the above vehicle to secure the amount of repairs thereto. Not responsible for loss or damage to vehicle or articles therein by causes beyond our control. REPLACEMENT HAS BEEN MADE TO MY SATISFACTION AND I HEREBY ASSIGN SUCH PROCEEDS AS MAY BE REQUIRED TO SATISFY ALL AMOUNTS DUE AND OWING TO THE ABOVE NAMED COMPANY FOR SAID INSTALLATION. IF FOR ANY REASON THE INSURANCE COMPANY DOES NOT PAY FOR THESE REPAIRS/REPLACEMENTS, THE ABOVE SIGNED AGREES TO PAY FOR SAID REPAIRS/REPLACEMENTS.

05182549501101012      494421

## VISION AUTO GLASS OF FLORIDA INC
### 777 S FEDERAL HWY UNIT B304
### POMPANO BEACH, FL 33062

**(813) 410 - 4249  Fax: (813) 283 - 4958**

| | |
|---|---|
| INVOICE NUMBER | 27329 |
| DATE | 12/18/2015 |
| REFERENCE # | a |
| TAX ID NUMBER | 47-5336716 |

2:57PM

| ACCOUNT | CUSTOMER TAX ID NUMBER | PO NUMBER | INSTALL DATE: | 11/25/2015 | Mobile |
|---|---|---|---|---|---|
| | | | INSTALLED BY: | | |

SALES REP:

TERMS: SEE BELOW

BILL TO:

GEICO FL

SOLD TO:

Attn: RONALD DOUGLAS

H: (727)409-3444

### Insurance Information

AGENT:

VERIFIED BY:            DISPATCH #:

POLICY NUMBER:

CLAIM NUMBER:    494421

CAUSE OF LOSS:

DATE OF LOSS:    8/5/2015         DEDUCTIBLE:

### Vehicle Information

| MAKE: | CHEVROLET | MODEL: | TAHOE | YEAR: | 2008 |
|---|---|---|---|---|---|
| BODY: | 4 DOOR UTILITY | VIN: | 1GNFC13098J187139 | ODOMETER: | |
| STOCK #: | TYLER | R.O. #: 4462 | UNIT #: | LICENSE #: | |

| Qnty | Part Number | Hours | Labor | Adhesive | List Price | Net Price | Line Total |
|---|---|---|---|---|---|---|---|
| 1.00 | DW01658GBYN | 2.20 | $187.00 | $0.00 | $220.95 | $220.95 | $407.95 |
| | Windshield (Solar) (W/Third Visor Frit) (May need | | | | | | |
| 1.00 | HAH000004-20 | 0.00 | $0.00 | $30.00 | $0.00 | $0.00 | $30.00 |
| | Adhesive Adhesive (Urethane, Dam, Primer) | | | | | | |

**NET 30 DAYS APPLICABLE INTEREST APPLIES**

**FLORIDA MOTOR VEHICLE REPAIR SHOP #MV94469**

JOSH

**Customer Signature:**

| | |
|---|---|
| Total Labor | $187.00 |
| Total Kit | $30.00 |
| Total Parts | $220.95 |
| Subtotal | $437.95 |
| Sales Tax @ 7.0000 % | $30.66 |

**Amount Due: $468.61     Invoice Total    $468.61**

I hereby authorize the above repair work to be done, along with the necessary material, and hereby grant you and/or your employees permission to operate the vehicle herein described on street, highways, and elsewhere for the purpose of inspection, testing, and pick-up/delivery to me. AN EXPRESS MECHANIC'S LIEN is hereby acknowledged on the above vehicle to secure the amount of repairs thereto. Not responsible for loss of damage to vehicle or vehicles therein by causes beyond our control. REPLACEMENT HAS BEEN MADE TO MY SATISFACTION AND I HEREBY ASSIGN SUCH PROCEEDS AS MAY BE REQUIRED TO SATISFY ALL AMOUNTS DUE AND OWING TO THE ABOVE NAMED COMPANY FOR SAID INSTALLATION. IF FOR ANY REASON THE INSURANCE COMPANY DOES NOT PAY FOR THESE REPAIRS/REPLACEMENTS, THE ABOVE SIGNED AGREES TO PAY FOR SAID REPAIRS/REPLACEMENTS.

**Great Lakes Glass LLC**
**3902 Henderson Blvd**
**Suite 208 #247**
**Tampa, FL 33629**
**(813) 308-0280**

**Fed. ID# 811433929**

| Inv. # | 2470000191 | Date | 02/15/2016 |
|---|---|---|---|
| Cust. # | GEICO FL | Billcode | RETAIL 1 |
| P.O. # | | Sold By | |
| Fed. Tax # | | Instl By | FLORIDA |

GEICO
PO BOX 9105
MACON, GA 31208

DERRICK MCNEAL

(800) 861-8380

| Year | 2007 | Make | MAZDA | | Policy # | 1507229308 | |
|---|---|---|---|---|---|---|---|
| Model | MX-5 MIATA | Body Style | 2 DOOR CONVERTIBLE | | Author-ized By | | |
| Lic. # | | V.I.N. | | | Claim # | | Loss Date | 02/12/2016 |
| Home Phone | (813) 263-5462 | Bus. Phone | 0 - | | Damage/ Cause | | |

| Qty. | Part | Description | Block Size | List | Price | Total |
|---|---|---|---|---|---|---|
| 1 | FW02594GTNN | Windshield | 27.5 x 57 | 218.65 | 218.65 | 218.65 |
| 1 | LABOR | Labor 3.10 hours | | 294.50 | 294.50 | |
| 1 | HAH000448 | 2.0 Fast-Cure Urethane, Dam, Primer | | 59.00 | 59.00 | 59.00 |
| 1 | WFS F2594 | Moulding (Black) (w/s) | | 22.32 | 22.32 | 22.32 |

Windshield is available for 72 hours after this invoice is billed for inspection. I hereby authorize the glass replacement/repair to my vehicle and assign to Great Lakes Glass LLC (hereinafter "Assignee") any and all benefits from the insurer providing coverage for the auto glass replacement/repair performed by Assignee to my vehicle under the terms of my insurance policy. This assignment of benefits is given in consideration for said auto glass replacement/repair performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. I understand that I am responsible for the cost of the auto glass replacement/repair. It is further my understanding that my insurer is responsible for payment of Assignee's charges as they relate to the auto glass replacement/repair on my behalf pursuant to the terms of my insurance policy. If the insurer refuses to make payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action in my name or Assignee's name. I further authorize Assignee to compromise, settle, or otherwise resolve claims and/or causes of action as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

Assignor: _____ Date: _____

***PLEASE TAKE PICTURE OF DAMAGED GLASS BEFORE TAKING IT OUT AND GET 2 SIGNATURES ON WORK ORDER

SPECIAL INSTRUCTIONS

***Name and Number of another person who may authorize repair work NAME_____ Phone_____
PLEASE _____ DO _____ DO NOT SAVE ORIGINAL GLASS FOR INSPECTION
WARRANTY: Automobile glass is warranted against defects in material or workmanship for as long as you own the vehicle in which the glass is installed so long as such defects are brought to the attention of Great Lakes Glass LLC within 30 days of disovery of defect.

RECEIVED BY

2/12/16 9:00am by MELISSA Updated 2/15/16 4:40pm by MICHELLE

The glass listed has been replaced / repaired with like kind and quality to my entire satisfaction, and I authorize my Insurance Company to pay Great Lakes Glass LLC directly for the glass and installation charges, or repairs.

**Great Lakes Glass LLC**
3902 Henderson Blvd
Suite 208 #247
Tampa, FL 33629
(813) 308-0280
Fed. ID# 203538046

| W.O.# | WO-2470000104 | Date | 02/02/2016 |
|---|---|---|---|
| Cust.# | GEICO FL | Billcode | RETAIL 1 |
| P.O.# | | Sold By | |
| Fed. Tax# | | Inst By | FLORIDA |

GEICO
PO BOX 9105
MACON, GA 31208

ROBERT FADY

(800) 861-8380

| Year | 2013 | Make | NISSAN | | Policy # | |
|---|---|---|---|---|---|---|
| Model | ALTIMA | Body Style | 4 DOOR SEDAN | | Authorized By | |
| Lic. # | | V.I.N. | | | Claim # | | Loss Date | 02/02/2016 |
| Home Phone | | Bus. Phone | 0 | | Damage/Cause | |

| Qty. | Part | Description | Block Size | List | Price | Total |
|---|---|---|---|---|---|---|
| 1 | FW03621GBYN | Windshield (slr cntrl) | 40.7 x 57 | | | |
| 1 | LABOR | Labor 3.00 hours | | | | |
| 1 | HAH000448 | 2.0 Fast-Cure Urethane, 3am, Primer | | | | |
| 1 | GGG 3621 | Moulding (Upper) | | | | |

Windshield is available for 72 hours after this invoice is billed for inspection. I hereby authorize the glass replacement/repair to my vehicle and assign to Great Lakes Glass LLC (hereinafter "Assignee") any and all benefits from the insurer providing coverage for the auto glass replacement/repair performed by Assignee to my vehicle under the terms of my insurance policy. This assignment of benefits is given in consideration for said auto glass replacement/repair performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. I understand that I am responsible for the cost of the auto glass replacement/repair. It is further my understanding that my insurer is responsible for payment of Assignee's charges as they relate to the auto glass replacement/repair on my behalf pursuant to the terms of my insurance policy. If the insurer refuses to make payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action in my name or Assignee's name. I further authorize Assignee to compromise, settle, or otherwise resolve claims and/or causes of action as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

Assignor: X _____  Date: 2/3/16

**PLEASE TAKE PICTURE OF DAMAGED GLASS BEFORE TAKING IT OUT AND GET 2 SIGNATURES ON WORK ORDER**

SPECIAL INSTRUCTIONS

Automobile glass is warranted against defects in material or workmanship for as long as you own the vehicle in which the glass is installed so long as such defects are brought to the attention of Great Lakes Glass LLC within 30 days of discovery of a defect.

RECEIVED BY _____
2/3/16 2:35pm by MELISSA Updated 2/3/16 3:02pm by MELISSA

The glass listed has been replaced / repaired with the kind and quality to my entire satisfaction, and I authorize my Insurance Company to pay Great Lakes Glass LLC directly for the glass and installation charges, or repairs.

# Work Order

Glass Replacements FLORIDA
555 Winderley Pl Ste 300

Phone: (407) 982-4413     Maitland, FL 32751
Fax: (407) 982-4414      TAX ID#: 453556789

| Customer: | Insurance-Fleet-Broker: |
|---|---|
| JOE/FELECIA BOONE<br>860? N 9TH ST<br><br>TAMPA, FL 33604  Fax:<br>Phone: (813) 883-2454  Fax:<br>Phone2:     Mobile: | GEICO - MARS SAFELITE<br><br><br>Phone: 6146022120 |

| Job Scheduled For: | August 27, 2015 12:00 pm | |
|---|---|---|
| Written By: | Brianda oos | Sales Rep: 1MH Levon Darthard |
| Technician: | Bishop Chris C | |

| Automobile Information | Fleet Information | Insurance Information |
|---|---|---|
| Year: 2004 | Unit # : | Policy # : |
| Make: Cadillac | Card # : | Claim # :   842045 |
| Model: SRX | Exp Date: | Loss Date: 08/12/2015 |
| Style: 4 Door Utility | Driver Name: | Cause: |
| VIN #: ████ | Driver Lic.: | Authorization #: 09043 |
| Color: BR | Fleet PO# : | Agent/Broker: |
| Mileage: | | |
| License:    State: | | |

| MFG Part | Description | | Qty | Unit | List O&A | Discount | Net |
|---|---|---|---|---|---|---|---|
| DW01630GBYN | Windshield | GB, 1975 | 1 | Each | | | |
| DW01630GBYN | Windshield | Labor | 2.8 | Hrs | | | |
| HAH00004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Each | | | |

**Service Address**    **Work Order Notes**
JOE/FELECIA BOONE
████████

| | Owner | Insurance |
|---|---|---|
| Sub Total | | |
| Tax | | |
| Gross Total | | |
| Deductible | | |
| Net Total | | |

Secondary Phone:
Mobile Phone:       **AMOUNT TO COLLECT**   **$0.00**

$75 REST.COM, 33604, TAMPA, 12-5, CALL EN ROUTE, TAKE PICTURES, JOE WILL BE THE CONTACT

Vehicle Notes: _____

Assignment of Proceeds, Benefits and Authorization to Pay. TERM NET 30
I hereby authorize the glass repairs and assign to GLASS REPLACEMENTS (hereinafter "Assignee") any and all Benefits from the insurer providing coverage for the repaired vehicle. This assignment is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the insurer refuses to make full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further permit to Assignee to prosecute said causes of action name of / assigned name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as I jimmy steets. If my insurer sends payment to me, I will immediately payment to Assignee.

Signature _____

# Invoice

**Glass Replacements FLORIDA**
555 Winderley Pl Ste 300

Phone: (407) 982-4413
Fax: (407) 982-4414

Maitland, FL 32751
TAX ID# 453556789

## Bill To:

GEICO - MARS SAFELITE

Phone:(614) 602-2120    Fax:(614) 210-9504

**Customer:**
JOE/FELECIA BOONE

Fax:

| | |
|---|---|
| Job Scheduled For: August 27, 2015 12:00 pm | |
| Written By: Brianda oos | Sales Rep: 1MH Levon Darthard |
| Technician: Bishop Chris C | Invoiced By: Shannon Out of State |

### Automobile Information

| | |
|---|---|
| Year: 2004 | |
| Make: Cadillac | |
| Model: SRX | |
| Style: 4 Door Utility | |
| VIN #: | |
| Color: BR | |
| Mileage: | |
| License:        State: | |

### Fleet Information

Unit # :
Card # :
Exp Date:
Driver Name :
Driver Lic.:
Fleet PO#:

### Insurance Information

Policy # :
Claim # :        842045
Loss Date:    08/12/2015
Cause:
Authorization # :    09043

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|----------|-------------|---|-----|------|------|-----|----------|-----|
| DW01530GBYN | Windshield | GB, | 1 | Eac | $278.25 | Y | | $278.25 |
| DW01530GBYN | Windshield | Labor | 2.8 | Hrs | $85.00 | Y | | $238.00 |
| HAH000004 | Adhesive | 2.0 Urethane, Dam, Primer | 1 | Eac | $28.00 | Y | flat | $50.00 |

| | |
|---|---|
| Sub Total | $566.25 |
| Tax | $39.64 |
| Gross Total | $605.89 |
| Deductible | $0.00 |
| Net Total | $605.89 |

Assignment of Proceeds, Benefits and Authorization to Pay: TERM NET 30
I hereby authorize the glass repairs and assign to GLASS REPLACEMENTS (hereinafter "Assignee") any and all Benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the insurer refuses to make payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as it may see fit. If my insurer sends payments to me, I will immediately forward payment to Assignee.

Signature _____

EXHIBIT "B"

# Work Order

**Glass Replacements FLORIDA**
555 Winderley Pl Ste 300

Phone: (407) 982-4413
Fax: (407) 982-4414

Maitland, FL 32751
TAX ID#: 453566789

## Customer:
BETH IBANEZ
12831 BEANBIER RD

JACKSONVILLE, FL 32258

Phone: (904) 982-3290 Fax:
Phone2:9042073979    Mobile:

**Insurance-Fleet-Broker:**
GEICO - MARS SAFELITE

Phone: ▓▓▓▓▓▓▓

| | |
|---|---|
| Job Scheduled For: | August 20, 2015  6:00 am |
| Written By: | Beth Out of State |
| Technician: | Chris Patton |

Sales Rep:  1WP Nick Perez

### Automobile Information
| | |
|---|---|
| Year: | 2013 |
| Make: | Hyundai |
| Model: | Sonata |
| Style: | 4 Door Sedan |
| VIN #: | ▓▓▓▓▓▓▓▓ |
| Color: | |
| Mileage: | |
| License: | State: |

### Fleet Information
| | |
|---|---|
| Unit #: | |
| Card #: | |
| Exp Date: | |
| Driver Name: | |
| Driver Lic.: | |
| Fleet PO#: | |

### Insurance Information
| | |
|---|---|
| Policy # : | |
| Claim # : | 988623 |
| Loss Date: | 07/01/2015 |
| Cause: | |
| Authorization #: | 09043 |
| Agent/Broker: | |

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| FW03239GBNN | Windshield | GB, | 1 | Each | | | | |
| FW03239GBNN | Windshield | Labor | 3.4 | Hrs | | | | |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Each | | | | |

### Service Address
BETH IBANEZ
▓▓▓▓▓▓▓▓

Mobile Phone:
JACKSONVILE 8-12 32258  CALL IN ROUTE  $50 REST.COM

### Work Order Notes

| | Owner | Insurance |
|---|---|---|
| Sub Total | | |
| Tax | | |
| Gross Total | | |
| Deductible | | |
| Net Total | | |

**AMOUNT TO COLLECT    $0.00**

Vehicle Notes: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Assignment
I hereby authorize the glass repairs and assign to GLASS REPLACEMENTS (hereinafter "Assignee") any and all benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the insurer refuses to make payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

_____
Signature

# Invoice

Date: 08/24/2015
Invoice #: 4300603-O

Work Order #: 4300603
Ticket #: WP/576000

Glass Replacements FLORIDA
555 Winderley Pl Ste 300

Phone: (407) 982-4413       Maitland, FL 32751
Fax: (407) 982-4414         TAX ID# 453556789

## Bill To:

GEICO - MARS SAFELITE

Phone:(614) 602-2120    Fax:(614) 210-9504

**Customer:**
BETH IBANEZ

Fax:

| Job Scheduled For: | August 20, 2015  6:00 am | | |
|---|---|---|---|
| Written By: | Beth Out of State | Sales Rep: | 1WP Nick Perez |
| Technician: | Chris Patton | Invoiced By: | Shannon Out of State |

| Automobile Information | | Fleet Information | | Insurance Information | |
|---|---|---|---|---|---|
| Year: | 2013 | Unit # : | | Policy # : | |
| Make: | Hyundai | Card # : | | Claim # : | 968623 |
| Model: | Sonata | Exp Date: | | Loss Date: | 07/01/2015 |
| Style: | 4 Door Sedan | Driver Name : | | Cause: | |
| VIN #: | | Driver Lic.: | | Authorization # : | 09043 |
| Color: | | Fleet PO#: | | | |
| Mileage: | | | | | |
| License: | State: | | | | |

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| FW03239GBNN | Windshield | GB, | 1 | Each | $478.25 | Y | | $478.25 |
| FW03239GBNN | Windshield | Labor | 3.4 | Hrs | $85.00 | Y | | $289.00 |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Each | $28.00 | Y | flat | $50.00 |

| | |
|---|---|
| Sub Total | $817.25 |
| Tax | $57.21 |
| Gross Total | $874.46 |
| Deductible | $0.00 |
| Net Total | $874.46 |

Assignment of Proceeds, Benefits and Authorization to Pay: TERM NET 30
I hereby authorize the glass repairs and assign to GLASS REPLACEMENTS (hereinafter "Assignee") any and all Benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the insurer refuses to make payment if upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

Signature _____

EXHIBIT "B"

# Matt's Auto Glass

## Invoice

Phone #
(904) 504-3510

Fax #
(904) 880-6349

5243 Siesta Del Rio Drive
Jacksonville, FL 32258

| Date | Invoice # |
|------|-----------|
| 2/19/2016 | 10846 |

| Bill To | Install at |
|---------|-----------|
| Geico<br>P.O Box 9105<br>Macon, GA. 31208<br>FAX: 855-801-3742 | Angela Meadows |

| Year | Make | Model |
|------|------|-------|
| 2010 | Toyota | Camry |

| R.O. # | P.O. # | Due Date |
|--------|--------|----------|
| | | 2/19/2016 |

| VIN | 2 Door / 4 Door |
|-----|-----------------|
| 4T1BK3EK6AU103198 | |

| Authorization # | Stock # | Installer |
|-----------------|---------|-----------|
| 4294268521q125b | | |

| Qty | Item | Description | List Price | Amount |
|-----|------|-------------|-----------|--------|
| | FW2627GBY | Windshield Installed | 250.40 | 250.40 0.00 |
| | Labor | 3.5 hours | | 264.00 0.00 |
| | Kit | Urethane, Dam, & Primer | | 56.00 0.00 |

Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to MJLMM Inc. I make this assignment in consideration of MJLMM Inc's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to MJLMM Inc within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by MJLMM Inc, and to accept notice of claim from MJLMM Inc.

I acknowledge the above assignment, and that the goods and/or services have been provided to my complete satisfaction.

| | | |
|---|---|---|
| Subtotal | | $0.00 |
| Sales Tax ... | 39.93 | $0.00 |
| **Total** | 610.33 | $0.00 |

Signature: *Angela M Meadows*

12-2pm

WARRANTY all work has been performed to manufacture specifications. This copy of invoice is a lifetime warranty for workmanship. MV49362

# *Matt's Auto Glass*

Phone #
(904) 504-3510

Fax #
(904) 880-6349

5243 Siesta Del Rio Drive
Jacksonville, FL 32258

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/19/2016 | 10846 |

**Bill To**

Geico
P.O Box 9105
Macon, GA, 31208
FAX: 855-801-3742

**Install at**

Angela Meadows

| Year | Make | Model |
|------|------|-------|
| 2010 | Toyota | Camry |

| R.O. # | P.O. # | Due Date |
|--------|--------|----------|
| | | 2/19/2016 |

| VIN | 2 Door - 4 Door |
|-----|------------------|
| | See below |

| Authorization # | Stock #. | Installer |
|-----------------|----------|-----------|
| 4294268521q125b | | |

| Qty | Item | Description | List Price | Amount |
|-----|------|-------------|------------|--------|
| 1 | FW2627GBY | Windshield Installed | 250.40 | 250.40 |
| 1 | Labor | 3.3 hours | | 264.00 |
| 1 | Kit | Urethane, Dam, & Primer | 56.00 | 56.00 |
| | | VIN# 4TBK3EK6AU103198 | | |
| | | DOL 2/8/2016 | | |
| | | Policy#294268521 q125b | | |

Assignment of benefits. I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to MJLMM Inc. I make this assignment in consideration of MJLMM Inc's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to MJLMM Inc within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by MJLMM Inc, and to accept notice of claim from MJLMM Inc.

I acknowledge the above assignment, and that the goods and/or services have been provided to my complete satisfaction.

Signature: on file

| | |
|---|---|
| **Subtotal** | $570.40 |
| **Sales Tax** | $39.93 |
| **Total** | $610.33 |

WARRANTY all work has been performed to manufacture specifications. This copy of invoice is a lifetime warranty for workmanship. MV45362



# HOMESTEAD AUTO GLASS

1654 SE 24th Ct.
Homestead, FL 33035
Phone:786-601-9996 Fax:305-248-3402
www.homesteadautoglass.com
Tax ID#: 47-1377968

**INVOICE #** 9174412
**DATE:** 11/14/15
**WORK ORDER #:**

**Customer:**
| | |
|---|---|
| Name: | Martha A. Velasquez |
| Billing Address: | |
| City, St. Zip: | |
| Phone #: | |
| Service Address: | |
| City, St. Zip Code: | Same |
| Phone #: | |

**Insurance/Fleet/Broker:**
| | |
|---|---|
| Name: | Geico General Insurance Company |
| Address: | |
| City, St. Zip: | |
| Policy #: | |
| Claim#: | Referal # 082415 |
| Loss Date: | |
| Authorization #: | Referral # 082415 |

**Automobile Information:**
| | |
|---|---|
| Vin #: | |
| Year: 2013 | Color: |
| Make: KIA | Mileage: |
| Model: KiO | License #: |
| Style: | State: |

**Agent/Broker Info:**
| | |
|---|---|
| Name: | |
| Address: | |
| City, St. Zip Code: | |
| Phone #: | |

| MFG Part | Description | Qty | Unit | List | Discount | Net |
|---|---|---|---|---|---|---|
| FW3508GBN | Windshield | 1 | | 533.15 | | 533.15 |
| | Labor | 2.7 | Hurs | | | 135.00 |
| | Fast Cure Urethan/DAM/Primer | | | | | 96.00 |
| | Mobile Service | | | | | 50.00 |
| USH13508Plax | Molding | | | 28.78 | | 28.78 |

| Glass DOT #: | | Sub Total: | | Owner | Insurance |
|---|---|---|---|---|---|
| Adhesive LOT #: | | Tax: | | | 842.93 |
| Adhesive Exp. Date: | | Gross Total: | | | 59.01 |
| Adhesive Brand: | | Deductable: | | | 901.94 |
| | | Net Total: | | | 0 |
| | | | | | 901.94 |
| | | **Amount To Collect:** | | | 901.94 |

**WARRANTY**

*(fine print warranty text)*

- **DO NOT WASH CAR FOR 3 DAYS**
- ANY PROBLEMS OR QUESTIONS, PLEASE CALL AND REFER TO INVOICE NUMBER

**PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN:**

I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.00

☐ I REQUEST A WRITTEN ESTIMATE

☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____ THE SHOP MAY NOT

EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

☐ I DO NOT REQUEST A WRITTEN ESTIMATE

SIGNED: _____   DATE: _____

CUSTOMERS SIGNATURE ON FILE.     Signature: Martin Velasquez     Date: 11/14/15



# HOMESTEAD AUTO GLASS

1654 SE 24th Ct.
Homestead, FL. 33035
Phone:786-601-9396 Fax:305-248-3402
www.homesteadautoglass.com
Tax ID#:47-1377968

**INVOICE #** 8664585
**DATE:** 10/19/15
**WORK ORDER #:**

**Customer:**

| | |
|---|---|
| Name: | Liza Almodovar |
| Billing Address: | |
| City, St. Zip Code: | |
| Phone #: | |
| Service Address: | |
| City, St. Zip Code: | |
| Phone #: | 30 |

**Insurance/Fleet/Broker:**

| | |
|---|---|
| Name: | Geico General Insurance Company |
| Address: | |
| City, St. Zip Code: | |
| Policy #: | |
| Claim#: | 0533387480101010 |
| Loss Date: | |
| Authorization #: | |

**Automobile Information:**

| | | | |
|---|---|---|---|
| Vin #: | | | |
| Year: | 2008 | Color: | |
| Make: | Toyota | Mileage: | |
| Model: | Prius | License #: | |
| Style: | | State: | |

**Agent/Broker Info:**

| | |
|---|---|
| Name: | |
| Address: | |
| City, St. Zip Code: | |
| Phone #: | |

| NAGS Part: | Description | Qty | Unit | List | Discount | Net |
|---|---|---|---|---|---|---|
| FW2454 | Windshield | 1 | | 241.65 | | 241.65 |
| MW0249 | Molding | | | | | 59.98 |
| | Labor | 3.1 | Hrs | | | 155.00 |
| | Fast Cure Urethan/SPR/Pins | | | | | 96.00 |
| | Mobile Service | | | | | 50.00 |

| | | | Owner | Insurance |
|---|---|---|---|---|
| Glass DOT #: | | Sub Total: | | 602.63 |
| Adhesive LOT #: | | Tax: | | 42.18 |
| Adhesive Exp. Date: | | Gross Total: | | 644.81 |
| Adhesive Brand: | | Deductable: | | |
| | | Net Total: | | 644.81 |
| | | **Amount To Collect:** | | 644.81 |

**WARRANTY**

This guarantee is against replacement charges or workmanship and replacement glass only, but will with turn warrant for defective installation for as long as you retain the car. We in no manner warranty. Stress or defects in most of the cut heating and installation, but does not cover breakage or you cold chip crack or change not caused by installation, and does not include covering chips or breakage or brittle in improper occurrence or chipping by acceptable labels for net pack of our approved installations by Homestead Auto Glass.

For remaining under the chip question, call Homestead Auto Glass for reappointment to inspect and correct.

- **DO NOT WASH CAR FOR 2 DAYS**
- ANY PROBLEMS OR QUESTIONS, PLEASE CALL AND KEEP UP INFORMATION #(s)

**PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN:**

_____ I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $200.00

_____ I REQUEST A WRITTEN ESTIMATE

_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE

SIGNED: X _____ DATE: 10/19/15

FULL STATEMENT OF ALL LOSS UNDER YOUR POLICY DESCRIBED ABOVE, AND UPON SUCH PAYMENT BEING MADE ALL CLAIM (AND DEMANDS) FOR LOSS AND DAMAGE DESCRIBED ABOVE SHALL BE THEREBY FOREVER DISCHARGED. IF FOR REASONS NOW UNKNOWN, MY POLICY DOES NOT COVER THIS CLAIM, I AGREE TO PAY THE FIRM LISTED ABOVE FOR THE REPAIRS.

CUSTOMER SIGNATURE: X _____ DATE

There will be a finance charge calculated at 5% per month on any outstanding balance carried from this invoice in excess of 30 days. In the event it becomes necessary for Homestead Auto Glass to institute any legal action for the collection of sums due under this invoice, then the purchaser agrees to pay all cost including all reasonable attorney fees incurred.

I hereby assign any and all insurance rights, benefits, and proceeds under the above referenced policy to any repair facility Homestead Auto Glass. I hereby authorize direct payment of any benefits or proceeds to any repair facility Homestead Auto Glass, as consideration for the repair or replacement of glass on my automobile. I hereby direct my insurance carrier as named above to release any and all information requested by my repair facility Homestead Auto glass, its representatives, or its attorney for the direct purpose of obtaining actual benefits to be paid by any insurance carrier to my repair facility for services rendered or to be rendered for this glass/property damage claim. In this regard, I waive my privacy rights.

**CUSTOMERS SIGNATURE ON FILE.**

Signature: X _____ Date: _____



# A ☆STAR
## AUTO GLASS LLC

**4994 Trott Cir. Unit 5**
**North Port, FL 34287**
**(941)893-7353**

MV93721

# Work Order

| | Description of the problem | Time | Date | Work Order # |
|---|---|---|---|---|
| | Wind shield Crack | 2:10p | 10/16/2015 | 466 |

**Customer**
KATY MCBRAYER

**Payment**
GEICO INDEMNITY COMPANY

| Date of loss | Licence Plate # | Odometer |
|---|---|---|
| 10/12/2015 | RJB 252 | 86,498 |

**Vehicle Year/Make/Model**
2009 MERCURY MARINER

**Vin Number**

| Description | Qty | Rate | Amount |
|---|---|---|---|
| DW1684 GTY WINDSHIELD | 1 | 428.05 | 428.05 |
| INSTALL LABOR | 2.6 | 100.00 | 260.00 |
| MOBILE SERVICE FEE | 1 | 50.00 | 50.00 |
| HAH000022 ADHESIVE KIT | 2 | 40.00 | 80.00 |

| | |
|---|---|
| **Subtotal** | $818.05 |
| **Sales Tax (7.0%)** | $57.26 |
| **Total** | $875.31 |

Warranty on workmanship and against leakage for length of vehicle ownership. Windshield chip repairs are warranted against further cracking for the length of vehicle ownership. If repair fails we will credit towards replacement of a new windshield.

_ I would like my windshield repaired
✓ I would like my windshield replaced

Save parts for inspection:
Yes / No

This charge represents cost and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal.

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELLOW, AND SIGN:
I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100
__REQUEST A WRITTEN ESTIMATE.
__I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $100 THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
✓I DO NOT REQUEST A WRITTEN ESTIMATE.

I hereby authorize the glass repairs and assign to A Star Auto Glass LLC (hereinafter "Assignee") any and all Comprehensive and/or Collision Benefits from my insurance company and/or the insurance company affording Comprehensive and/or Collision coverage for the vehicle repaired or to be repaired. This assignment of benefits is given in consideration for the glass repairs and/or glass replacement performed or to be performed by Assignee and is to act as an assignment of my right and benefits to the extent of the services provided by Assignee.

In the event my insurance company is to make such payments or refuses to make payment in full, I hereby assign and transfer to Assignee any and all causes of action, whether in contract or tort, and all proceeds from such causes of action and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve said claims and/or cause of actions as it may see fit. I further agree that if insurer sends payment to me, I will immediately forward payment to Assignee by endorsing the check to Assignee or paying an equal amount in another form.

By signing bellow, you agree to these Terms & Conditions.

SIGNATURE: _Katy Lynn McBrayer_          DATE: 10/16/15

Scanned by CamScanner

# SUNCOAST AUTO GLASS
## MV88301
## 3838 ALLEN RD
## ZEPHYRHILLS FL 33541
## (813)355-3465 Fax:(813)433-5603
## Tax# 46-2286486

**Invoice: 3334**

**Date:05/06/2016**

Insurance:

GEICO INSURANCE

Insured:

PURO CLEAN INC.

Ph:(866)508-9444 Fax:(703)542-0110 Other:(202)354-5295

H█████████

| Csr: | Tech: | PO | | Terms:C.O.D | Bill-To TermsNET 30 |
|------|-------|-----|--|-------------|---------------------|

Policy:910002135504-22063  Loss-Date:05/04/2016

Vehicle:2014 RAM PROMASTER CARGO VAN  VIN:████████████

| Qty | Part / Description | List Price | Material | Labor | Item Total |
|-----|--------------------|-----------|----------|-------|-----------|
| 1 | DW02120GTY - Windshield Green Tint (w/Molding attached)(3/4 & Lwr Mouldings, Foam Strip & Big Foot Bracket)(W/Third Visor Frit) | 753.70 | 753.70 | 297.00 | 1,050.70 |
| 2.00 | HAH000004 - Adhesive(Nags) (Urethane,Dam,Primer) (2.00) | | 25.00 | 0.00 | 50.00 |
| 1.00 | FUEL - Fuel Surcharge | | 25.00 | 0.00 | 25.00 |
| 1.00 | DISPOSAL - Disposal/Storage | | 10.00 | 0.00 | 10.00 |

Tax Info:

PASCO   11.36
STATE TAX   68.14

VIN # __/__/__/__/__/__/__/__/__/__/__/__/__/__/__/__/__/ DOT#_____
Safe Drive Away Time_____ Initials_____
Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Suncoast Auto Glass LLC. I make this assignment in consideration of Suncoast Auto glass LLC's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Suncoast Auto Glass LLC within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Suncoast Auto Glass LLC, and to accept notice of claim from Suncoast Auto Glass LLC.
Signature_____I acknowledge the above assignment, and the goods and/or services have been provided to my complete satisfaction.

Remit To: Suncoast Auto Glass
3838 Allen Rd.
Zephyrhills, Fl. 33541

| Material | Labor | Tax | Total | Deductible | Payments | Balance |
|----------|-------|-----|-------|-----------|----------|---------|
| 838.70 | 297.00 | 79.50 | 1,215.20 | 0.00 | 0.00 | 1,215.20 |

# SUNCOAST AUTO GLASS
## MV88301
## 3838 ALLEN RD
## ZEPHYRHILLS FL 33541
## (813)355-3465 Fax:(813)433-5603
## Tax# 46-2286486

**Order: 3334**

**Date:05/05/2016**

Insurance:

GEICO INSURANCE

Insured:

PURO CLEAN INC.

████████████████

Ph:(866)508-9444 Fax:(703)542-0110 Other:(202)354-5295

H ████████████

| Csr: | Tech: | PO | Terms:C.O.D | Bill-To TermsNET 30 |
|---|---|---|---|---|

Policy:910002135504-22063  Loss-Date:05/04/2016

Vehicle:2014 RAM PROMASTER CARGO VAN

| Qty | Part / Description |
|---|---|
| 1 | DW02120GTY - Windshield Green Tint (w/Molding attached)(3/4 & Lwr Mouldings, Foam Strip & Big Foot Bracket)(W/Third Visor Frit) |
| 2.00 | HAH000004 - Adhesive(Nags) (Urethane,Dam,Primer)(2.00) |
| 1.00 | FUEL - Fuel Surcharge |
| 1.00 | DISPOSAL - Disposal/Storage |

Job Location Mobile

PURO CLEAN INC

████████████████████

VIN # ██████████████████████████  DOT# *459*

Safe Drive Away Time _10:00 am_  Initials _√ M_

Assignment of benefits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to Suncoast Auto Glass LLC. I make this assignment in consideration of Suncoast Auto glass LLC's agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment is made directly to owner/agent by an insurer, it shall be endorsed over to Suncoast Auto Glass LLC within three days. I agree that any portion of work not covered by insurance must be paid by the undersigned on or before its completion. I hereby direct my insurance carrier to release any and all information requested by Suncoast Auto Glass LLC, and to accept notice of claim from Suncoast Auto Glass LLC.

Signature _X _____  I acknowledge the above assignment, and the goods and/or services have been provided to my complete satisfaction.

| Deductible |
|---|
| 0.00 |

# Work Order

**Glass Replacements LLC FLORIDA**
555 Winderley Pl Ste 300

Phone: (407) 982-4413
Fax: (407) 982-4414

Maitland, FL 32751
TAX ID#: 453556789

**Customer:**
ALEX VEGA
8923 N. OTIS AVENUE

TAMPA, FL 33604

Phone: (813) 785-4601 Fax:
Phone2:          Mobile:

**Insurance-Fleet-Broker:**
GEICO - MARS SAFELITE

Phone: 6146022120

Job Scheduled For: March 2, 2016 12:00 pm
Written By: Allie Out of State
Technician: Anthony Davis

Sales Rep: 1MH Joe Martinez

| Automobile Information | | Fleet Information | | Insurance Information | |
|---|---|---|---|---|---|
| Year: | 2012 | Unit # : | | Policy # : | |
| Make: | Honda | Card # : | | Claim # : | 624318 |
| Model: | Pilot | Exp Date: | | Loss Date: | 02/01/2016 |
| Style: | 4 Door Utility | Driver Name: | | Cause: | |
| VIN #: | | Driver Lic.: | | Authorization #: | 09043 |
| Color: | ALLIE | Fleet PO#: | | Agent/Broker: | |
| Mileage: | | | | | |
| License: | State: | | | | |

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| FW03253GBNN | Windshield | GB: | 1 | Each | | | | |
| FW03253GBNN | Windshield | Labor | 4 | Hrs | | | | |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Each | | | | |
| WFT F2926 | Moulding | Reveal | 1 | Each | | | | |

**Service Address**
ALEX VEGA

**Work Order Notes**

| | Owner | Insurance |
|---|---|---|
| Sub Total | | |
| Tax | | |
| Gross Total | | |
| Deductible | | |
| Net Total | | |

Mobile Phone:

**AMOUNT TO COLLECT**   **$0.00**

33604***TAMPA***TAKE PICS***AFTER 4***PLS CALL 30MIN PRIOR***PLS TRANSFER SUNPASS/DECAL***

Vehicle Notes: _____

Assignment of Proceeds, Benefits and Authorization to Pay; TERM NET 30
I hereby authorize the glass repairs and assign to GLASS REPLACEMENTS LLC (hereinafter "Assignee") any and all Benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the insurer refuses payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said claim in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as it may see fit. If my insurer sends payment to me, I will forward payment to Assignee.

Signature _____

A

## ASSIGNMENT

GLASS REPLACEMENTS, LLC (hereinafter "Assignor") hereby assigns to SEEKNAY, LLC (hereinafter "Assignee") any and all owed benefits and accounts receivables related to and arising out of GLASS REPLACEMENTS, LLC invoice number 4561630 (ALEX VEGA) attached hereto. This assignment is granted in exchange for monetary consideration, receipt and sufficiency of which is acknowledged herein, and hereby assigns and transfers to Assignee any and all rights to the unpaid benefits or proceeds that are collected as a result of litigation, causes of action of collection efforts done by or through its name, as assignee of the insured and/or his or her authorized representative and to compromise, settle or otherwise resolve said claims and/or causes of action as it may see fit.

_____
GLASS REPLACEMENTS, LLC

Date: ___12/07/2016_____

B

**Glass Replacements LLC FLORIDA**
555 Winderley Pl Ste 300

Phone: (407) 982-4413
Fax: (407) 982-4414

Maitland, FL 32751
TAX ID# 453556789

## Bill To:
GEICO - MARS SAFELITE

Phone:(614) 602-2120    Fax:(614) 210-9504

## Customer:
ALEX VEGA

Fax:

| | |
|---|---|
| Job Scheduled For:  March 2, 2016  12:00 pm | |
| Written By:        Allie Out of State | Sales Rep:  1MH Jo Martinez |
| Technician:        Anthony  Davis | Invoiced By:  Shannon Out of State |

| Automobile Information | Fleet Information | Insurance Information |
|---|---|---|
| Year:   2012 | Unit # : | Policy # : |
| Make:  Honda | Card # : | Claim # :      624318 |
| Model:  Pilot | Exp Date: | Loss Date:   02/01/2016 |
| Style:  4 Door Utility | Driver Name : | Cause: |
| VIN #: | Driver Lic.: | Authorization # :  09043 |
| Color:  ALLIE | Fleet PO#: | |
| Mileage: | | |
| License:        State: | | |

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| FW03253GBNN | Windshield | GB, | 1 | Eac | $553.70 | Y | | $553.70 |
| FW03253GBNN | Windshield | Labor | 4 | Hrs | $85.00 | Y | | $340.00 |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Eac | $28.00 | Y | | $50.00 |
| WFT F2926 | Moulding | Reveal | 1 | Eac | $36.10 | Y | 20% | $28.88 |

| | |
|---|---|
| Sub Total | $972.58 |
| Tax | $58.08 |
| Gross Total | $1,040.66 |
| Deductible | $0.00 |
| Net Total | $1,040.66 |

Assignment of Proceeds, Benefits and Authorization to Pay: TERM NET 30
I hereby authorize the glass repairs and assign to GLASS REPLACEMENTS LLC  (hereinafter "Assignee") any and all Benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the insurer refuses to make payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

# Work Order

Glass Replacements LLC FLORIDA
555 Winderley Pl Ste 300

Phone: (407) 982-4413
Fax: (407) 982-4414

Maitland, FL 32751
TAX ID#: 453556789

**Customer:**
XIANGLI XIE

**Insurance-Fleet-Broker:**
GEICO - MARS SAFELITE

Phone: 6146022120

| Job Scheduled For: | March 14, 2016  8:00 am | | |
|---|---|---|---|
| Written By: | Adri Out of State | | |
| Technician: | Chris Sims | Sales Rep: | 1MZ Timmie Saylor |

**Automobile Information**
| | |
|---|---|
| Year: | 2011 |
| Make: | Honda |
| Model: | Accord |
| Style: | 4 Door Sedan |
| VIN #: | |
| Color: | AY |
| Mileage: | |
| License: | State: |

**Fleet Information**
| | |
|---|---|
| Unit # : | |
| Card # : | |
| Exp Date: | |
| Driver Name: | |
| Driver Lic.: | |
| Fleet PO# : | |

**Insurance Information**
| | |
|---|---|
| Policy # : | |
| Claim # : | 794898 |
| Loss Date: | 03/12/2016 |
| Cause: | |
| Authorization #: | 09043 |
| Agent/Broker: | |

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| FW02814GTNN | Windshield | GT | 1 | Each | | | | |
| FW02814GTNN | Windshield | Labor | 3.6 | Hrs | | | | |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Each | | | | |

**Service Address**
XIANGLI XIE

**Work Order Notes**
SALES FILED CLAIM

Mobile Phone:

| | Owner | Insurance |
|---|---|---|
| Sub Total | | |
| Tax | | |
| Gross Total | | |
| Deductible | | |
| Net Total | | |

**AMOUNT TO COLLECT    $0.00**

TAMPA  9-1  33609  CALL EN ROUTE  TAKE PICS
**IN PARKING GARAGE**
Vehicle Notes:

Assignment of Proceeds, Benefits and Authorization to Pay: TERM NET 30
I hereby authorize the glass repairs and assign to GLASS REPLACEMENTS LLC (hereinafter "Assignee") any and all benefits from the insurer providing coverage for the repaired vehicle. This assignee
benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee; if the insurer refuses
payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said ca
either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or causes of actions as it may see fit. If my insurer sends payment to me, I will
forward payment to Assignee.

Signature X

A

## ASSIGNMENT

GLASS REPLACEMENTS, LLC (hereinafter "Assignor") hereby assigns to SEEKNAY, LLC (hereinafter "Assignee") any and all owed benefits and accounts receivables related to and arising out of GLASS REPLACEMENTS, LLC invoice number 4579205 (XIANGLI XIE) attached hereto. This assignment is granted in exchange for monetary consideration, receipt and sufficiency of which is acknowledged herein, and hereby assigns and transfers to Assignee any and all rights to the unpaid benefits or proceeds that are collected as a result of litigation, causes of action of collection efforts done by or through its name, as assignee of the insured and/or his or her authorized representative and to compromise, settle or otherwise resolve said claims and/or causes of action as it may see fit.

GLASS REPLACEMENTS, LLC

Date: __12/07/2016__

B

# Invoice

**Glass Replacements LLC FLORIDA**
555 Winderley Pl Ste 300

Phone: (407) 982-4413          Maitland, FL 32751
Fax: (407) 982-4414            TAX ID# 453556789

**Bill To:**

GEICO - MARS SAFELITE

Phone:(614) 602-2120    Fax:(614) 210-9504

**Customer:**

XIANGLI XIE

Fax:

| | | |
|---|---|---|
| Job Scheduled For: March 14, 2016  6:00 am | | |
| Written By: Adri Out of State | Sales Rep: 1MZ Timmie Saylor | |
| Technician: Chris Sims | Invoiced By: Shannon Out of State | |

| Automobile Information | Fleet Information | Insurance Information |
|---|---|---|
| Year: 2011 | Unit # : | Policy # : |
| Make: Honda | Card # : | Claim # : 794698 |
| Model: Accord | Exp Date: | Loss Date: 03/12/2016 |
| Style: 4 Door Sedan | Driver Name : | Cause: |
| VIN #: | Driver Lic.: | Authorization # : 09043 |
| Color: AY | Fleet PO# : | |
| Mileage: | | |
| License:          State: | | |

| MFG Part | Description | | Qty | Unit | List | O&A | Discount | Net |
|---|---|---|---|---|---|---|---|---|
| FW02814GTNN | Windshield | GT, | 1 | Eac | $236.90 | Y | | $236.90 |
| FW02814GTNN | Windshield | Labor | 3.6 | Hrs | $85.00 | Y | | $306.00 |
| HAH000004 | Adhesive | 2.0 Urethane,Dam,Primer | 1 | Eac | $26.00 | Y | | $50.00 |
| MW02814O BLT | Moulding | Reveal | 1 | Eac | $42.63 | N | 20.00% flat | $34.10 |

| | |
|---|---|
| Sub Total | $627.00 |
| Tax | $43.89 |
| Gross Total | $670.89 |
| Deductible | $0.00 |
| Net Total | $670.89 |

Assignment of Proceeds, Benefits and Authorization to Pay: TERM NET 30
I hereby authorize the glass repairs and assign to GLASS REPLACEMENTS LLC (hereinafter "Assignee") any and all benefits from the insurer providing coverage for the repaired vehicle. This assignment of benefits is given in consideration for the glass repairs performed by Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by Assignee. If the insurer refuses to make payment in full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action either in my name or Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve claims and/or cause of actions as it may see fit. If my insurer sends payment to me, I will immediately forward payment to Assignee.

Signature _____

# MEDFUND OF FLORIDA INC
## d/b/a RIVERVIEW RECOVERY
## 500 EAST BROWARD BLVD., SUITE #1710
## FORT LAUDERDALE, FL 33394

### ASSIGNMENT OF INSURANCE BENEFITS

I, the undersigned Auto Glass Provider ("Provider"); assign any and all rights and benefits on the following automobile insurance policy, (herein "Auto Ins."), to: Medfund of Florida Inc d/b/a RiverView Recovery ("Company") which have previously been assigned to the Provider by the insured;

_HERIBERTO CHINEA - GEICO_.

This assignment of benefits includes, but is not limited to: labor, materials, overdue interest, attorney's fees and costs, and any potential claim for common law or statutory bad faith/unfair claims handling.

**Disputes:** The insurer is directed not to issue any checks or drafts in partial settlement of a claim that contain or are accompanied by language releasing the insurer or its insured/patient from liability unless there has been a prior written settlement agreed to by the Auto Glass Provider and the insurer as to the amount payable under the insurance policy. The parties hereto contest and object to reductions or partial payments. Any partial or reduced payment, regardless of the accompanying language, issued by the insurer and deposited by the provider shall be done so under protest, at the risk of the insurer, and the deposit shall not be deemed a waiver, accord, satisfaction, discharge, settlement or agreement by the provider to accept reduced amount as payment in full. The insurer is hereby placed on notice that the Company reserves the right to seek the full amount of the bills submitted.

Signature _____
Charlies Auto Glass Installers of Pompano

Date _2-1017_

# ESTIMATE / SERVICE ORDER

Site: _____ SR _____ No. _____ DATE 12 · 13 · 16

TAMPA

**Rapid Auto Glass**
3405 Parkway Center Court
Orlando Fl 32808
PH:(407) 906-3271 FAX:(888) 351-6994

Insured Name: Jose Mondalvo
Address:
City ST:
Home #: _____ Cell #:

EMAIL Address: N/A

Notes for Installer:
App: Dec · 14 · 16 @ 8am - 12 pm
PART # 2314 GBN - FYG # 68.23
muldings # 14.29
Save Used Parts? Yes / No

## VEHICLE
Year: 2007 Make: Honda Model/Submodel: Pilot SUV

VIN: _____ Type: DXSA22

FL TAG

20 (4D) SnRF Pan/Sr Slvr Cmft Rm/Sfct Shade B/S LDWS Hud Ant HUD Body Type:

## Insurance Information
Company Name: Geico
Policy #:
_____ NOV · 18 · 2016 -
Deductible: 0

REF# 335615

Yes to blue sheet
No Rain sensor
No lane sensor

## Description of Work to be Performed

| | | Qty. | Parts: | List Price: | Total: |
|---|---|---|---|---|---|
| REPAIR | REPLACEMENT | | | | $ |
| WINDSHIELD | | | | | $ |
| DOOR GLASS | Billing Rates | | Billing Notes | | $ |
| VENT GLASS | | | | Labor | $ |
| QUARTER GLASS | | | | Subtotal | $ |
| BACK GLASS | | | | Tax | $ |
| PANORAMIC/SUN ROOF | | | | Total | $ |
| | Accepted Y / N | | | Deductible | $ |
| | | | | Balance Due | $ |

NOTES. *All parts are new and priced according to NAGS **All labor is hourly based on established NAGS labor hours ***No charge for shop supplies, waste or disposal
**All estimates and diagnostics are free **Storage charge is $23.00 per day **LIFETIME WARRANTY: Workmanship & parts defect

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN:
I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN STATEMENT IF MY FINAL BILL WILL EXCEED $100.
____ I REQUEST A WRITTEN ESTIMATE
____ I DO NOT REQUIRE A WRITTEN STATEMENT AS LONG AS THE REPAIR COSTS DO NOT EXCEED $___ THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
____ I DO NOT REQUEST A WRITTEN ESTIMATE

SIGNATURE: _____ DATE:

### ASSIGNMENTS OF BENEFITS
I hereby authorize the glass repairs and assign to (RAPID AUTO GLASS) (herein after the "Assignee") any and all Comprehensive and/or Collision benefits from my insurance company affording the Comprehensive and/or Collision coverage for the vehicle repaired or to be repaired. This assignment of benefits is given in consideration for the glass repairs and/or the glass replacement performed or to be performed by the Assignee. This is to act as an assignment of my rights and benefits to the extent of services provided by Assignee. In the event my insurance company is to make such payments or refuses to make payment in full upon demand by me or the Assignee, I hereby assign and transfer to Assignee any and all causes of action, whether to contract or in tort, and all proceeds from such cause of action and further authorize Assignee to prosecute said cause of action either in the name of Assignee's name. I further authorize Assignee to compromise, settle or otherwise resolve said claim and/or cause of action as it may see fit. I further agree that if the insurer sends payment to me, I will immediately forward payment to Assignee by either endorsing the check to the Assignee or payor's unequal amount in another form.

Authorized Signature: _____ Date:

Printed Name:

TOTAL P.06

**RAPID AUTO GLASS**
**3465 PARKWAY CENTER COURT**
**ORLANDO, FL 32808**

PH:(407) 906-3274 FAX:(888) 351-6994

| | Federal Tax ID : | 81-3041258 |
|---|---|---|
| | Florida MV#: | MV95958 |

| | | |
|---|---|---|
| P/O#: | Cust State Tax ID: | **Workorder:** W003149 |
| Taken By: | Cust Fed Tax ID: | Date: 12/14/2016 |
| Installer: | Ship Via: | Time: 01:52 AM |
| SalesRep: | Adv. Code: | |

Jose Montalvo

### Insurance Proof Of Loss

| | | |
|---|---|---|
| Insurance Company : | Insurance Phone : | |
| Claim # : 335615 | Policy : | |
| Verified : | Name : Jose Montalvo | |
| Loss Date : 11/18/2016 | Effective Date : | Expires : |
| Cause : | Agent : | Phone : |
| Location : | Agent Name : | Deductible : |

### Vehicle Information

| | | |
|---|---|---|
| Make: Honda | Model Style: Pilot 4 Door Utility | Year: 2007 |
| Odometer: | VIN: | License: dxsa21 |

| Qty | Part Number | Description |
|---|---|---|
| 1 | FW02314GBNNCOM | Windshield-(Solar Controlled) |
| 1 | 100H | 100 Per NAGS Hour (2.3 Hours) |
| 1 | HAH000004 | Adhesive-(2.0,Urethane,Dam,Primer) |
| 1 | WFS F2582 RC | Moulding-(Reveal) |

Please Remit Payment within 30 days of invoice date All Invoices not paid in 30 days will be turned over to the legal department for collections.

Thank You for your patronage

### AUTHORIZATION TO PAY

ASSIGNMENT OF BENEFITS I HEREBY ASSIGN ANY AND ALL INSURANCE RIGHTS, BENEFITS, CAUSES OF ACTIONS AND PROCEEDS AGAINST MY INSURANCE COMPANY TO RAPID AUTO GLASS. I MAKE THIS ASSIGNMENT IN CONSIDERATION OF RAPID AUTO GLASS AGREEMENT TO PERFORM SERVICES AND OTHERWISE PERFORM ITS OBLIGATIONS UNDER THIS CONTRACT, INCLUDING NOT REQUIRING FULL PAYMENT AT THE TIME OF SERVICE. I UNDERSTAND THAT I REMAIN LIABLE FOR ANY PORTION NOT PAID BY MY INSURANCE

| Collect From Customer | $0.00 |
|---|---|

Customer's Signature:

# ESTIMATE / SERVICE ORDER

Size _____ SR: _____ No. _____ DATE: 12 - 19 - 16

Orlando

**Rapid Auto Glass**
5265 Parkway Center Court
Orlando Fl 32808
PH: (407) 906-3274 FAX: (888) 351-6994

Rep: _____

Insured Name: Yesica Stimson

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_____ St.: ▓▓▓▓▓▓▓▓▓▓▓▓▓

Home: _____   Cell: ▓▓▓▓▓▓▓▓▓

EMAIL Address: ▓▓▓▓▓▓▓▓▓▓▓

Notes for Installer:
Date: Dec 19 16 @ 12 pm - 4 pm
Install Address: 250 Towne Center Blvd.
Sanford FL 32771
Part # 1881 OEM MOPAR $200.00
Save Used Parts?   Yes - No

VEHICLE   Year: 2016   Make: Jeep   Model/Submodel: Wrangler Sport Limited

VIN: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   St.: FL 7716   Tag: AWB HS8

Body Type: _____

Insurance Information   Company Name: Geico   Claim #: _____   No Rain Sensors
Policy #: _____   Date of Loss: Dec-8-16   Deductible: ▓   Has Rain Sensors
Date Reported or Inspection: _____   CSR Name: _____   Text: _____

Ref #: 1207193

| Description of Work (to be Performed) | Qty | Parts | List Price | Total |
|---|---|---|---|---|
| REPAIR  REPLACEMENT | | | | $ |
| WINDSHIELD | | | $ | |
| DOOR GLASS | | | Labor $ | |
| VENT GLASS | | | Moulding $ | |
| QT ARTER GLASS | | | Tax $ | |
| BACK GLASS | | | Total $ | |
| BACK GLASS W/DEFROSTER | | | Deductible $ | |
| | | | Balance Due $ | |

NOTES: *All parts are new and pricing is priority to OEM **All labor prices are based on established AMGS labor hours ***No charge for shop supplies, waste or disposal.

**Adjusted**: _____   M: _____

**Refused**: _____

*Moulding fees and installation are free **Storage charges of $25.00 per day. ***LIFE TIME WARRANTY to fabrication & parts defect

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN
____ I UNDERSTAND THAT UNDER STATE LAW I AM ENTITLED TO A WRITTEN STATEMENT IF MY FINAL BILL WILL EXCEED $100
____ I REQUEST A WRITTEN ESTIMATE
____ I DO NOT REQUIRE A WRITTEN STATEMENT AS LONG AS THE REPAIR COSTS DO NOT EXCEED $ ____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL
____ I DO NOT REQUEST A WRITTEN ESTIMATE

SIGNATURE: Yesica Stimson   DATE: 12-19-16

ASSIGNMENT OF BENEFITS
...
Authorized Signature: X Yesica Stimson   Date: 12-19-16
Printed Name: _____

**RAPID AUTO GLASS**
**3465 PARKWAY CENTER COURT**
**ORLANDO, FL 32808**

PH:(407) 906-3274 FAX:(888) 351-6994

Federal Tax ID    81-9041256
Florida MV8       MV95958

| P/O#: | Cust State Tax ID | Workorder: W003151 |
|---|---|---|
| Taken By: | Cust Fed Tax ID | |
| Installer: | Ship Via: | Date:  12/14/2016 |
| | | Time:  01:03 PM |

SalesRep: Paula

Adv. Code:

**Bill To: Geico**

Geico Insurance (Safelite)          Jason Stinson
PO BOX 182276
COLUMBUS, OH 43218

(800) 510-2291

**Insurance Proof Of Loss**

| Insurance Company : Geico Insurance (Safelite) | Insurance Phone : (800) 510-2291 | |
|---|---|---|
| Claim # : 297195 | Policy : | Expires : |
| Verified : | Name : Jason Stinson | Phone : |
| Loss Date : 12/8/2016 | Effective Date : | Deductible : |
| Cause : | Agent : | |
| Location : | Agent Name : | |

**Vehicle Information**

| | Make: Jeep | Model Style: Wrangler 4 Door Utility | | Year : 2016 |
|---|---|---|---|---|
| | Odometer : | VIN : | | License: AWBM58 |

| Qty | Part Number | Description |
|---|---|---|
| 1 | DW01881GTNNCOM | Windshield-(Jeep Grille in 3rd Visor PrtlSolar) |
| 1 | 100H | 100 Per NAGS Hour (2.5 Hours) |
| 1 | HAH000004 | Adhesive-(1.5,Urethane,Dam,Primer) |

Please Remit Payment within 30 days of invoice date. All invoices not paid in 30 days will be turned over to
the legal department for collections.
Thank You for your patronage.

AUTHORIZATION TO PAY

ASSIGNMENT OF BENEFITS I HEREBY ASSIGN ANY AND ALL INSURANCE RIGHTS, BENEFITS,
CAUSES OF ACTIONS AND PROCEEDS AGAINST MY INSURANCE COMPANY TO RAPID AUTO
GLASS. I MAKE THIS ASSIGNMENT IN CONSIDERATION OF RAPID AUTO GLASS AGREEMENT
TO PERFORM SERVICES AND OTHERWISE PERFORM ITS OBLIGATIONS UNDER THIS
CONTRACT, INCLUDING NOT REQUIRING FULL PAYMENT AT THE TIME OF SERVICE. I
UNDERSTAND THAT I REMAIN LIABLE FOR ANY PORTION NOT PAID BY MY INSURANCE.

Collect From Customer          $0.00

Customer's Signature

## ASSIGNMENT

CHWR, LLC d/b/a SMARTRIDE WINDSHIELD REPAIR (hereinafter "Assignor") hereby assigns to SPRINGBOK COLLECTIONS, LLC (hereinafter "Assignee") any and all benefits and accounts receivables related to and arising out of SmartRide Windshield Repair invoice number 4927230 (DAVID LAMB) attached hereto. This assignment is granted in exchange for monetary consideration, receipt and sufficiency of which is acknowledged herein, and hereby assigns and transfers to Assignee any and all rights to benefits and causes of action and all proceeds therefrom. Assignor further authorizes Assignee to prosecute said causes of action in its name as assignee of the insured and/or his or her authorized representative and to compromise, settle or otherwise resolve said claims and/or causes of action as it may see fit.

_____

CHWR, LLC, d/b/a SMARTRIDE WINDSHIELD REPAIR


JAN 1 8 2017
Date

B

# SMART·RIDE
WINDSHIELD REPAIR

**STOP**

Remittance Address
CHWR, LLC
P.O. Box 29008
Phoenix, AZ 85038-9008
FL Registration MV62707
Tax ID #90-0623401

**TICKET# 946979**

**KingCo, Inc**
3418 Handy Rd. Suite 203
Tampa, FL 33618
Phone: 813-333-9151
Fax: 813-333-9158
Email: TampaFL@saferideAG.com
Today's Date 11 / 25 /16

☐ GS  ☐ MB  ☑ RETAIL
☐ CW  ☐ MALL  ☐ SFWY

Store Code [B][4][3]   Event Location Sam E. Col   Sales Rep Richard Chavious   Tech Name _____   Time: _____

Insured Customer's Name David Lamb   Other Authorized Person _____  ☐ Owner

Street _____   Telephone # _____

City _____   Email _____

Telephone # ( )   Email: _____

Insurance Co Geico   Policy # _____

Direct Bill: Address _____   City _____   State _____

Fax _____   Phone ( ) _____

Billing Phone # ( ) _____   Fax ( ) _____

Claim # _____   Date of Loss 11 / 24 / 16

Lynx Dispatch # _____   (Harmon) SGC# _____   Safelite Referral # [1][1][6][5][5][8]

☐ Cash ☐ MC ☐ VISA ☐ AMEX  Account # _____   Exp. _____

Amount $ _____
Card Holder Signature _____

VIN #'s _____
ABC _____

License Plate [E][X][D][V][4][6]   Odometer _____   Year [2][0][1][8]

## PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:

I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

_____ I REQUEST A WRITTEN ESTIMATE.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____

THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

_____ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED: _____   DATE: _____

Sub Model _____   ☐ 2 door  ☐ 4 doc
☐ Std Cab  ☐ Ext Cab  ☐ Crew Cab  ☐ Conv.

Make Mitsubishi  Model Ec110S

No charge for repair price estimate.
Total Cost to Customer (parts & labor) $ _____
Insurance to be billed (parts & labor) $ _____

In the event the repair fails, the payee will be reimbursed.

Promised Completion Date ___/___/___

Estimate good for 30 days. SmartRide is not responsible for damage caused by crack, line or actual nature. You and your employees may operate my vehicle for the purpose of testing, inspection and delivery of repair. I cancel repairs to my vehicle for any reason. I understand that this door and reasonable fees of a court determines that the insurer is otherwise liable for such amount. This assignments further indicates the right to communicate with the repairs including subset work, and to use the necessary materials.

Estimate Cost $ _____
X _____
General Description of work to be performed

**Area Repaired**

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | 5 | 6 |
| 7 | 8 | 9 |

**Number of Repairs:**

| 1 | 2 | 3 |
|---|---|---|
| Customer Initials | Customer Initials | Customer Initials |
| Tech. Initials | Tech. Initials | Tech. Initials |

DL

Customer Initial DL

All repairs include new parts. No shop supplies, waste disposal, or storage costs are charged. Charges based on a flat rate. Any and all replaced parts will be saved for inspection.

FOR ALL SERVICES: ASSIGNMENT OF RIGHTS AND PRIVILEGES, AND AUTHORIZATION TO PAY: In consideration of SmartRide agreeing to repair auto glass damage to my vehicle, I hereby assign to SmartRide an monies which I have obtained my insurer for the collection of monies due for such repairs and/or replacements. This assignments includes, but not limited to, the right to receive direct payment of the claim from the insurance company, the right to make demand for payment(including the right to make a demand under any relevant) consumer protection statue or regulation, the right to sue the insurance company in a court of law for payments rightly owed to me, and the right to recover multiple damages, cost, interest and reasonable attorney's fees if a court determines that the insurer was unreasonable in withholding payment of if a court determines that the insurer is otherwise liable for such amount. This assignments further indicates the right to communicate with, and to receive information from, my insurance company, on my behalf, relative to any claim I have made with my insurance company for the repair or replacement of damaged glass on my insured vehicle(s). I also hereby authorize SmartRide, independent contractors and sub contractors to do all things necessary or proper to enforce the rights assigned hereunder. If my insurance company issues payments to me instead of SmartRide, I agree to immediately forward payment.

ALL INSURANCE REPAIRS WILL RESULT IN A CLAIM CREATION AND BILLED TO YOUR INSURANCE COMPANY. REPAIRS MAY BE AT NO ADDITIONAL COST TO YOU AND/OR NO ADDITIONAL OUT OF POCKET EXPENSE. SmartRide DOES NOT CONDONE THE USE OF THE WORD "FREE" BY ANY REP FOR ANY REASON UNDER ANY CIRCUMSTANCE.
I acknowledge that work may be performed and completed by a subcontractor on behalf of SmartRide.
I acknowledge that the above referenced auto glass repair service has been completed to my satisfaction in a courteous and professional manner.

Customer Signature X _____

Powered by CHWR, LLC Tax ID #90-0623401

## ASSIGNMENT

CHWR, LLC d/b/a SMARTRIDE WINDSHIELD REPAIR (hereinafter "Assignor") hereby assigns to SPRINGBOK COLLECTIONS, LLC (hereinafter "Assignee") any and all benefits and accounts receivables related to and arising out of SmartRide Windshield Repair invoice number 4919372 (AMY GOOD) attached hereto. This assignment is granted in exchange for monetary consideration, receipt and sufficiency of which is acknowledged herein, and hereby assigns and transfers to Assignee any and all rights to benefits and causes of action and all proceeds therefrom. Assignor further authorizes Assignee to prosecute said causes of action in its name as assignee of the insured and/or his or her authorized representative and to compromise, settle or otherwise resolve said claims and/or causes of action as it may see fit.

CHWR, LLC, d/b/a SMARTRIDE WINDSHIELD REPAIR

JAN 1 8 2017

Date

B

# Bond Auto Glass

3390 SPRING LAKE HWY
BROOKSVILLE, FL 34602
(731) 363-7706  Fax: (888) 900-0132

| | |
|---|---|
| Invoice: | 298-133779 |
| Date: | 2016-10-27 |
| Scheduled: | 09/29/2016  -16:00:00 |

**Insurance:**

**Customer / Insured:**

John  Garofano

| Csr: | Tech: | Sales Rep: JAMES ZIEGENBALG | Bill-To Terms: Due on Receipt |
|---|---|---|---|

| Referral #: | Policy #: | Loss-Date: 10/14/2016 | PO Number: |
|---|---|---|---|

| Sched Pref: 09/29/2016 | Pref Time: -  16:00:00 | RO Number: |
|---|---|---|

| Vehicle: 2012 Hyundai Elantra 4 Door Sedan | VIN: KMHDH4AE4CU213490 | Mileage: | Plate: | Unit Number: |
|---|---|---|---|---|

**Job Location**

John Garofano
8559 Bay Dr.
Spring Hill, FL 34606
(352) 442-4447

**Cross Streets**

N/A /
N/A

**Notes**

Hyundai Elantra, Customer is Amanda Garofano, insured is her father.

I hereby authorize the glass repairs and assign to Bond Auto Glass, LLC (hereinafter "Assignee") any and all benefits from the insurer providing coverage for the repaired vehicle. This assignment is given in consideration for the glass repairs performed by the Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by the Assignee. If the insurer refuses to make full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action in my name or Assignee's name. I further authorize Assignee to settle or resolve claims and/or cause of actions as it sees fit.

_____

Print Name                              Signature


EXHIBIT
A

# Bond Auto Glass

3390 SPRING LAKE HWY
BROOKSVILLE, FL 34602
(731) 363-7706  Fax: (888) 900-0132

Invoice:     298-133779
Date:        2016-10-27
Scheduled: 11/01/2016 08:00:00 -10:00:00

**Insurance:**

Geico (safelite)

**Customer / Insured:**

John  Garofano

███████████████████

| Csr: | Tech: KEITH SLAMAN & RANDY LEMUS | Sales Rep: JAMES Z | Bill-To Terms: Due on Receipt |
|---|---|---|---|

| Referral #: | Policy #: ████████ | Loss-Date: 10/14/2016 | PO Number: |
|---|---|---|---|

| Sched Pref: 11/01/2016 | Pref TIme: 08:00:00 - 10:00:00 | RO Number: |
|---|---|---|

| Vehicle: 2012 Hyundai Elantra 4 Door Sedan | VIN: ████████ | MIleage: | Plate: | Unit Number: |
|---|---|---|---|---|

| Qty | Part Description | List Price | Material | Labor | Item Total |
|---|---|---|---|---|---|
| 1.0 | FW03371GBN | 346.00 | 346.00 | 279.00 | 625.00 |
| 2.0 | HAH000004 | 28.00 | 25.00 | 0.00 | 50.00 |
| 1.0 | GGG 3370 | 79.99 | 79.99 | 0.00 | 79.99 |
| 1.0 | | 25.00 | 25.00 | 0.00 | 25.00 |
| 1.0 | | 25.00 | 25.00 | 0.00 | 25.00 |

**Job Location**
John Garofano
██████████████

**Cross Streets**
N/A /
N/A

**Notes**
Hyundai Elantra, Customer is Amanda Garofano, insured is her father.

I hereby authorize the glass repairs and assign to Bond Auto Glass, LLC (hereinafter "Assignee") any and all benefits from the insurer providing coverage for the repaired vehicle. This assignment is given in consideration for the glass repairs performed by the Assignee. This acts as an assignment of rights and benefits to the extent of the services provided by the Assignee. If the insurer refuses to make full upon demand by me or Assignee, I hereby assign and transfer to Assignee any and all causes of action and all proceeds therefrom, and further authorize Assignee to prosecute said causes of action in my name or Assignee's name. I further authorize Assignee to settle or resolve claims and/or cause of actions as it sees fit.

