# V I P AUTO GLASS INC
8909 WATERWAY DR
TAMPA, FL 33635
Phone: 813-280-9021 Fax: 813-280-9118

| Customer Service Rep: | Installer: | Location: In-Shop | W/O # 5872 | W/O Date: 2/8/2016 | Today's Date: 2/8/2016 | Paid Date: |
|---|---|---|---|---|---|---|

| BILL TO: | CUSTOMER: | AGRSS INFO: |
|---|---|---|
| GEICO INSURANCE COMPANY | JONES, DERYL | Temperature: |
| | | Humidity: |
| | | Safe drive-away time: |
| W: 800-841-3000, F: 202-354-5295 | H: | |

### INSURANCE INFORMATION

| Agent: | Policy #: | Loss Date: 2/8/2016 |
|---|---|---|
| Contact: | Claim #: | Loss Type: |
| Dispatch #: | Deductible: $ 0.00 | Region/Dist: |

### VEHICLE INFORMATION

| Year: 2013 | VIN: | PO #: |
|---|---|---|
| Make: Honda | Odometer: 0 | RO #: |
| Model: Accord | License #: | Stock #: |
| Body: 4 Door Sedan | | |

| Qty | Part/Service | Description | List Price | Dsc % | Net Price | Labor | Total |
|---|---|---|---|---|---|---|---|
| 1 | FW03647GTNN DOT #: | (W/Third Visor Frit)/Green Tint Adhesive Type: _____ Lot #: _____ | | | | | |
| 1 | HAH000448 | 2.0 Adhesive (Fast-Cure Urethane/Dam/Primer) | | | | | |
| 1 | MW03647 BLT | Moulding | | | | | |

Customer Signature:

Assignment of benifits: I hereby assign any and all insurance rights, benefits and proceeds under any applicable insurance policies to V I P AUTO GLASS INC. I make this assignment in consideration of V I P AUTO GLASS INC agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service. If payment made directly to insured, owner, and or agent by an insurer, it shall be endorse over to V I P AUTO GLASS INC with in three days, V I P AUTO GLASS INC promises to relase the insured from any obligations to pay the difference between the amounts the insurer agreed to pay pursuant to the terms and conditions of the policy and applicable law, and prices charged by V I P AUTO GLASS INC. I hereby direct my insurance carrier to release any and all information requested by V I P AUTO GLASS INC and to accept notice of claim from V I P AUTO GLASS INC.

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN
____ I REQUEST A WRITTEN ESTIMATE

I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DO NOT EXCEED

$____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITH OUT WRITTEN OR ORAL APPROVAL.

[X] I DO NOT REQUEST A WRITTEN ESTIMATE

Exhibit
8
ESQUIRE

I acknowledge the above assignment and that the good and / or service have been provide to my complete satisfaction

Signature: Deryl Jones     Date: 2/8/16

P0002

# VIP AUTO GLASS INC
8909 WATERWAY DR
TAMPA, FL 33635
Phone: 813-280-9021  Fax: 813-280-9118
Federal Tax ID: █████████

| Customer Service Rep: | Installer: | Location: In-Shop | Invoice # 5872 | Invoice Date: 2/8/2016 | Today's Date: 2/8/2016 | Paid Date: |
|---|---|---|---|---|---|---|

| BILL TO: | CUSTOMER: | AGRSS INFO: |
|---|---|---|
| GEICO INSURANCE COMPANY | JONES, DERYL | emperature: |
| | | Humidity: |
| | | Safe drive-away time: |
| W: 800-841-3000, F: 202-354-5295 | H: 954-773-6496 | |

### INSURANCE INFORMATION

| Agent: | Policy #: | Loss Date: 2/8/2016 |
|---|---|---|
| Contact: | Claim #: | Loss Type: |
| Dispatch #: | Deductible: $ 0.00 | Region/Dist: |

### VEHICLE INFORMATION

| Year: 2013 | VIN: | PO #: |
|---|---|---|
| Make: Honda | Odometer: 0 | RO #: |
| Model: Accord | License #: | Stock #: |
| Body: 4 Door Sedan | | |

| Qty | Part/Service | Description | List Price | Disc % | Net Price | Labor | Total |
|---|---|---|---|---|---|---|---|
| 1 | FW03647GTNN DOT #: | (W/Third Visor Frit)/Green Tint Adhesive Type: | $ 481.60 | 0 Lot #: | $ 481.60 | 3 331.50 | $813.10 |
| 1 | HAH000448 | 2.0 Adhesive (Fast-Cure Urethane/Dam/Primer) | $ 96.00 | -48 | $ 50.00 | $ 0.00 | $50.00 |
| 1 | MW03647 BLT | Moulding | $ 12.01 | 0 | $ 12.01 | $ 0.00 | $12.01 |

|  |  |
|---|---|
| Total Parts: | $543.61 |
| Total Labor: | $331.50 |
| Subtotal: | $875.11 |
| FL SALES TAX @ 7.000%: | $61.26 |
| Total: | $936.37 |
| Less Deductible: | 0.00 |
| Amount Due: | $936.37 |

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME  : 02/08/2016 06:33
                                              NAME  :
                                              FAX   :
                                              TEL   :
                                              SER.# : 000A8J460264


        DATE,TIME              02/08  06:33
        FAX NO./NAME           2023545295
        DURATION               00:00:42
        PAGE(S)                03
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```