UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VIP AUTO GLASS, INC.**, individually,
as assignee,

    Plaintiff,                    Case No.:      8:16cv02012-MSS-JSS

v.

**GEICO GENERAL INSURANCE COMPANY**,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Rule 2.03(b) of the Local Rules for the Middle District of Florida, the law firms of Clark & Martino, P.A., de la Parte & Gilbert, P.A., Crist Legal, P.A., and their undersigned attorneys (collectively referred to herein as the "**Law Firms**") hereby move to withdraw as counsel for the Plaintiff, VIP Auto Glass, Inc., and state:

1. The Law Firms serve as counsel in this case for the Plaintiff.

2. Irreconcilable differences have arisen between the Law Firms and the Plaintiff, and, as a result, the Law Firms can no longer represent the Plaintiff.

3. Accordingly, the Law Firms respectfully request this Court permit the Law Firms to withdraw and to stay the case for a reasonable time period to allow the Plaintiff the opportunity to obtain new counsel.

4. As required by Local Rule 2.03(b), on July 14, 2017, the Law Firms gave notice to the Plaintiff and opposing counsel of their request to withdraw.

5. This motion is being filed in good faith, and not for the purpose of delay.

6. Plaintiff does not oppose the relief requested.

7.      Pursuant to Rule 3.01(g) of the Local Rules for the Middle District of Florida, Plaintiff's counsel has conferred with Defendant's counsel regarding this motion who advised that Defendant opposes this motion.

**WHEREFORE**, the Law Firms respectfully request that this Honorable Court enter an order allowing them and their attorneys to withdraw as counsel for the Plaintiff, and to grant the Plaintiff a reasonable time period to obtain new counsel.  Plaintiff may be served any pleadings or papers at the following address: VIP Auto Glass, Inc. c/o Melvin Figueroa, 8909 Waterway Drive, Tampa, Florida 33635; Telephone (813) 280-9021.

Respectfully submitted,

/s/ *J. Daniel Clark*
J. Daniel Clark, FBN 0106471
dclark@clarkmartino.com
Christina Ramirez (Of Counsel), FBN 0954497
Ramirez.nina@gmail.com
**CLARK ♦ MARTINO, P.A.**
3407 W. Kennedy Blvd.
Tampa, Florida  33609
Telephone: (813) 879-0700
Facsimile: (813) 879-5498

David M. Caldevilla, FBN 654248
dcaldevilla@dgfirm.com
**de la PARTE & GILBERT, P.A.**
P.O. Box 2350
Tampa, FL  33601-2350
Telephone: (813) 229-2775
Facsimile: (813) 229-2712

Matthew A. Crist, FBN 0035539
cristm@cristlegal.com
**CRIST LEGAL | PA**
606 East Madison Street
Tampa, Florida 33602
Telephone: (813) 575-5200
Facsimile: (813) 575-2520

**Attorneys For Plaintiff**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on July 19, 2017, I electronically filed the foregoing with the Clerk of Court by using this Court's CM/ECF system that will send a notice of electronic filing to all counsel of record, and served a copy by Email and U.S. Mail on Melvinj Figueroa, VIP Auto Glass, Inc. 8909 Waterway Drive, Tampa, FL 33635 (email: vipautoglass@yahoo.com).

/s/ *J. Daniel Clark*
J. Daniel Clark