UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VIP AUTO GLASS, INC.**, individually,
as assignee,

      Plaintiff,                    Case No.:       8:16-cv-02012-MSS-JSS

v.

**GEICO GENERAL INSURANCE COMPANY**,

      Defendant.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S JULY 14, 2017 ORDER

Plaintiff gives notice of supplemental authority regarding the Motion to Withdraw as Counsel for Plaintiff (Doc. 82) and Motion for Extension of Time to Respond to Court's July 14, 2017 Order (Doc. 80):

    1.    *Horan v. O'Connor*, 832 So. 2d 193, 194 (Fla. 4th DCA 2002) (granting motion to withdraw citing "irreconcilable differences" over opposing party's objection; and explaining there is "no need for this counsel to explain why he wishes to withdraw in more detail, as such an explanation could be detrimental to the client or protected by the attorney-client privilege.");

    2.    *Insituform Technologies, Inc. v. Amerik Supplies, Inc.*, 2010 WL 11437969 (N.D. Ga. 2010); and

    3.    *Young v. State,* 189 So.3d 956 (Fla. 2d DCA 2016).

**[Attorney's signature appears on the following page.]**

Respectfully submitted,

*/s/ J. Daniel Clark*
J. Daniel Clark, FBN 0106471
dclark@clarkmartino.com
Christina Ramirez (Of Counsel), FBN 0954497
Ramirez.nina@gmail.com
**CLARK ♦ MARTINO, P.A.**
3407 W. Kennedy Blvd.
Tampa, Florida 33609
Telephone: (813) 879-0700
Facsimile: (813) 879-5498

David M. Caldevilla, FBN 654248
dcaldevilla@dgfirm.com
**de la PARTE & GILBERT, P.A.**
P.O. Box 2350
Tampa, FL 33601-2350
Telephone: (813) 229-2775
Facsimile: (813) 229-2712

Matthew A. Crist, FBN 0035539
cristm@cristlegal.com
**CRIST LEGAL | PA**
606 East Madison Street
Tampa, Florida 33602
Telephone: (813) 575-5200
Facsimile: (813) 575-2520

**Attorneys For Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on August 4, 2017, I electronically filed the foregoing with the Clerk of Court by using this Court's CM/ECF system that will send a notice of electronic filing to all counsel of record.

*/s/ J. Daniel Clark*
J. Daniel Clark